# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| RONALD ALEXANDER GARCIA DELGADO,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | **Civil Action No.:** 4:24-cv-00637<br><br><br>**EXHIBIT LIST** |

| Exhibit No. | Description |
|---|---|
| 1 | Plaintiff's 30(b)(1) Notice of Deposition dated May 28, 2025 |
| 2 | Emails re depositions dated January 24, 2025 – June 20, 2025 |
| 3 | Docket Entry – Notice of Hearing dated June 25, 2025 |
| 4 | Plaintiff's Re-noticed 30(b)(1) Notice of Deposition dated July 11, 2025 |
| 5 | Email re sick witness dated July 31, 2025 |
| 6 | Plaintiff's Second Re-noticed 30(b)(1) Notice of Deposition dated August 5, 2025 |
| 7 | [Proposed to be Filed Under Seal]<br><br>Transcript of Experian's 30(b)(1) Deposition dated August 15, 2025 |