# EXHIBIT 6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| RONALD ALEXANDER GARCIA DELGADO, <br><br>          Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br>          Defendant. | **Civil Action No.:** 4:24-cv-00637 <br><br> **PLAINTIFF'S SECOND RE-NOTICED 30(b)(1) NOTICE OF DEPOSITION OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** <br><br> **Date: August 15, 2025** <br> **Time: 10:00 a.m. Central Time** <br> **Location:** <br> *Conducted Wholly by Zoom Video Conference* |

**PLEASE TAKE NOTICE**, pursuant to Fed. R. Civ. P. 30(b)(1), Plaintiff Ronald Alexander Garcia Delgado ("Plaintiff"), through the undersigned attorney of record, will depose by oral examination the employee of Defendant Experian Information Solutions, Inc. ("Experian") who best satisfies the following description:

- The Experian employee who has the most knowledge concerning Experian's matching logic for matching consumer information to consumer files—including but not limited to: what the matching logic criteria is, the rules programmed for the matching logic, how the matching logic works, how the matching logic may create mixed and/or merged files, and any changes made to the matching logic in the last five years, as well as the identities of the individuals or teams that maintain the algorithm.

This deposition will take place on **August 15, 2025, at 10:00 a.m. Central Time**, conducted wholly by Zoom video conference. This deposition will be performed by Zoom video conference from the safety and comfort of our individual homes or offices. This deposition will be taken before a notary public or other officer authorized to administer oaths and will be recorded by Zoom video and stenographically by a certified court reporter. Because the deposition will take place remotely via Zoom, the court reporter may not be located in the same state as the deponent.

1

Each deponent is required to have access to a monitor large enough to adequately see exhibits. If the deposition is not completed on the noticed date, the deposition will continue from day to day thereafter, at the same time and place (excluding Saturdays, Sundays, and Federally recognized Holidays) until completed. If an interpreter is requested to translate testimony, notice of the same must be given at least five (5) working days before the deposition date, and the specific language and/or dialect thereof designated.

## ZOOM LINK

Topic: DEPO: Ronald Alexander Garcia Delgado v. EXP - 30(b)(1) of Matching Logic Employee
Time: Aug 15, 2025 10:00 AM Central Time (US and Canada)

Join Zoom Meeting
Https://zoom.us/j/95867939202?pwd=0HapXSg19ojJvUbPTykgJxVt04fOiH.1

Meeting ID: 958 6793 9202
Passcode: 866086

Find your local number: https://zoom.us/u/ab1gOuy9An

---

RESPECTFULLY SUBMITTED on this 5th day of August 2025.

**CONSUMER JUSTICE LAW FIRM**

By: */s/ McKenzie Czabaj*
McKenzie Czabaj, AZ Bar No. 036711
8095 North 85th Way
Scottsdale, Arizona 85258
Phone: (480) 626-2376
Fax: (480) 613-7733
Email: mczabaj@consumerjustice.com

James Ristvedt, AZ Bar No. 035938
8095 North 85th Way
Scottsdale, Arizona 85258
Phone: (480) 626-1956
Email: jristvedt@consumerjustice.com

*Attorneys for Plaintiff*
*Ronald Alexander Garcia Delgado*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 5, 2025, I served a true and correct copy of the following document described as **"PLAINTIFF'S SECOND RE-NOTICED 30(b)(1) NOTICE OF DEPOSITION OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.,"** via E-Mail to the following:

Haytham Soliman, TX Bar No. 24128529
**Jones Day – Houston**
717 Texas, Suite 3300
Houston, Texas 77002
T: (832) 239-3939 | F: (832) 239-3600
Email: hsoliman@jonesday.com

Nicolas Aalberg, Bar No. 0504718
appearance *pro hac vice*
**Jones Day – Minneapolis**
90 South 7th Street, Suite 4950
Minneapolis, Minnesota 55402
T: (612) 217-8835 | F: (844) 345-3178
Email: naalberg@jonesday.com

Gregory J Myers, MN Bar No. 0287398
appearance *pro hac vice*
**Lockridge Grindal Nauen PLLP**
100 Washington Avenue S., Suite 2200
Minneapolis, Minnesota 55401
T: (612) 339-6900 | F: (612) 339-0981
Email: gjmyers@locklaw.com

cc: H. Cole Hassay (hhassay@jonesday.com)

*Attorneys for Defendant Experian Information Solutions, Inc.*

**CONSUMER JUSTICE LAW FIRM**

By: */s/ Gracelyn Stewart*

3