**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| RONALD ALEXANDER GARCIA DELGADO, | **Civil Action No.:** 4:24-cv-00637 |
| Plaintiff, | |
| v. | **PLAINTIFF RONALD ALEXANDER GARCIA DELGADO'S NOTICE OF FILING OF MOTIONS TO COMPEL COMPLIANCE WITH A FEDERAL SUBPOENA** |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

Pursuant to this Court's Order dated November 6, 2025 (Docket No. 86), Plaintiff Ronald Alexander Garcia Delgado ("Plaintiff") filed his Motions to Compel Subpoena Compliance as to **Affirm, Inc.**, **Celtic Bank**, **Conn's Appliances, Inc.**, **J Street Property Services, LLC**, and **Oportun, Inc.** in the appropriate jurisdictions.

Copies of the miscellaneous case documents have been sent to the attorneys of record in this case. Copies of the miscellaneous case documents will be sent for service to the respective third parties via Process Server.

1

RESPECTFULLY SUBMITTED on this 10th day of November 2025.

**CONSUMER JUSTICE LAW FIRM**

By: */s/ McKenzie Czabaj*
McKenzie Czabaj, AZ Bar No. 036711
8095 North 85th Way
Scottsdale, Arizona 85258
Phone: (480) 626-2376
Fax: (480) 613-7733
Email: mczabaj@consumerjustice.com

James Ristvedt, AZ Bar No. 035938
8095 North 85th Way
Scottsdale, Arizona 85258
Phone: (480) 626-1956
Email: jristvedt@consumerjustice.com

David A. Chami, AZ Bar No. 027585
8095 North 85th Way
Scottsdale, Arizona 85258
Phone: (480) 626-2359
Email: dchami@consumerjustice.com

*Attorneys for Plaintiff*
*Ronald Alexander Garcia Delgado*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2025, I electronically filed the foregoing with the

Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of

record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies

of the foregoing have not been provided via personal delivery or by postal mail.

By: */s/ Gracelyn Stewart*
Gracelyn Stewart