UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

------------------------------------------------------

)
RONALD ALEXANDER GARCIA       )
DELGADO,                       )
                               )
          Plaintiff,           )
                               )
v.                             )  Case No.: 4:24-cv-00637
                               )
EXPERIAN INFORMATION           )
SOLUTIONS, INC.,               )
                               )
          Defendant.           )
                               )
------------------------------------------------------


VIDEOCONFERENCE DEPOSITION

OF

DOUGLAS A. HOLLON


Monday, June 9, 2025
Commencing at 9:58 a.m. Central


Court Stenographer:
Christine M. Clark
Registered Professional Reporter



VIDEOCONFERENCE APPEARANCES:

FOR PLAINTIFF:

MCKENZIE CZABAJ, ESQUIRE

CONSUMER JUSTICE LAW FIRM

8095 North 85th Way

Scottsdale, Arizona 85258

Phone: 480.626.2376

Email: mczabaj@consumerjustice.com


FOR DEFENDANT:

NICOLAS AALBERG, ESQUIRE

JONES DAY

90 South Seventh Street, Suite 4950

Minneapolis, Minnesota 55402

Phone: 612.217.8835

Email: naalberg@jonesday.com


ALSO PRESENT:

Kenswil Paige, CDR, CER, Notary Public, State of Texas
(Present on Page 4)



was mixed with his son's, right?

A. Correct.

Q. Do you know when the mix first occurred?

A. According to what I've read in this case, 2018.

Q. And what was the document that you read that gave you that opinion?

A. Ms. Hamilton's deposition and by my own analyzation of the admin report, that's what I also saw.

Q. What was the cause of the mixed file?

A. Experian's database taking information that belonged to Mr. Garcia Delgado's son and combining that information into one file.  There was only one PIN.

Q. Did Plaintiff or his son ever contact Experian regarding the issue?

A. Based on the documents I read, Plaintiff did contact or he attempted to contact Experian.  There's -- in the disclosure log, there are telephone notations, and Mr. Garcia Delgado also stated that he telephoned Experian.

Q. Did either Plaintiff or his son initiate and complete a dispute with Experian regarding the mixed file?

MS. CZABAJ:  Sorry, Nicolas.  You cut out for me and froze a little.  Could you repeat the question?  Sorry.

MR. AALBERG:  I apologize.  I apologize.



DOUGLAS A. HOLLON
GARCIA DELGADO vs EXPERIAN

June 09, 2025
224

C E R T I F I C A T E

I, Christine M. Clark, RPR, hereby certify that I reported the Videoconference Deposition of Douglas A. Hollon, and that the witness was first duly sworn by Kenswil Paige, CDR, CER, Notary Public of Texas, to tell the truth and nothing but the truth concerning the matter in controversy aforesaid;

That I was then and there a remote notary public in and for the County of Carver, State of Minnesota;

That the foregoing transcript is a true and correct transcript of my stenographic notes in said matter, transcribed under my direction and control;

That the cost of the original has been charged to the party who noticed the deposition and that all parties who ordered copies have been charged at the same rate for such copies;

That the reading and signing of this deposition was reserved;

That I am not related to any of the parties hereto, nor interested in the outcome of the action and have no contract with any parties, attorneys or persons with an interest in the action that has a substantial tendency to affect my impartiality;

WITNESS MY HAND AND SEAL this 18th day of June, 2025.

*Christine M. Clark*

--------------------------
Christine M. Clark, RPR

