## Aalberg, Nicolas

| | |
|---|---|
| **From:** | James Ristvedt <jristvedt@consumerjustice.com> |
| **Sent:** | Thursday, November 13, 2025 11:09 PM |
| **To:** | Aalberg, Nicolas; McKenzie Czabaj |
| **Cc:** | David Chami; Gracelyn Stewart; Roxanne Harris |
| **Subject:** | RE: Ronald Alexander Garcia Delgado, 4:24-cv-00637-ALM (E.D. Tex.)- Pretrial Documents |

---

**This Message Is From an External Sender**

If you are concerned about the message's content, highlight the email in your inbox and click "Report Suspicious" in the Outlook ribbon -or- contact 6Help.

Report Suspicious

---

I don't see how an exhibit is either necessary or appropriate. I can't think of a time I've ever seen an exhibit to a jury instruction filing. However, more to the point, we're not disputing Hollon's testimony or the date of the mix. The date of when Mr. Garcia Delgado's file was mixed is a stipulated fact.

I would strongly prefer not to include an exhibit as: (1) we would object to Experian doing so; and (2) frankly, the jury instructions are already far more cumbersome and brief-like than I expect the Court wants.

You can include in your statute of repose argument that Hollon testified as to the date he believed the file was mixed without the need of an exhibit; we're not disputing that date or his testimony.

Warmest regards,

James Ristvedt, Esq. | Managing Attorney & Trial Counsel
**Consumer Justice Law Firm**
D: 480-626-1956 | F: 480-613-7733
E: jristvedt@consumerjustice.com | W: www.consumerjustice.com
A: 8095 N. 85th Way, Scottsdale, AZ 85258

LICENSED: States of Arizona, Florida
DISTRICT COURTS: AZ, CO, FL, IN, MI, NM, OK, TN, TX
CIRCUIT COURTS OF APPEAL: 3rd, 5th, 9th, 11th

CONFIDENTIALITY NOTICE: This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Aalberg, Nicolas <naalberg@jonesday.com>
**Sent:** Thursday, November 13, 2025 10:00 PM
**To:** James Ristvedt <jristvedt@consumerjustice.com>; McKenzie Czabaj <mczabaj@consumerjustice.com>
**Cc:** David Chami <Dchami@consumerjustice.com>; Gracelyn Stewart <gstewart@consumerjustice.com>; Roxanne Harris <rharris@consumerjustice.com>
**Subject:** RE: Ronald Alexander Garcia Delgado, 4:24-cv-00637-ALM (E.D. Tex.)- Pretrial Documents