**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| RONALD ALEXANDER GARCIA DELGADO, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | No. 4:24-cv-00637-ALM |
| EXPERIAN INFORMATION SOLUTIONS, INC., | § § § | |
| Defendant. | § § § | |

**[PROPOSED] ORDER GRANTING DEFENDANT EXPERIAN INFORMATION
SOLUTIONS, INC.'S SECOND MOTION FOR SUMMARY JUDGMENT**

Defendant Experian Information Solutions, Inc. filed a second motion for summary judgment on November 19, 2025. The parties agree that Plaintiff's file was mixed with his son's before July 11, 2019, and that Plaintiff only disclosed this after the parties filed their respective summary judgment motions before the dispositive motions deadline in April 2025. Accordingly, pursuant to 15 U.S.C. § 1681p(2) and *CTS Corp. v. Waldburger*, 573 U.S. 1 (2014), this Court does not have subject matter jurisdiction over this case. This Court hereby dismisses this case with prejudice.