# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

RONALD ALEXANDER GARCIA DELGADO,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.

**Civil Action No.: 4:24-cv-00637-ALM**

**ADMITTED JOINT EXHIBIT LIST**

| No. | Description | ADMITTED |
|---|---|---|
| J-1 | Experian report dated February 15, 2024 | 7-7-2026 |
| J-2 | Experian report dated March 4, 2024 | 7-6-2026 |
| J-3 | Plaintiff's driver's license | 7-6-2026 |
| J-4 | Experian credit report dated March 4, 2024 | 7-6-2026 |
| J-6 | Disclosure Log 8/10/2017 – 8/10/2024 | 7-7-2026 |
| J-7 | Ronald Alexander Garcia Delgado Admin Report dated August 8, 2024 | 7-7-2026 |
| J-8 | Experian Mixed File Procedures | 7-9-2026 |
| J-10 | Disclosure Log, dated June 10, 2025 | 7-7-2026 |
| J-11 | D/R Log, dated June 10, 2025 | 7-9-2026 |
| J-13 | Pages from Nebraska Furniture Mart's User System dated March 11, 2024 | 7-8-2026 |
| J-14 | Plaintiff's Nebraska Furniture Mart Credit Application, dated March 11, 2024 | 7-8-2026 |
| J-15 | Nebraska Furniture Mart Credit Denial, dated March 18, 2024 | 7-8-2026 |
| J-16 | Nebraska Furniture Mart Adverse Action Reason Codes | 7-8-2026 |
| J-18 | Nebraska Furniture Mart Adverse Action Event | 7-8-2026 |
| J-21 | Plaintiff's Oportun Credit Application #1060, dated June 25, 2024. | 7-8-2026 |
| J-23 | Oportun Credit Denial, dated July 4, 2024 | 7-8-2026 |
| J-29 | Plaintiff's Credit Report Request, dated February 22, 2024 | 7-7-2026 |

1