# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| RONALD ALEXANDER GARCIA DELGADO,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | **Civil Action No.:** 4:24-cv-00637<br><br><br>**DECLARATION OF MCKENZIE R. CZABAJ** |

I, McKenzie R. Czabaj, hereby declare as follows:

1.      I am an attorney duly licensed to practice in the State of Arizona. This Declaration is based on personal knowledge of the matters set forth herein.

2.      I am an attorney of record for the Plaintiff Ronald Alexander Garcia Delgado in the instant matter.

3.      I have been licensed to practice law since June 2021.

4.      I am admitted in the following Districts/Courts:

     a.      Arizona Supreme Court

     b.      United States District Court of Arizona

     c.      United States District Court Southern District of Texas

     d.      United States District Court Eastern District of Texas

     e.      United States District Court Western District of Texas

     f.      United States District Court Northern District of Texas

     g.      United States District Court Southern District of Indiana

1

      h.      United States District Court Northern District of Illinois

      i.      United States District Court Eastern District of Wisconsin

      j.      United States District Court of Colorado

      k.      United States District Court of Connecticut

      l.      United States District Court Eastern District of Michigan

      m.      United States District Court Northern District of Oklahoma

      n.      United States District Court Western District of Arkansas

      o.      United States District Court Eastern District of Arkansas

5.      I am a current member of the National Association of Consumer Advocates ("NACA").

6.      I represent Mr. Garcia Delgado under the same retainer agreement that I utilize with all clients I represent with claims under the Fair Credit Reporting Act ("FCRA"). This retainer allows consumers such as Mr. Garcia Delgado to bring such claims at no financial risk to himself and shifts the entire up-front financial burden onto my firm. This structure is made possible by the fee-shifting provisions enacted by Congress as part of the FCRA's enforcement mechanism.

7.      I have been an associate attorney at Consumer Justice Law Firm (formerly known as Consumer Attorneys PLC) from June 2021 to the present, actively litigating in federal courts throughout the country under various federal consumer protection statues.

8.      Consumer Justice Law Firm is one of the largest national consumer advocacy law firms in the U.S.

9.      Since June 2021, I have represented more than 200 consumers in FCRA actions and have recovered approximately $11.5 million on behalf of my clients.

2

10.     Since I began practicing, I have litigated countless cases through discovery. In addition to the numerous depositions I have taken and defended, I have also been the lead attorney on several cases that have proceeded through summary judgment, including obtaining summary judgment on motions filed by me. In 2025, I participated as second chair in a jury trial where we successfully proved liability on a claim filed under the FCRA.

11.     In this case, I was the primary attorney who represented Mr. Garcia Delgado from the intake stage up to trial. I was the primary attorney who handled discovery with Experian, including several depositions which I took and defended. I also was the primary attorney who participated in drafting the initial draft for several of the motions that were filed in this case, and I worked on revising those motions extensively with my colleagues. When the case approached trial, I worked extensively with CJL's trial attorneys David Chami and James Ristvedt, who ultimately tried the case. I worked extensively on pretrial documents, including drafting and reviewing those documents, identifying deposition designations for use at trial. While I did not accompany the trial team to Sherman for trial, during the week of trial I was in regular communication with the trial team and available in the event that either motion practice or document review was needed that could not be immediately handled by Mr. Chami or Mr. Ristvedt.

12.     For the purposes of calculating attorneys' fees in this action, I have determined my reasonable hourly rate for my services in this district is $450/hour. Based on my experience, expertise, and knowledge, I believe that my rate is reasonable.

13.     The Fee Statement attached to Plaintiff's fee petition contains an accurate representation of the hours that I expended on this case and the related tasks. In my opinion, the tasks performed were reasonable and necessary under the circumstances, and the amount of time necessary to perform those tasks was reasonable.

I swear under penalty of perjury that the forgoing is true and correct.


Dated: August 3, 2026,                                      By: */s/ McKenzie Czabaj*
                                                            McKenzie Czabaj