# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| RONALD ALEXANDER GARCIA DELGADO, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendant. | **Civil Action No.:** 4:24-cv-00637 |

**<u>DECLARATION OF JAMES RISTVEDT</u>**

I, James P. Ristvedt, Esq., declare as follows:

1.      I am an attorney employed by the Consumer Justice Law Firm, PLC ("CJL") as a Managing Attorney & Trial Counsel. I am lead counsel in the above-captioned litigation.

2.      Since practicing as an attorney, my sole practice area has been representing consumers in Fair Credit Reporting Act ("FCRA") litigation. With respect to the lawsuits, arbitrations, and other matters for which I have served as lead counsel, I have assisted consumers in recovering several million dollars. I have served as lead counsel in multiple successful jury trials and obtained significant jury results for consumers, including obtaining punitive damages for willful violations of the FCRA. I have served as lead counsel in multiple successful appellate matters, including successful oral arguments. I have served as lead counsel and successfully argued dispositive motions, including both successfully opposing defense motions for summary judgment and prevailing on plaintiff-filed motions for summary judgment. I have also served as lead counsel in lawsuits originally filed by attorneys at other law firms who later sought my services as co-

1

counsel based on my unique expertise and experience. My current role within CJL is in-house trial counsel.

3.      In addition to the matters for which I serve as lead counsel, I also manage a litigation team at CJL consisting of multiple associate attorneys, paralegals, and legal assistants. In this capacity, my role is to supervise and manage the associate attorneys that report to me, assist with litigation strategy for cases assigned to those associate attorneys, and provide additional training and development for those associate attorneys.

4.      Beyond my job duties, I am actively involved in the national consumer protection legal community and recognized as an authority in this community. I have been asked to speak multiple times at national consumer rights conferences and in webinars on issues relating to the FCRA generally, consumer reporting agencies, litigation strategy, and jury trials.

5.      In 2019, I sat for the Arizona state bar exam. Of the 525 applicants, I received the highest score in the state of Arizona and received an award for this accomplishment from the State Bar of Arizona. I have been licensed to practice in the state of Arizona since 2020 and the state of Florida since 2025. I am admitted to numerous federal district courts across the country and five Circuit Courts of Appeals.

6.      Prior to practicing as an attorney, I held the role of Vice President, Compliance & Audit, within a half-billion dollar holding company, for whom I worked for approximately ten years. The division of the company in which I worked was a consumer reporting agency ("CRA") subject to the regulations of the FCRA. Within this role, I became a subject matter expert concerning legal obligations imposed upon CRAs by the FCRA and compliance with the same. My job duties included overseeing operations of all consumer reporting activities, creating, developing, refining, and auditing company policies and procedures concerning FCRA

compliance, and reviewing and evaluating emerging trends in the caselaw interpreting the FCRA on an ongoing basis in order to determine whether modifications to existing policies and procedures were necessary from a compliance perspective. While my position was not a legal role, this experience directly contributed to my expertise and knowledge of the FCRA and gave me a unique perspective with respect to the operations of CRAs, as well as the legal and regulatory obligations of the same. My FCRA expertise was regularly sought by clients – including numerous Fortune 500 companies – for whom I provided consulting on issues related to the FCRA.

7.    My standard hourly rate is $550/hour. Based on my experience, expertise, and knowledge, I believe that my rate is reasonable. Moreover, I have been awarded attorneys' fees in multiple cases in both federal court and arbitral forums – including contested fee petitions – where my hourly rate of $550/hour was found reasonable. *See*, *e.g.*, *Hickman v. Trans Union LLC*, No. 24-CV-00584-LKG, 2026 WL 1893179 (D. Md. July 1, 2026) (finding Mr. Ristvedt's $550 hourly rate reasonable following contested fee petition); *Brown v. First Advantage Background Services Corp.*, No. 1:23-CV-00195, Doc. 114 (M.D. N.C. Jan. 21, 2026) (finding Mr. Ristvedt's $550 hourly rate reasonable in awarding fees following default judgment).

8.    I have reviewed the Fee Statement containing attorneys' fees and costs filed concurrently with this affidavit. The entries in the Fee Statement contain an accurate representation of the hours I expended on this case performing the identified tasks. In my opinion, the tasks performed were reasonable and necessary under the circumstances, and the amount of time necessary to perform those tasks was reasonable.

The foregoing is true and correct to the best of my knowledge.

Respectfully submitted this 3rd day of August, 2026.

3

*/s/ James Ristvedt*
James Ristvedt, AZ Bar #035938
**CONSUMER JUSTICE LAW FIRM PLC**
8095 N. 85th Way
Scottsdale, AZ 85258
E: jristvedt@consumerjustice.com
T: (480) 626-1956
F: (480) 613-7733