# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| RONALD ALEXANDER GARCIA DELGADO, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendant. | **Civil Action No.:** 4:24-cv-00637 |

## <u>DECLARATION OF DAVID CHAMI</u>

I, David A. Chami, Esq., declare as follows:

1.      I am an attorney duly licensed to practice in the State of Arizona. This declaration is based on personal knowledge of the matters set forth herein.

2.      I have been licensed to practice in the State of Arizona since April 2010.

3.      My firm was retained to represent the plaintiff in the above-captioned case.

4.      For purposes of calculating attorneys' fees in this action, I have determined my reasonable hourly rate for my services at $950 per hour.

5.      I am the Co-Founder and Managing Partner at Consumer Justice Law Firm ("CJL"). To my knowledge, CJL is the largest national litigation firm focusing on consumer protection in the United States, with offices across the country, including in Arizona, New York, Michigan, California, Texas, and elsewhere.

6.      Over the past 10 years I have focused my practice primarily on Consumer Protection and Civil Rights cases and was either the lead or supervising attorney in over 1,500 Consumer cases since 2015.

7.      Since 2013, I have also litigated high profile civil rights and insurance bad faith related matters.

8.      Since 2013, I have tried to verdict more than fifteen cases in state and federal court.

9.      Since 2014, I have recovered over one hundred million dollars on behalf of my clients.

10.     I am the state Chair for the National Association of Consumer Advocates ("NACA") in Arizona. NACA is a nationwide bar association comprised of nearly 1,500 consumer attorneys nationwide. In April 2025, I was appointed to the Executive Board of Directors for NACA, a position I continue to hold. I have provided CLE instruction related to FDCPA and FCRA cases to lawyers throughout the United States in events organized by NACA as well as the State Bar of Arizona.

11.     In December of 2025, I was hired as an Adjunct Professor at the Arizona State University Sandra Day O'Connor College of Law to teach an upper-level law course on Consumer Law.

12.     I am admitted to numerous federal district courts across the country and seven Circuit Courts of Appeals.

13.     In 2014, I obtained a jury verdict of $952,000 in compensatory damages and $1,904,000 in punitive damages for a breach of contract and bad faith case. *Woodland Springs HOA v. Mid-Century Insurance Company, et al.*, (Case No. CV-2012-090967), Superior Court of Arizona, Maricopa County.

2

14.    In 2018, I obtained a settlement over $1,800,000 in a consumer protection case against a major financial institution.

15.    In 2018, I was co-counsel and helped reach a settlement in a class action lawsuit that was resolved as part of a nationwide settlement. *Wendy Espinoza v. Experian Information Solutions, Inc.*, (Case No. CV-17-01977-PHX-DLR), United States District Court, District of Arizona.

16.    In 2018, I was lead attorney in a class action lawsuit in Iowa that resolved as part of a nationwide settlement. *Price v. Equifax Information Services, LLC*, (Case No. 4:18-cv-00236-SMR-SBJ), United States District Court, Southern District of Iowa.

17.    In 2018, I was lead attorney in a class action lawsuit in Arkansas that was resolved as part of a nationwide settlement. *Ledbetter v. Equifax Information Services, LLC*, (Case No. 5:18-cv-05177-PKH), United states District Court, Western District of Arkansas.

18.    In 2018, I won affirmative summary judgment on two claims brought under the Fair Credit Reporting Act ("FCRA") and the Telephone Consumer Protection Act ("TCPA"). *Heard v. Nationstar Mortg. LLC*, (Case No. 2:16-cv-00694-MHH). Since the *ACA Int'l v. FCC*, 885 F.3d 687 (D.C. Cir. 2018) decision, the *Heard* decision has been cited by multiple courts.

19.    In 2019, I won affirmative summary judgment in a Fair Credit Reporting Act case. *Henry v. Freedom Mortgage Corporation* (Case No. 2:19-cv-01121-SRB), US District Court, District of Arizona.

20.    I have successfully argued in front of the 9th Circuit Court of Appeal on multiple occasions, obtaining a reversal of the lower courts' granting of summary judgment against my clients. See *Rodney Cable v. City of Phoenix, et. al.*, No. 14-15037; *Marshall Gross v. CitiMortgage, Inc.*, et al., No. 20-17160.

3

21.     I have successfully argued in front of the 6th Circuit Court of Appeal, obtaining a reversal of the lower court's granting of summary judgment against my client. *Mark Krueger v. Cenlar, et al.*, No. 20-2060.

22.     I oversaw briefing in front of the 11th Circuit Court of Appeal, successfully obtaining a reversal of the lower court's granting of summary judgment against my client. *Losch v. Nationstar Mortg. LLC*, 995 F.3d 937 (11th Cir. 2021). The *Losch* decision has since been cited by district and appellate courts on over 250 occasions.

23.     In 2020, I obtained a jury verdict of $4,500,000.00 in compensatory damages for my client in an insurance bad faith case in the District of Arizona. Greg Jarman v. American Family Insurance, No. CV-18-00526-PHX-SMB (Dkt. 207).

24.     In 2021, I obtained a $5 Million settlement from the City of Phoenix after litigating a civil rights case for approximately four years and overcoming a qualified immunity defense.

25.     On or about October 23, 2014, I was awarded $400.00 per hour for work I performed in 2014 in *Sullivan v. SRP* by the United States District Court, District of Arizona, resulting in an excess of $286,000 in attorney's fees. *Sullivan v. Salt River Project Agricultural Improvement and Power District*, No. 2:12-cv-01810, Doc. 90 (D. Ariz. Oct. 23, 2014) ($400/hr in 2014)

26.     In 2019, I was awarded $500 per hour for work I performed in 2017 in *Parker v. Peters & Freedman, LLP*, No. SA CV 17-0667-DFM, 2019 WL 174979 (C.D. Cal. Jan. 11, 2019).

