# EXHIBIT H

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| RONALD ALEXANDER GARCIA DELGADO,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | **Civil Action No.:** 4:24-cv-00637-alm<br><br>**DECLARATION OF THEODORE O. BARTHOLOW III** |

I, Theodore O. Bartholow, III, hereby declare as follows:

1.      My name is Theodore O. Bartholow III. I am over the age of eighteen years, of sound mind, and I am competent to make this statement. I have personal knowledge of the facts set forth below, which I state are true and correct.

2.      I am a founding partner of my firm, Kellett & Bartholow PLLC, which is located in Dallas, Texas. I am an attorney duly licensed to practice in the states of Texas and New York, as well as in the United States District Courts for the Northern, Eastern, and Southern Districts of Texas and for the Southern District of New York, as well as the Fourth, Fifth, and Ninth U.S. Circuit Courts of Appeals, and the United States Supreme Court. I have been admitted to the State Bar of Texas since 2008, and I was originally admitted to practice law in New York in 2005.

3.      Although we formed our current firm, Kellett & Bartholow PLLC in 2015, my law partner, Karen L. Kellett, and I have continuously been partners in our busy consumer litigation practice since forming our prior firm, Armstrong Kellett Bartholow PLLC, in 2009. Our current and prior firms' practice areas include litigation arising from improper credit reporting, abuse of

1

consumers in bankruptcy, creditor representation on behalf of consumer creditors of corporate debtors in complex Chapter 11 bankruptcy proceedings, mortgage servicing misconduct, unfair debt collection, and other consumer financial services litigation, including individual cases and class actions.

4.    Among other venues around the country, our firm regularly litigates on behalf of consumer plaintiffs in the United States Bankruptcy and District Courts for the Sherman Division of the Eastern District of Texas. Over my career, we have obtained numerous favorable opinions on behalf of our clients in cases litigated in both our home fora in the Northern and Eastern Districts of Texas, and elsewhere nationwide. Among others, we received a favorable opinion by the Honorable Judge Mazzant in *Bibolotti v. Am. Home Mortg. Servicing, Inc.*, No. 4:11-CV-472, 2013 WL 2147949 (E.D. Tex. May 15, 2013).

5.    I have substantial experience litigating individual and class action consumer claims asserting violations of the Fair Credit Reporting Act against mortgage servicers and other consumer finance-related businesses, as well as against credit reporting agencies, including the Defendant in this case, Experian Information Solutions, Inc.

6.    I am active in and have been recognized by the legal community for my abilities in the area of consumer litigation and the related area of consumer bankruptcy litigation. Among other things, since 2022, I have served as a Master at the John C. Ford Inn of Court, and I have been named a Texas Super Lawyer for 2025-2026. Recently, I received the National Association of Consumer Bankruptcy Attorneys' (NACBA) "Champion of Consumer Rights Award" in April of 2026, and I had previously been awarded NACBA's "Distinguished Service Award" in May of 2016. I have had my written work published in the American Bankruptcy Institute's monthly

2

Journal, and I lecture frequently on all aspects of consumer litigation at local, regional, and national continuing legal education seminars.

7.      I am also a longstanding member of the National Association of Consumer Advocates (NACA), an organization devoted to promoting the interests of consumers, especially in matters such as the litigation in this case. Through the years, I have attended numerous NACA conferences, through which I have met and/or become aware of many of the best and brightest plaintiffs' attorneys and law firms whose practices focus on FCRA litigation.

8.      Plaintiffs' counsel in this case are members of one of the most highly regarded plaintiffs' consumer law firms in the country – the Consumer Justice Law Firm. In particular, while I do not know Mr. Chami or Mr. Ristvedt well on a personal level, I am familiar with and have the highest regard for their reputations, experience, and achievements in this specialized practice area (FCRA litigation).

9.      In setting the hourly rates for our firm, Ms. Kellett and I routinely review and are thus familiar with the rates of attorneys who practice consumer litigation and bankruptcy litigation in the Dallas-Fort Worth metroplex, including in the District and Bankruptcy Courts for the Sherman Division of the Eastern District of Texas.

10.      Based on my familiarity with the members of local bar of the Eastern District of Texas who represent consumer plaintiffs in Fair Credit Reporting Act litigation, as well as my routine reviews of Fair Credit Reporting Act cases filed in the U.S. Bankruptcy and District Courts for the Eastern District of Texas, I am aware that very few dedicated consumer protection plaintiffs' lawyers prosecute Fair Credit Reporting Act cases in this jurisdiction, and even fewer among them regularly take Fair Credit Reporting Act cases to multi-day jury trials such as this one.

3

11.    Fair Credit Reporting Act litigation is a complex, technical, and highly specialized field. Even on a national basis, there is only a small number of experienced, highly skilled practicing plaintiffs' attorneys, especially in comparison to many other practice areas. As a result, attorneys who regularly practice in this area, especially the highly skilled and experienced attorneys in this case, are in high demand and thus command rates commensurate with their abilities. I am aware that the attorneys who represented the plaintiff in this matter billed hourly rates ranging from $450 per hour to $950 per hour. These rates are in-line with the hourly rates my firm charges for similar work by similarly skilled and experienced attorneys.

12.    Thus, in my opinion, the rates plaintiffs' counsel have charged are reasonable and in-line with rates commonly billed by comparably skilled, experienced, and successful attorneys in this practice area, including rates charged by my firm and by other attorneys practicing in the greater Dallas-Fort Worth metropolitan area and the Sherman Division of the Eastern District of Texas. Moreover, it is my opinion that the result plaintiffs' counsel achieved in this highly contested five day jury trial was outstanding, that plaintiffs' counsel have exercised appropriate billing judgment by writing off fees for time that was clerical, redundant, or otherwise non-productive, and that the total amount of fees plaintiffs' counsel seek is well within the reasonable range of what I would anticipate for this substantial litigation, which culminated in a five day jury trial, particularly against Experian's extremely talented, experienced, and well-resourced counsel.

13.    In my experience, it is common for plaintiffs' firms in the Dallas-Fort Worth metropolitan area to bill hourly rates for paralegals at market rates rather than at cost. I understand that the attorneys who represented the plaintiff in this matter have billed hourly rates for paralegals ranging from $150 per hour to $250 per hour. In my opinion, these rates are reasonable and in line with rates commonly billed by plaintiffs' firms in this practice area, including the rates my firm

4

charges, and rates charged by other firms practicing similar litigation in the Dallas-Fort Worth metropolitan area / Sherman Division of the Eastern District of Texas.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: August 3, 2026,                           By: */s/ Theodore O. Bartholow III*
                                                 Theodore ("Thad") O. Bartholow III
                                                 Texas Bar No. 24062602
                                                 KELLETT & BARTHOLOW PLLC
                                                 11300 N. Central Expy. Ste. 301
                                                 Dallas, Texas 75243
                                                 Tel. 214-696-9000
                                                 thad@kblawtx.com