# EXHIBIT I

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| RONALD ALEXANDER GARCIA DELGADO,<br><br>     Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>     Defendant. | **Civil Action No.:** 4:24-cv-00637<br><br><br>**DECLARATION OF MICAH S. ADKINS** |

I, Micah S. Adkins, hereby declare as follows:

1.      I am a consumer advocate and the founding member of The Adkins Firm, P.C.  My principal office is in Dallas, Texas, and I maintain satellite offices in Birmingham, Alabama, Denver, Colorado, and Houston, Texas. The Adkins Firm focuses on the representation of consumer who have errors on consumer reports pursuant to the Fair Credit Reporting Act, 15 U.S.C. §§ 1681, *et seq* ("FCRA").

2.      I have been admitted to practice law in Alabama since 2007, in Texas since 2013, and Tennessee since 2018.

3.      I am also a member of the U.S. Court of Appeals for the Fifth, Sixth, Ninth and Eleventh Circuits, all federal district courts in Alabama, Arkansas, Colorado, Tennessee and Texas and the Eastern District of Michigan.

4.      I have a busy FCRA litigation practice that focuses almost exclusively on helping consumers who have errors on consumer reports (credit, employment background and tenant screening reports) due to identity theft or who have been mixed with another consumer who has

1

the same or similar personal identifiers (*e.g.*, mixed files). I have personally litigated over 200 individual FCRA cases to resolution.

5.    I have also been appointed as class counsel in numerous FCRA certified nationwide class action cases and, including:

a.    *Thomas v. Surin of Thailand*, N.D. Ala., Case No. 07-B-1710-S;

b.    *Kanakis v. Surin 280, LLC*, N.D. Ala. Case No. 07-B-1711;

c.    *Iradji v. Surin West, Inc.*, N.D. Ala. Case No. 07-B-1712-S;

d.    *Fuller v. Avis/Budget Rental Car*, Case No. 2:15-cv-03856-KM-MAH (D. N.J. Dec. 15, 2017);

e.    *Anderson v. Trans Union, LLC*, Case No. 3:16-cv-00558-MHL (E.D. Va.); and,

f.    *Clark v. Trans Union, LLC*, Case No. 3:15-cv-00391-MHL (E.D. Va.);

g.    *Clark v. Experian Information Solutions, Inc.*, Case No. 3:16-cv-0032-MHL (E.D. Va.);

h.    *Brown v. Experian Information Solutions, Inc.*, Case No. 3:16-cv-0670-MHL (E.D. Va.);

i.    *Thomas v. Equifax Information Services, LLC*, Case No. 3:18-cv-00684-MHL (E.D. Va.);

j.    *Rivera v. Equifax Information Services, LLC*, Case No. 1:18-cv-04639-AT (N.D. Ga.); and,

k.    *Hines v. Equifax Information Services, LLC*, Case No. 1:19-cv-06701-RPK-JAM (E.D. N.Y.).

6.    Additionally, I have been appointed as class counsel in other cases representing plaintiffs, including:

2

    a.   *Young v. Charming Shoppes, Inc.,* Case No. 2-13-cv-03288-CMR (E.D. Pa. 2014);

    b.   *Swaney v. Regions Bank*, Case No. 2:13-CV-00544-RDP (N. D. Ala. Jun. 9, 2020); and,

    c.   *Boykin, et al. v Tennessee Orthopaedic Association*, Case No. 20-0615-BC, (Tenn. Jan. 28, 2021).

7.    My FCRA consumer advocacy has been recognized by the members of the bar, including the Birmingham Bar Association where I was named as a top consumer lawyer in 2012, 2013, 2014 and 2016. Super Lawyers has also recognized me as a Rising Star (2014–2017) and as a Super Lawyer (2019-2026).

8.    In 2019, I was selected for membership into The National Trial Lawyers: Top 100 Trial Lawyers organization, and I was awarded the Wiley W. Manuel Certificate for offering *pro bono* legal services related to my expertise on the FCRA to low-income individuals and not-for-profit organizations by the California Lawyers Association.