27.     In 2023, I was awarded $725 per hour for work I performed in 2023 in *Gross v. CitiMortgage Inc.*, No. CV-18-02103-PHX-ROS, 2023 WL 5133712 (D. Ariz. Aug. 10, 2023).

28.     In 2024, I was awarded $725 per hour for work I performed in 2024 in *In re Walker*, No. 22-31612 JDA, 2024 WL 4177830 (Bankr. E.D. Mich. Sept. 12, 2024).

4

29.     In 2026, I was awarded $725 per hour for work I performed in 2024 and 2025 in *Brown v. First Advantage Background Services Corp.*, No. 1:23-CV-00195, Doc. 114 (M.D. N.C. Jan. 21, 2026).

30.     In 2026, I was awarded $725 per hour for work that I performed in 2025 in *Hickman v. Trans Union LLC*, No. 24-CV-00584-LKG, 2026 WL 1893179 (D. Md. July 1, 2026).

31.     Brianna Frohman is a Managing Paralegal at CJL. She manages several paralegals and legal assistants and is responsible for their initial and continuing training. As part of her job duties, Ms. Frohman is routinely reviewing attorney caseloads, litigation deadlines, and a number of other internal metrics that ensure CJL's cases are adequately prepared for dispositive motions and trial. In addition to Ms. Frohman's day-to-day job duties, she is also a trial paralegal who assists with preparing cases for trial, managing the trial team at trial, assisting with in-court duties like presentation of exhibits, taking notes, tracking trial deadlines, filing pretrial documents, and participating in read-ins of deposition designations. Ms. Frohman was lead paralegal at trial and assisted myself and Mr. Ristvedt with presenting exhibits, tracking which exhibits had been admitted, making notes, updating our internal trial worksheets, and read-in deposition designations. Ms. Frohman also assisted significantly in the preparation of witnesses and exhibits for presentation at trial. Based on the seniority of her role, CJL bills Ms. Frohman's hourly rate at $250 per hour. In my opinion, based on the Ms. Frohman's experience, abilities, and knowledge, her rate is reasonable.

32.     Roxanne Harris is a Managing Paralegal at CJL. She manages several paralegals and legal assistants and is responsible for their initial and continuing training. As part of her job duties, Ms. Harris is routinely reviewing attorney caseloads, litigation deadlines, and a number of other internal metrics that ensure CJL's cases are adequately prepared for dispositive motions and

5

trial. In addition to Ms. Harris' day-to-day job duties, she is also a trial paralegal who assists with preparing cases for trial, managing the trial team at trial, assisting with in-court duties like presentation of exhibits, taking notes, tracking trial deadlines, filing pretrial documents, and participating in read-ins of deposition designations. As a result of the seniority of her role, CJL bills Ms. Harris' hourly rate at $250 per hour. In my opinion, based on the Ms. Frohman's experience, abilities, and knowledge, her rate is reasonable.

33. Mari Cervantes is a Senior Paralegal at CJL. As part of her job duties, Ms. Cervantes assists with managing attorney caseloads, litigation deadlines, scheduling, preparing filings, and other duties as necessary. In addition to Ms. Cervantes' day-to-day job duties, she is also a fluent Spanish-speaker who assists attorneys in communicating with CJL's Spanish-speaking clients. In this case, Ms. Cervantes provided interpretation so that we could communicate with Mr. Garcia Delgado and his wife during witness preparation, throughout the pretrial process, and at trial as well. Additionally, Ms. Cervantes provided in-court interpretation so that Mr. Garcia Delgado could fully understand what was being said in the courtroom and had the ability to communicate any questions to his attorneys. Ms. Cervantes also assisted with presentation of trial exhibits during the read-ins of deposition designations when Ms. Frohman was in the witness box. Based on dual nature of Ms. Cervantes' role and her interpretation services, CJL bills Ms. Cervantes' hourly rate at $200 per hour. In my opinion, based on Ms. Cervantes' experience, abilities, and knowledge, her rate is reasonable.

34. Gracelyn Stewart is a Paralegal at CJL. Ms. Stewart's job duties consist of supporting Ms. Czabaj, managing Ms. Czabaj's caseload and litigation deadlines, handling scheduling, preparing filings, and other duties as necessary. Throughout the majority of this lawsuit, Ms. Stewart was the primary paralegal assisting Ms. Czabaj with this case. CJL bills Ms.

Stewart's hourly rate at $150 per hour. In my opinion, based on Ms. Stewart's experience, abilities, and knowledge, her rate is reasonable.

35.    Several attorneys and paralegals who performed services identified in the Fee Statement submitted concurrently herewith provided fewer than 10 hours of services. Of those employees, Managing Attorney Jenna Dakroub has been a practicing attorney since 2019 and has an hourly rate of $500 per hour. Managing Attorney Kendra Penningroth has been a practicing attorney since 2021 and has an hourly rate of $450 per hour. Paralegals Ana Romero, Alexia Bedolla, Shaun Pambid, Ilce Plancarte, and Alyssa Baca all have hourly rates of $150 per hour. In my opinion, the hourly rates for each of these employees are reasonable.

36.    The accounting of my attorneys' fees associated with this litigation attached to the Motion for an Award of Attorneys' Fees is true and accurate.

I swear under penalty of perjury that the foregoing is true and correct.

Dated: August 3, 2026,                    By: */s/ David A. Chami*
                                          David A. Chami

7