9.    I am regularly invited to speak about the FCRA by numerous legal and civic organizations, including the Alabama State Bar, Birmingham Bar, City of Orlando, Dallas Bar, Florida Bar, Houston Bar, Huntsville/Madison County Bar, National Association of Consumer Advocates, and various legal aid and civic organizations across the United States.

10.    In support of this declaration, I reviewed the United States Consumer Law Attorney Fee Survey Report from 2017-2018, prepared by Ronald L. Burdge. I understand that the data from this report was collected during 2017 and 2018. Within the report, rates in the Dallas/Fort Worth metropolitan market are reported as $488 per hour for the 75% Median Attorney Rate and $875 per hour for the 95% median rate. United States Consumer Law Attorney Fee Survey Report, at 458. One of the attorneys representing the plaintiff in this case, Mr. Ristvedt, informed me that

he used the United States Bureau of Labor CPI Inflation Calculator to calculate the effect of inflation on those rates to determine the corresponding rates in June 2026, adjusted for inflation, and that those results were $657 per hour for the 75% Median Attorney Rate (adjusted for inflation) and $1,179 per hour for the 95% Median Attorney Rate (adjusted for inflation).

11.     I regularly represent plaintiffs under the FCRA in the Dallas/Fort Worth metroplex. I am aware that there are a relatively small number of FCRA practitioners who represent plaintiffs and regularly litigate these types of cases through trial. Federal consumer protection cases, and the FCRA in particular, is a highly specialized field with a small number of practicing attorneys in comparison to many other practice areas. The FCRA is a highly technical and complex statute. As a result, attorneys who practice in this area, especially attorneys who are successful in this practice area, can and do bill hourly rates within this range.

12.     I am familiar with plaintiff's counsel, David Chami, the Managing Partner of the Consumer Justice Law Firm. I have known Mr. Chami for eight years.

13.     I am familiar with plaintiff's counsel, Susan Rotkis, a partner of the Consumer Justice Law Firm. I have known Ms. Rotkis for over ten years.

14.     Mr. Chami and Ms. Rotkis are highly experienced FCRA litigators. In 2018 to 2019, I had the opportunity to work with both on a highly complex nationwide class action against Equifax. *See Thomas v. Equifax Information Services*, Case No. 3:18-cv-00684-MHL (E.D. Va.). The *Thomas* matter resulted in a favorable nationwide settlement for millions of consumers and only after extensive and lengthy mediation sessions.

15.     Mr. Chami and Ms. Rotkis have excellent reputations within the consumer protection legal community, and he is a regular speaker at FCRA conferences. In my opinion, Mr. Chami is widely regarded as one of the leading consumer protection litigators in the United States.

4

16.    The case at bar involved FCRA claims, which required attorneys with specialized knowledge of credit reporting cases. Mixed file cases are often more complex to prosecute than other FCRA case types because of the complicated matching logic employed by the consumer reporting agencies ("CRAs"). Mixed file cases involving claims made under Section 16181e(b) are highly contested by CRA defendants because the sale of consumer reports is their primary source of revenue. This case included highly contested motion practice, which resulted in a favorable outcome for the plaintiff. Plaintiff's counsel's time, labor and skill clearly benefitted the plaintiff.

17.    I am aware that the attorneys who represented the plaintiff in this matter billed hourly rates ranging from $450 per hour to $950 per hour. In my opinion, these rates are reasonable and in line with rates commonly billed by experienced and successful attorneys in this practice area, including in the Dallas/Fort Worth metroplex. Based on my knowledge of and familiarity with Mr. Chami, in addition to his reputation in the consumer protection industry, in my opinion, his rate of $950 per hour for this case is reasonable.

18.    In my experience, it is common for plaintiffs' firms in the Dallas/Fort Worth metropolitan area to bill hourly rates for paralegals at market rates rather than at cost. I understand that the attorneys who represented the plaintiff in this matter have billed hourly rates for paralegals ranging from $150 per hour to $250 per hour. In my opinion, these rates are reasonable and in line within this practice area and the Dallas-Fort Worth metropolitan area.

I swear under penalty of perjury that the forgoing is true and correct.


Dated: August 3, 2026.                              By: */s/ Micah S. Adkins*
                                                    Micah S. Adkins


5