# EXHIBIT K

3:56

LTE

# Activity



### Dallas Fort Worth International Airport (DF...
Jul 11 · 11:10 AM
$131.91

↻ Rebook



### 101 E Pecan St
Jul 10 · 8:05 AM
$16.93

↻ Rebook



### 5015 Us Highway 75
Jul 9 · 5:04 PM
$16.89

↻ Rebook



### 101 E Pecan St
Jul 9 · 7:43 AM
$17.52

↻ Rebook



### 5015 Us Highway 75
Jul 8 · 5:20 PM
$16.01

↻ Rebook



### 101 E Pecan St
Jul 8 · 11:17 AM
$15.48

↻ Rebook



### 101 E Pecan St
Jul 7 · 8:04 AM
$8.03

↻ Rebook



### 2252 Jasper Dr
Jul 6 · 6:27 PM
$82.34

↻ Rebook



### 101 E Pecan St
Jul 6 · 12:20 PM
$76.93

↻ Rebook

3:56 ◄   ▪▪▫ LTE ⬛

# Activity



**Cowboy Chicken**

Jul 5 • 1:18 PM

$114.21 • 6 items

↻ Reorder



**2252 Jasper Dr**

Jul 4 • 3:27 PM

$67.21

↻ Rebook



**5015 Us Highway 75**

Jul 2 • 1:49 PM

$37.78 • 2 stops

↻ Rebook

< **Ride history** **Export**

**All**    Personal    Business    Family

## Jul 1, 2026



### 5015 S US Highway 75
6:10 PM 1hr 15min
$171.92

**Request**

## Jun 30, 2026



### Delta Air Lines
4:12 AM 26 min
$83.94

**Schedule**

3:54 ◢                                    ▮▮▮ LTE 🔋

‹                    **Ride history**                    **Export**

All          Personal          Business          Family

## Jul 7, 2026



5015 S US Highway 75
5:22 PM 10 min                              **Request**
$18.98

## Jul 6, 2026

5015 S US Highway 75
5:16 PM 15 min                              **Request**
$22.44

101 E Pecan St
9:00 AM 9 min                              **Request**
$16.94

## Jul 2, 2026

Huck's Catfish
12:49 PM Canceled by you                   **Request**
$0.00

101 E Pecan St
9:32 AM 10 min                             **Request**
$19.91

## Jul 1, 2026

5015 S US Highway 75
6:10 PM 1hr 15min                          **Request**
$171.92

## Jun 30, 2026

**Gracelyn Stewart**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Thursday, July 11, 2024 5:21 PM |
| **To:** | Eservice |
| **Subject:** | Pay.gov Payment Confirmation: TEXAS EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: TXED Finance Dept at 903-590-1040.

Account Number: 6919732
Court: TEXAS EASTERN DISTRICT COURT
Amount: $405.00
Tracking Id: ATXEDC-10234460
Approval Code: 01098G
Card Number: ***********6383
Date/Time: 07/11/2024 06:20:36 ET

Attorney Completing Transaction: McKenzie Czabaj
Attorney Name: McKenzie Czabaj
Attorney Phone Number: (480) 626-2376

NOTE: This is an automated message. Please do not reply

## Gracelyn Stewart

| | |
|---|---|
| **From:** | a2zattorneyservice@gmail.com |
| **Sent:** | Monday, August 5, 2024 6:24 PM |
| **To:** | Case Managers; Eservice; Accounting@A2ZAttorneyService.com |
| **Subject:** | Payment Receipt - A2Z Attorney Service |
| | |
| **Importance:** | High |

Monday, August 5, 2024
Transaction ID: 131822646

**A2Z Attorney Service**
1401 Garden Hwy, #100
Sacramento CA 95833
(916) 436-5484



Hello .Consumer Attorneys,

Consumer Attorneys
8245 N 85th Way
Scottsdale AZ 852584349

You sent a payment of 36.20 to A2Z Attorney Service with VISA Card Ending 6383 (PaySimple Account Id 35227492)

It may take a few moments for this transaction to appear in your account.

Thank you for your payment

| Invoice Paid | Statement Number | Reference Number | Case Number | Amount | View Invoice |
|---|---|---|---|---|---|
| 59227-01 | | Delgado | 4:24-cv-000637-ALM | $36.20 | 59227-01 |
| | | | Total : | **$36.20** | |
| | | | Payment : | **$36.20** | |

1



TAX ID: 86-2094191

**1401 Garden Hwy, #100 Sacramento, CA 95833**
**Phone: (916) 436-5484   Fax: (877) 856-9755**

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 000860 | 7/24/2024 | 59227 |

Bill To:
**Consumer Attorneys**
**ATTN: .Consumer Attorneys**
**8245 N 85th Way**
**Scottsdale, AZ 852584349**

| | |
|---|---|
| File No: | **Delgado** |
| Servee: | **Experian Information Solutions, Inc.** |
| Case No: | **4:24-cv-000637-ALM** |
| Court: | **UNITED STATES DISTRICT COURT** |
| Plaintiff: | **Ronald Alexander Garcia Delgado** |
| Defendant: | **Experian Information Solutions, Inc.** |

**Documents: Summons In A Civil Action; Proof of Service; Complaint And Jury Trial Demand; and Civil Cover Sheet.**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Service of Process** | | | **35.00** |
| **Copies** | **8.00** | **.15** | **1.20** |

**SUMMARY**
**Servee: Experian Information Solutions, Inc.**
**Address: 330 N Brand Blvd, #  Glendale, CA 912032308**
**Completed on 7/22/2024**

| | |
|---|---|
| **TOTAL DUE** | **$ 36.20** |

Thank you for choosing A2Z Attorney Service!

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

For proper credit please detatch this section and return with your payment.   **Remittance Copy**



| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 000860 | 7/24/2024 | 59227 |

Remit To:

1401 Garden Hwy, #100
Sacramento, CA 95833

| **TOTAL DUE:** | **$  36.20** |
|---|---|

1. **PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.**
2. **MAKE CHECKS PAYABLE TO  A2Z Attorney Service**

Order#:59227/INVOICEP

Accounts more than 30 days past due are subject to a finance charge of 1.5% per month

# Veritext, LLC - Midwest Region

Tel. 612-339-0545 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569

Firm Registration No. R1061



| | | Invoice #: | **8240754** |
|---|---|---|---|
| Bill To: | McKenzie Czabaj<br>The Consumer Justice Law Firm<br>8245 N. 85th Way<br>Scottsdale, AZ, 85258 | **Invoice Date:** | **4/15/2025** |
| | | **Balance Due:** | **$1,078.10** |

| Case: Garcia Delgado v. Experian Information Solutions, Inc. (4:24cv00637) | Proceeding Type: Depositions |
|---|---|

Job #: 7289859  |  Job Date: 4/4/2025  |  Delivery: Normal

| | |
|---|---|
| Location: | Minneapolis, MN |
| Billing Atty: | McKenzie Czabaj |
| Scheduling Atty: | Nicolas Aalberg \| Jones Day |

| Witness: Ronald Alexander Garcia Delgado | Amount |
|---|---|
| Transcript Services | $634.60 |
| Exhibits | $269.50 |
| Logistics, Processing & Electronic Files | $75.00 |
| Smart Summary - Over 100 Transcript Pages | $99.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,078.10** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,078.10** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:  8240754**

**Invoice Date:  4/15/2025**

**Balance Due:  $1,078.10**

Pay by Credit Card: www.veritext.com

237940



**GRIFFIN GROUP INTERNATIONAL**
3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

McKenzie Czabaj
Consumer Justice Law Firm
8095 N . 85th Way
Scottsdale, AZ 85258

## *Invoice #23354*

| Date | Terms |
|---|---|
| 04/18/2025 | Net 30 |

**Job #21130575 on 04/08/2025**

**Case:**  Delgado v. Experian Information

**Shipped On:** 04/18/2025
**Shipped Via:** Electronic Delivery
**Delivery Type:** Normal
**Reporter:** Wilma A. Weinreich

| Description | Price | Amount |
|---|---|---|
| **Original Transcript of Christina Hamilton 30(b)(6) of Experian** | | |
| Appearance Fee Hourly (1.5 Units) | $ 45.00 | $ 67.50 |
| Appearance Fee (Before/After Business Hours) (1 Hour) | $ 65.00 | $ 65.00 |
| Original & One Copy- Video (86 Pages) | $ 4.50 | $ 387.00 |
| E-Tran/E-File | $ 25.00 | $ 25.00 |
| Delivery | $ 20.00 | $ 20.00 |
| | | $ 564.50 |

| | |
|---|---|
| Amount Due: | $ 564.50 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | **$ 564.50** |
| **Payment Due:** | **05/18/2025** |

**Tax ID No. 74-3158557**
**602.264.2230**
**3200 East Camelback Road, Suite 177, Phoenix, Arizona  85018   RRF No. R1005**
**All aspects of this invoice comply with the ethical obligations set forth in ACJA 7-206(J)(1)(g)(3) through (6).**

## Veritext, LLC
## Midwest Region



**Bill To:** Consumer Attorneys PLC
8095 N. 85th Way
Scottsdale AZ 85258

**Remit To:** Veritext
P.O. Box 71303
Chicago IL 60694-1303

## Statement of Account

For questions regarding this statement please contact Andrew Lev at 1-800-955-2421 or finance@veritext.com

| Statement Date: 5/10/2025 | | | | | | | Total Balance Due: | $386.20 |
|---|---|---|---|---|---|---|---|---|
| Invoice # | Invoice Date | Job # | Job Date | Caption | Contact | Type | Aged | Balance Due |
| 8258434 | 4/22/2025 | 7296234 | 4/10/2025 | Garcia Delgado, Ronald Alexander v Experian Information Solutions Inc Et Al | McKenzie R. Czabaj | C | 19 | $386.20 |
| | | | | | | | Total: | $386.20 |

| Current | 31-60 Days | 61-90 Days | > 90 Days | Total |
|---|---|---|---|---|
| $386.20 | $0.00 | $0.00 | $0.00 | $386.20 |

Please Remit Payment To:          Veritext          Page 1 of 1
P.O. Box 71303
Chicago IL 60694-1303

Fed. Tax ID: 20-3132569                               Visa, Mastercard & American Express Accepted

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments or refunds  will be made after 90 days.

## Veritext, LLC - Midwest Region

Tel. 612-339-0545 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569

Firm Registration No. R1061



| Bill To: | McKenzie R. Czabaj | | |
|---|---|---|---|
| | Consumer Attorneys PLC | **Invoice #:** | **8258434** |
| | 8095 N. 85th Way | **Invoice Date:** | **4/22/2025** |
| | Scottsdale, AZ, 85258 | **Balance Due:** | **$386.20** |

| Case: Garcia Delgado, Ronald Alexander v. Experian Information Solutions Inc Et Al (4:24cv00637) | Proceeding Type: Depositions |
|---|---|

Job #: 7296234   |   Job Date: 4/10/2025 |   Delivery: Normal

Location:            Minneapolis, MN

Billing Atty:            McKenzie R. Czabaj

Scheduling Atty:    Nicolas Aalberg | Jones Day

| Witness: Ronald Alexander Garcia Diaz | Amount |
|---|---|
| Transcript Services | $262.20 |
| Logistics, Processing & Electronic Files | $75.00 |
| Smart Summary - Under 100 Transcript Pages | $49.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$386.20** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$386.20** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  8258434**

**Invoice Date:   4/22/2025**

**Balance Due:   $386.20**

B420250510

253720

# Veritext | Easy Pay



Your transaction was a success! We appreciate your business and look forward to working with you again soon. If you have any other questions or concerns, please let us know.

| | |
|---|---|
| **Reference Number** | 646518854 |
| **Response Code** | 101 |
| **Authorization Code** | 08633G |
| **Transaction Date** | 2025-05-12 |
| **Transaction Time** | 11:16 AM |
| **Transaction Type** | SALE |
| **Message** | APPROVAL - Approved |
| **Amount** | $386.20 |
| **Card Holder's Name** | David A. Chami |
| **Invoices** | 8258434 |
| **Transaction Id** | 5365086 |

 Print          **Return to Main Page**

# Invoice

The Legal Rush LLC Attn: Selena Cabrera
2508 Turnstone Drive
Wilmington, DE 19805
Office Phone: (516) 578-6643
selena@thelegalrush.com

| | |
|---|---|
| **Invoice Number:** | 4522 |
| **Invoice Date:** | 06/11/2025 |
| **Payment Terms:** | Payment 15 days after invoice date |
| **Invoice Due Date:** | 06/26/2025 |
| **Invoice Amount:** | 103.96 |
| **Created By:** | Selena Cabrera |

**Bill To**
Consumer Justice Law Firm
8095 N. 85th Way
Scottsdale, AZ 85258

**Ship To**
Consumer Justice Law Firm

| Item # | Item Name | Quantity | Unit Price | Taxable | Total |
|---|---|---|---|---|---|
| 4982 | Routine Service Request: Garcia Delgado v. Experian (Case No.: 4:24-cv-00637) - Service of Subpoenas on J Street Property Services, LLC Received: June 11, 2025 at 7:34 pm (ET) from Gracelyn Stewart<br><br>Completed: June 12, 2025<br><br>Served:<br><br>J Street Property Services, LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801<br><br>Service Fee: $55.00<br><br>Printing: 22 service pages at $0.18c per page<br><br>Advanced a $40.00 fee, The Legal Rush, LLC check # 000125. $5.00 check handling fee.<br><br>Matter: Re: Garcia Delgado, Ronald Alexander v. Experian Information Solutions, Inc.<br>Case No. 4:24-cv-00637, United States District Court, Eastern District of Texas (Sherman Division)<br><br>The Legal Rush, LLC accepts checks, e-checks.<br><br>Save a stamp, email only the front of check to be electronically deposited, shred check after 2.5 weeks.<br><br>4% surcharge applies for a credit card transaction. Please request a link to pay via credit card.<br><br>PayPal: PayPal.Me/TheLegalRush<br><br>THANK YOU very much for your business!<br><br>Status emailed: June 12, 2025 @ 2:23 pm (ET): J Street Property | 1.00 | 103.96 | | 103.96 |

Services, LLC: SERVICE COMPLETE, DETAILS, *VERY IMPT* PLS KEEP: 3 PICTURES (b) SAME WITH DOC ON FILE AS PROOF

Good day

Can I provide one proof of service listing everything that was in the packet? I believe that's how it was done the last time and accepted.

Advanced a $40.00 fee, The Legal Rush, LLC check # 000125. A copy was emailed earlier for your records.

Process Server, Selena Cabrera:

Served:

J Street Property Services, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801
Issued receipt from the Registered Agent's office:

Hello Selena Cabrera,

We confirm receipt of the following documents via the Intake Portal on the date, time and location indicated below.

Date: Thu, Jun 12, 2025
Time: 10:03 AM
Name: Selena Cabrera
Juris Served: DE
Job ID: 656006
Entity Served Agent Name Case No.
J STREET PROPERTY SERVICES, LLC THE CORPORATION TRUST COMPANY 424cv00637

NOTE: This document serves solely as a record of the delivery of the listed documents at the specified date, time, and location and does not indicate or constitute CT's acceptance of service of any such documents. CT reserves the right to reject service of process as it deems necessary or appropriate.

on June 12, 2025 at 10:04 am (ET) to Robin Hutt-Banks, Intake Specialist

(African American female, 65 yrs., about 5'5", about 180 lbs., black hair, glasses)

Process Server: Selena Cabrera
Delaware Process Serving License: Not required

Kindly, confirm receipt. Thank you.

TC_07510.JPG


TC_07509.JPG


TC_07511.JPG

Warmest Regards

Selena Cabrera
The Legal Rush, LLC
2508 Turnstone Drive
Wilmington, DE 19805
(516) 578-6643
Selena@TheLegalRush.com

CONFIDENTIALITY NOTICE: This e-mail and attachments is
intended only for the person/entity to which it is addressed. Contains
confidential, privileged material. Review, use, disclosure or
distribution is prohibited. If you are not the intended recipient,
please contact Selena Cabrera of The Legal Rush, LLC. Kindly delete
email, attachments.

| | |
|---|---|
| Subtotal: | $ 103.96 |
| **Invoice Amount** | **$ 103.96** |

June 11, 2025

**VIA PROCESS SERVER**

TO:  J Street Property Services, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

---

**The Legal Rush, LLC**
Selena@TheLegalRush.com
2508 Turnstone Drive
Wilmington, DE 19805
(516) 578-6643

000125

62-114/311

DATE June 12, 2025

PAY TO THE ORDER OF  J STREET PROPERTY SERVICES, LLC      $ 40 00/100

Forty dollars + 00/100      DOLLARS

Citizens Bank

MEMO  4:24-cv-00637 (4522)

Selena Cabrera

⑈000125⑈ ⑉031101143⑈ 820403668⑈

---

producing, which may avoid further involvement of your company in this case. Accordingly, please sign and return **the original Affidavit at the time you produce the documents in compliance with the subpoena**. In order for any documents produced to be admissible during the trial of this matter we must have the requested executed Affidavit. In the event that you have <u>no records</u> responsive to our request to produce, simply return the executed Affidavit with an explanation and stating that you have attached "0 pages" of records.

Further, we have enclosed a Federal Subpoena to Testify at a Deposition in a Civil Action and Deposition Notice for **June 30, 2025, at 9:00 a.m. Central Time** and <u>witness fee in the amount of $40.00</u> as required by the Rules of Court. Please be advised that you must produce a corporate designee of your Company who is able to testify regarding the subject matters contained in the Attachment B and the documents your company is producing in compliance with the

 **Selena Cabrera**
June 24, 2025 . Money Sent

**−$103.96**

## Paid with

Ink Business Premier (VISA Credit Card x-5110)
You'll see "PAYPAL *Selena" on your card statement.

$103.96

## Ship to

Florenc Lirato
8095 N. 85th Way
Scottsdale, AZ 85258
United States

## Transaction ID

9HS05333LD333414B

## Contact info

**Message Selena Cabrera**
**Selena@TheLegalRush.com**

## Note

Invoice #4522
Routine Service Request: Garcia Delgado v. Experian (Case No. : 4:24-cv-00637) - Service of Subpoenas on J Street Property Services, LLC + Advanced Witness Fee

## Details

| | |
|---|---|
| Sent to Selena Cabrera | $103.96 |
| **Total** | **$103.96** |

## How can we help?

 Request Cancellation

Chat with PayPal Assistant

Get Answers

Report a problem

Contact Selena Cabrera

If Selena Cabrera is unable to help, you can file a case in our Resolution Center by December 21, 2025. You may be eligible for **Buyer Protection**

# INVOICE



**South Dakota Professional Services LLC**

922 Ridgecrest Dr, Vermillion, SD 57069,
UNITED STATES

eric@sdprofessionalservices.com



Scan.Pay.Go

 **PAID**

**Invoice No#**: 092543
**Invoice Date**: Jun 11, 2025
**Due Date**: Jun 11, 2025

**$0.00**
**AMOUNT DUE**

**BILL TO**
gstewart@consumerjustice.com

| # | ITEMS & DESCRIPTION | PRICE | AMOUNT($) |
|---|---|---|---|
| 1 | Service Of Process For Pathward, NA W/ Extra Affidavit<br>1 x $110.00 \| South Dakota Sales Tax 6.2% ($6.82) | $110.00 | $110.00* |
| 2 | Bulk Printing 22 Pages<br>22 x $0.25 \| South Dakota Sales Tax 6.2% ($0.34) | $0.25 | $5.50* |
| 3 | Use Of Business Address For Production Of Documents<br>1 x $30.00 \| South Dakota Sales Tax 6.2% ($1.86)<br>Note if documents are delivered from Pathward there is an additional fee of $30 to forward documents plus shipping cost. | $30.00 | $30.00* |
| 4 | Advance Fee/Witness Fee $40 | $40.00 | $40.00 |

| | |
|---|---|
| Subtotal | $185.50 |
| Tax South Dakota Sales Tax (6.2%) | $9.02 |
| **TOTAL** | **$194.52 USD** |
| Amount paid | $194.52 |
| **AMOUNT DUE** | **$0.00 USD** |

*Taxable item

Shinkowsky Investigations
PO Box 126538
Harrisburg, PA 17112
(800) 276-0202

Invoice #: 340943

Consumer Justice Law Firm
8095 North 85th Way
Scottsdale, AZ 85258

Date: 06/12/2025

## INVOICE FOR SERVICE

Service #89933: Affirm, Inc.
Ronald Alexander Garcia Delgado v.
Experian Information Solutions, Inc.

Your File#
Court Case #: 4:24-cv-00637

PROCESS SERVICE - DAUPHIN COUNTY

$65.00

**TOTAL CHARGES:**                                          **$65.00**

**BALANCE:**                                                **$65.00**

We appreciate your business.

**Invoices unpaid after 30 days are subject to a late fee of 1.5% per month ($5.00 minimum).**

Pay your invoice online at harrisburgpi.com/invoice/



1



**Success! Thank You For Your Payment**

ID: ch_3RdaH7C7UwkmXQtr0jtABeK2

Your Payment Was Approved And Applied. Please Use The ID Above For Your Reference.

Back To Website





Submit Payment

| Applying Payment To These Invoice(s) | | |
| --- | --- | --- |
| Invoice# | DateInvoiced | Balance |
| 340943 | 2025-06-12 | 0.00 |

Shinkowsky Investigations
PO Box 126538
Harrisburg, PA 17112
(800) 276-0202

Invoice #: 340944

Consumer Justice Law Firm
8095 North 85th Way
Scottsdale, AZ 85258

Date: 06/12/2025

## INVOICE FOR SERVICE

Service #89934: Affirm, Inc.                                      Your File#
Ronald Alexander Garcia Delgado v.              Court Case #: 4:24-cv-00637
Experian Information Solutions, Inc.

| | |
|---|---|
| ADDITIONAL SERVE, SAME ADDRESS | $35.00 |
| FEE ADVANCE | $40.00 |
| FEE ADVANCE SERVICE FEE | $10.00 |
| **TOTAL CHARGES:** | **$85.00** |
| **BALANCE:** | **$85.00** |

We appreciate your business.

**Invoices unpaid after 30 days are subject to a late fee of 1.5% per month ($5.00 minimum).**

Pay your invoice online at harrisburgpi.com/invoice/



1



**Success! Thank You For Your Payment**

ID: ch_3RdaFiC7UwkmXQtr0CHBHxZr

Your Payment Was Approved And Applied. Please Use The ID Above For Your Reference.

[Back To Website](Back To Website)





Submit Payment

| | Applying Payment To These Invoice(s) | |
|---|---|---|
| Invoice# | DateInvoiced | Balance |
| 340944 | 2025-06-12 | 0.00 |

# ESQUIRE
DEPOSITION SOLUTIONS

*Invoice*  **INV3157537**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 6/23/2025 |
| **Terms** | Net 30 |
| **Due Date** | 7/23/2025 |

| | |
|---|---|
| **Client Number** | C8943644 |
| **Esquire Office** | Chicago |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client Claim/Matter #** | Not required |
| **Date of Loss** | |

**Bill To**

The Consumer Justice Law Firm - Scottsdale
8095 North 85th Way
Scottsdale AZ 85258

**Services Provided For**

The Consumer Justice Law Firm - Scottsdale
Czabaj, Mckenzie
8095 North 85th Way
Scottsdale AZ 85258

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 6/9/2025 | J12960577 | Minneapolis, MINNESOTA | RONALD ALEXANDER GARCIA DELGADO V. EXPERIAN INFORMA |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY - EXP-VC-WI | Douglas A. Hollon | 281 | 4.50 | $1,264.50 |
| LITIGATION SUPPORT PACKAGE | Douglas A. Hollon | 1 | 0.00 | $0.00 |
| CONDENSED TRANSCRIPT | Douglas A. Hollon | 1 | 0.00 | $0.00 |
| PROCESSING & COMPLIANCE | Douglas A. Hollon | 1 | 0.00 | $0.00 |

| | |
|---|---|
| **Subtotal** | 1,264.50 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $1,264.50 |
| **Amount Due** | 1,264.50 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | The Consumer Justice Law Firm - Scottsdale |
| **Client #** | C8943644 |
| **Invoice #** | INV3157537 |
| **Invoice Date** | 6/23/2025 |
| **Due Date** | 7/23/2025 |
| **Amount Due** | **$1,264.50** |

ANDERSON ATTORNEY SERVICES
P.O. BOX 535
Salt Lake City, UT 84110
Phone: (801) 773-8220
EIN #93-2970371

**INVOICE**

Invoice #AND-2025003373
6/12/2025

MCKENZIE CZABAJ
Consumer Justice Law Firm
8095 North 85th Way
Scottsdale, AZ 85258

**Case Number: EASTERN 4:24-CV-00637**

Plaintiff:
**RONALD ALEXANDER GARCIA DELGADO,**

Defendant:
**EXPERIAN INFORMATION SOLUTIONS, INC.,**

Received: 6/12/2025    Served: 6/12/2025 12:37 pm  CORPORATE - AUTHORIZED
To be served on: Celtic Bank c/o Leslie Rinaldi

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SERVICE FEE | 1.00 | 130.00 | 130.00 |
| TOTAL CHARGED: | | | $130.00 |

**BALANCE DUE:**                                                              **$130.00**

THANK YOU FOR YOUR BUSINESS!!!

CHECK FOR STATUS @ WWW.ANDERSONATTORNEYSERVICES.COM

INVOICES ARE DUE UPON RECEIPT.  A LATE FEE OF $15 WILL BE ASSESSED PER STATEMENT AFTER 30 DAYS AND CONTINUING EACH 30 DAYS THEREAFTER.

# anderson.

## Thank you
## for your payment!

| | |
|---|---|
| **Payment Date:** | 2025-06-24 |
| **Payment Total:** | $130.00 |
| **Surcharge:** | $3.90 |
| **Total with Surcharge:** | $133.90 |
| **Payment Method:** | CC 5110 |

| Job Number | Servee Name | Client Reference | Amount |
|---|---|---|---|
| 2025003373 | Celtic Bank | None | $130.00 |
| **Total:** | | **$130.00** | |

Copyright © 2025 DreamBuilt Software, LLC. All rights reserved.                Powered by PST

## Gracelyn Stewart

| | |
|---|---|
| **From:** | PayLegal <dbswebserver@dbsinfo.net> |
| **Sent:** | Tuesday, June 24, 2025 11:35 AM |
| **To:** | McKenzie Czabaj; Gracelyn Stewart |
| **Subject:** | ANDERSON ATTORNEY SERVICES - Payment Receipt |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Dear Consumer Justice Law Firm,

## Thank you for your payment to ANDERSON ATTORNEY SERVICES

Below is the receipt for your records.

**Payment Date:** 6/24/2025 12:34 PM
**Payment Total:** $130.00
**Surcharge:** $3.90
**Total with Surcharge:** $133.90
**Payment Method:** CC 5110 (MAGICTEMP)

| Job | Inv. Date | Servee | Ref | Amount |
|---|---|---|---|---|
| 2025003373 | 6/12/2025 | Celtic Bank | | $130.00 |
| **Total:** | | | | **$130.00** |

Thank you,

ANDERSON ATTORNEY SERVICES

1

ANDERSON ATTORNEY SERVICES
P.O. BOX 535
Salt Lake City, UT 84110
Phone: (801) 773-8220
EIN #93-2970371

**INVOICE**

Invoice #AND-2025003374
6/12/2025

MCKENZIE CZABAJ
Consumer Justice Law Firm
8095 North 85th Way
Scottsdale, AZ 85258

**Case Number: EASTERN 4:24-CV-00637**

Plaintiff:
**RONALD ALEXANDER GARCIA DELGADO,**

Defendant:
**EXPERIAN INFORMATION SOLUTIONS, INC.,**

Received: 6/12/2025    Served: 6/12/2025 12:37 pm  CORPORATE - AUTHORIZED
To be served on: Celtic Bank c/o Leslie Rinaldi

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SECOND PAPER | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $25.00 |
| **BALANCE DUE:** | | | **$25.00** |

THANK YOU FOR YOUR BUSINESS!!!

CHECK FOR STATUS @ WWW.ANDERSONATTORNEYSERVICES.COM

INVOICES ARE DUE UPON RECEIPT.  A LATE FEE OF $15 WILL BE ASSESSED PER STATEMENT AFTER 30 DAYS AND CONTINUING EACH 30 DAYS THEREAFTER.

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b

# anderson.

## Thank you
## for your payment!

| | |
|---|---|
| **Payment Date:** | 2025-06-24 |
| **Payment Total:** | $25.00 |
| **Surcharge:** | $0.75 |
| **Total with Surcharge:** | $25.75 |
| **Payment Method:** | CC 5110 |

| Job Number | Servee Name | Client Reference | Amount |
|---|---|---|---|
| 2025003374 | Celtic Bank | None | $25.00 |
| **Total:** | | **$25.00** | |

Copyright © 2025 DreamBuilt Software, LLC. All rights reserved.

Powered by PST

**Gracelyn Stewart**

| | |
|---|---|
| **From:** | PayLegal <dbswebserver@dbsinfo.net> |
| **Sent:** | Tuesday, June 24, 2025 11:35 AM |
| **To:** | McKenzie Czabaj; Gracelyn Stewart |
| **Subject:** | ANDERSON ATTORNEY SERVICES - Payment Receipt |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Dear Consumer Justice Law Firm,

## Thank you for your payment to ANDERSON ATTORNEY SERVICES

Below is the receipt for your records.

**Payment Date:** 6/24/2025 12:34 PM
**Payment Total:** $25.00
**Surcharge:** $0.75
**Total with Surcharge:** $25.75
**Payment Method:** CC 5110 (MAGICTEMP)

| Job | Inv. Date | Servee | Ref | Amount |
|---|---|---|---|---|
| 2025003374 | 6/12/2025 | Celtic Bank | | $25.00 |
| **Total:** | | | | **$25.00** |

Thank you,

ANDERSON ATTORNEY SERVICES

1

# INVOICE

**In Focus Investigations, LLC**

3939 South 58th Street, Lincoln, NE 68506,
UNITED STATES

barb@infocusinvestigations.com

**Invoice No#**: 25L-331
**Invoice Date**: Jun 24, 2025
**Due Date**: Jun 24, 2025



Scan.Pay.Go

## $124.36 USD
**AMOUNT DUE**

**BILL TO**

gstewart@consumerjustice.com

| # | ITEMS & DESCRIPTION | PRICE | AMOUNT($) |
|---|---|---|---|
| 1 | PS- $75 WF- $40 WFA-$4 PP Service Charge @ 4.5%= $5.36 | $124.36 | $124.36 |

| | | |
|---|---|---|
| | Subtotal | $124.36 |
| | **TOTAL** | **$124.36 USD** |

**NOTES TO CUSTOMER**

Thank you so much for your business!

**BS**  **Barb Steil**                                      −$124.36
June 24, 2025 . Invoice paid

## Paid with

Ink Business Premier (VISA Credit Card x-5110)          $124.36

You'll see "PAYPAL *BARB" on your card statement.

## Ship to

Florenc Lirato
8095 N. 85th Way
Scottsdale, AZ 85258
United States

## Transaction ID

7K741621CH1486909

## Seller info

Barb Steil
**barb@infocusinvestigations.com**

## Order summary

PS- $75 WF- $40 WFA-$4 PP Service Charge @ 4.5%= $5.36          $124.36

**Total**                                              **$124.36**

## Need help?

If there's a problem, make sure to contact the seller through PayPal by **December 21, 2025**. You may be **eligible for purchase protection**

**N Kosearas Group**

500 W. Colorado Street, Unit C #406

Glendale, CA  91204 US

(213) 909-2191

info@nkosearasgroup.com

www.servect.net



# INVOICE

| BILL TO | | | | INVOICE | 2025000531 |
|---|---|---|---|---|---|
| Consumer Justice Law Firm | | | | DATE | 06/14/2025 |
| 8095 N. 85th Way | | | | TERMS | Net 30 |
| Scottsdale, AZ  85258 | | | | DUE DATE | 07/14/2025 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| SERVICE OF PROCESS | GARCIA DELGADO V EXPERIAN INFORMATION | 1 | 30.00 | 30.00 |
| WITNESS FEE | $40.00 | 1 | 40.00 | 40.00 |

GARCIA DELGADO V EXPERIAN INFORMATION
4:24-cv-00637
OPORTUN, INC.
C/O C T CORPORATION SYSTEM, 330 N BRAND BLVD GLENDALE CA 91203
$40.00 WITNESS FEE

**BALANCE DUE**          **$70.00**

Pay invoice

 **intuit quickbooks.**

Payment receipt

# You paid $70.00

to N Kosearas Group on 6/24/2025

| | |
|---|---|
| Invoice no. | 2025000531 |
| Invoice amount | $70.00 |
| **Total** | **$70.00** |

| | |
|---|---|
| Status | Paid |
| Payment method | Credit Card |
| Authorization ID | MU0252647134 |

Thank you



**N Kosearas Group**

2139092191

**www.servect.net | info@nkosearasgroup.com**
**500 W. Colorado Street, Unit C #406, Glendale, CA 91204**

No additional transfer fees or taxes apply.

Intuit Payments Inc (IPI) processes payments as an agent of the business. Payments processed by IPI constitutes payment to the business and satisfies your obligation to pay the business, including in connection with any dispute or case, in law or equity. Money movement services are provided by IPI pursuant to IPI&apos;s licenses (NMLS #1098819, https://www.intuit.com/legal/licenses/payment-licenses). IPI is located at 2700 Coast Avenue, Mountain View, CA 94043, 1-888-536-4801.

**Gracelyn Stewart**

| | |
|---|---|
| **From:** | QuickBooks Payments <quickbooks@notification.intuit.com> |
| **Sent:** | Tuesday, June 24, 2025 11:46 AM |
| **To:** | Gracelyn Stewart |
| **Subject:** | Payment confirmation: Invoice #2025000531-(N Kosearas Group) |



Manage payment

# You paid $70.00

to **N Kosearas Group** on 06/24/2025

## Payment details

| | |
|---|---|
| Invoice no. | 2025000531 |
| Invoice amount | $70.00 |
| Total amount | **$70.00** |

| | |
|---|---|
| Status | Paid |
| Payment method | VISA****5110 |
| Authorization ID | MU0252647134 |

Please don't reply to this email, if you need any help regarding this message, please contact the business directly.

Thank you,

1

## N Kosearas Group

2139092191

www.servect.net | info@nkosearasgroup.com

500 W. Colorado Street, Unit C #406, Glendale, CA, 91204, US

No additional transfer fees or taxes apply. Intuit Payments Inc (IPI) processes payments as an agent of the business. Payments processed by IPI constitutes payment to the business and satisfies your obligation to pay the business, including in connection with any dispute or case, in law or equity. Money movement services are provided by IPI pursuant to IPI's licenses (NMLS #1098819, https://www.intuit.com/legal/licenses/payment-licenses). IPI is located at 2700 Coast Avenue, Mountain View, CA 94043, 1-888-536-4801.

Security   |   Privacy statement   |   Terms of Service

© 2025 Intuit Inc., All rights reserved. Trademarks.
2800 E. Commerce Center Place, Tucson, AZ 85706



GRIFFIN GROUP
INTERNATIONAL
3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

McKenzie Czabaj
Consumer Justice Law Firm
8095 N . 85th Way
Scottsdale, AZ 85258

## *Invoice #24787*

| Date | Terms |
|---|---|
| 07/06/2025 | Net 30 |

**Job #21131769 on 07/03/2025**

**Case:** Delgado v. Experian Information

**Shipped On:** 07/04/2025
**Shipped Via:** Electronic Delivery
**Delivery Type:** Normal
**Reporter:** Rachelle Ford

| Description | Price | Amount |
|---|---|---|
| **30(b)(6) Affirm, Inc.** | | |
| Affidavit of Nonappearance | $ 140.00 | $ 140.00 |
| E-Tran/E-File | $ 25.00 | $ 25.00 |
| | | $ 165.00 |
| **30(b)(6) Celtic Bank** | | |
| Affidavit of Nonappearance | $ 140.00 | $ 140.00 |
| E-Tran/E-File | $ 25.00 | $ 25.00 |
| | | $ 165.00 |
| **30(b)(6) Conn Appliances** | | |
| Affidavit of Nonappearance | $ 140.00 | $ 140.00 |
| Delivery | $ 20.00 | $ 20.00 |
| E-Tran/E-File | $ 25.00 | $ 25.00 |
| | | $ 185.00 |

| | |
|---|---|
| Amount Due: | $ 515.00 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | **$ 515.00** |
| **Payment Due:** | **08/05/2025** |

**Invoice #24787**

**Tax ID No. 74-3158557**
**602.264.2230**
**3200 East Camelback Road, Suite 177, Phoenix, Arizona  85018   RRF No. R1005**
**All aspects of this invoice comply with the ethical obligations set forth in ACJA 7-206(J)(1)(g)(3) through (6).**



**GRIFFIN GROUP INTERNATIONAL**
3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

McKenzie Czabaj
Consumer Justice Law Firm
8095 N . 85th Way
Scottsdale, AZ 85258

## *Invoice #24789*

| Date | Terms |
|---|---|
| 07/06/2025 | Net 30 |

**Job #21131737 on 06/30/2025**

**Case:** Delgado v. Experian Information

**Shipped On:** 07/03/2025
**Shipped Via:** Electronic Delivery
**Delivery Type:** Normal
**Reporter:** Rachelle Ford

| Description | Price | Amount |
|---|---|---|
| **30(b)(6) J Street Property Services** | | |
| Affidavit of Nonappearance | $ 140.00 | $ 140.00 |
| E-Tran/E-File | $ 25.00 | $ 25.00 |
| | | $ 165.00 |
| **30(b)(6) Oportun** | | |
| Affidavit of Nonappearance | $ 140.00 | $ 140.00 |
| E-Tran/E-File | $ 25.00 | $ 25.00 |
| Delivery | $ 20.00 | $ 20.00 |
| | | $ 185.00 |

| | |
|---|---|
| Amount Due: | $ 350.00 |
| Paid: | $ 0.00 |

| Balance Due: | $ 350.00 |
|---|---|
| Payment Due: | 08/05/2025 |

Tax ID No. 74-3158557
602.264.2230
3200 East Camelback Road, Suite 177, Phoenix, Arizona  85018   RRF No. R1005
All aspects of this invoice comply with the ethical obligations set forth in ACJA 7-206(J)(1)(g)(3) through (6).



GRIFFIN GROUP
INTERNATIONAL
3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

McKenzie Czabaj
Consumer Justice Law Firm
8095 N . 85th Way
Scottsdale, AZ 85258

## *Invoice #24972*

| Date | Terms |
|------|-------|
| 07/21/2025 | Net 30 |

### Job #21131762 on 07/02/2025

**Case:**  Delgado v. Experian Information

**Shipped On:**  07/21/2025
**Shipped Via:**  Electronic Delivery
**Delivery Type:**  Normal
**Reporter:**  Teri L. Hoskins

| Description | Qty | Amount |
|-------------|-----|--------|
| **Original Transcript of 30(b)(6) Experian Information Solutions Mary Methvin** | | |
| Appearance Fee Hourly (3.5 Hours) | 1.00 | $ 157.50 |
| Original & One Copy - Video-Expert/Technical (126 Pages) | 1.00 | $ 567.00 |
| E-Tran/E-File | 1.00 | $ 25.00 |
| Delivery | 1.00 | $ 20.00 |
| | | $ 769.50 |

| | |
|---|---|
| Amount Due: | $ 769.50 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | **$ 769.50** |
| **Payment Due:** | **08/20/2025** |

Tax ID No. 74-3158557
602.264.2230
3200 East Camelback Road, Suite 177, Phoenix, Arizona  85018   RRF No. R1005
All aspects of this invoice comply with the ethical obligations set forth in ACJA 7-206(J)(1)(g)(3) through (6).



**GRIFFIN GROUP INTERNATIONAL**
3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

McKenzie Czabaj
Consumer Justice Law Firm
8095 N . 85th Way
Scottsdale, AZ 85258

## Invoice #25053

| Date | Terms |
|---|---|
| 07/25/2025 | Net 30 |

**Job #21131715 on 07/10/2025**

**Case:** Delgado v. Experian Information

**Shipped On:** 07/23/2025
**Shipped Via:** Electronic Delivery
**Delivery Type:** Normal
**Reporter:** Susan Grenz

| Description | Qty | Amount |
|---|---|---|
| **Original Transcript of 30(b)(6) of Nebraska Furniture Mart** | | |
| Appearance Fee Hourly (2.5 Hours) | 1.00 | $ 112.50 |
| Original & One Copy (81 Pages) | 1.00 | $ 364.50 |
| E-Tran/E-File | 1.00 | $ 25.00 |
| Delivery | 1.00 | $ 20.00 |
| | | $ 522.00 |

| | |
|---|---|
| Amount Due: | $ 522.00 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | **$ 522.00** |
| **Payment Due:** | **08/24/2025** |

Tax ID No. 74-3158557
602.264.2230
3200 East Camelback Road, Suite 177, Phoenix, Arizona  85018   RRF No. R1005
All aspects of this invoice comply with the ethical obligations set forth in ACJA 7-206(J)(1)(g)(3) through (6).



GRIFFIN GROUP
INTERNATIONAL
3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

David A. Chami
Consumer Justice Law Firm
8095 N . 85th Way
Scottsdale, AZ 85258

## Invoice #25663

| Date | Terms |
|---|---|
| 09/08/2025 | Net 30 |

**Job #21132532 on 08/15/2025**

**Case:** Delgado v. Experian Information

**Shipped On:** 09/04/2025
**Shipped Via:** Electronic Delivery
**Delivery Type:** Normal
**Reporter:** Haley Westra

| Description | Qty | Amount |
|---|---|---|
| **Original Transcript of 30(b)(1) of Experian Information Solutions** | | |
| Appearance Fee Hourly (4.5 Hours) | 1.00 | $ 202.50 |
| Original & One Copy (167 Pages) | 1.00 | $ 751.50 |
| E-Tran/E-File | 1.00 | $ 25.00 |
| Delivery | 1.00 | $ 20.00 |
| | | $ 999.00 |

| | | |
|---|---|---|
| | Amount Due: | $ 999.00 |
| | Paid: | $ 0.00 |

| Balance Due: | $ 999.00 |
|---|---|
| Payment Due: | 10/08/2025 |

Tax ID No. 74-3158557
602.264.2230
3200 East Camelback Road, Suite 177, Phoenix, Arizona  85018   RRF No. R1005
All aspects of this invoice comply with the ethical obligations set forth in ACJA 7-206(J)(1)(g)(3) through (6).

**Gracelyn Stewart**

---

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, November 10, 2025 7:07 PM |
| **To:** | Case Managers |
| **Subject:** | Pay.gov Payment Confirmation: CALIFORNIA NORTHERN DISTRICT COURT |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ECF Help Desk at 866-638-7829.

Account Number: 6238098
Court: CALIFORNIA NORTHERN DISTRICT COURT
Amount: $52.00
Tracking Id: ACANDC-21334756
Approval Code: 01794G
Card Number: ************5110
Date/Time: 11/10/2025 08:07:26 ET

NOTE: This is an automated message. Please do not reply

1

**Gracelyn Stewart**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, November 10, 2025 7:22 PM |
| **To:** | Case Managers |
| **Subject:** | Pay.gov Payment Confirmation: CALIFORNIA NORTHERN DISTRICT COURT |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ECF Help Desk at 866-638-7829.

Account Number: 6238098
Court: CALIFORNIA NORTHERN DISTRICT COURT
Amount: $52.00
Tracking Id: ACANDC-21334811
Approval Code: 04697G
Card Number: ************5110
Date/Time: 11/10/2025 08:21:56 ET

NOTE: This is an automated message. Please do not reply

1

**Gracelyn Stewart**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Thursday, November 13, 2025 12:57 PM |
| **To:** | Case Managers |
| **Subject:** | Pay.gov Payment Confirmation: UTAH DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Intake Office at 801-524-6100.

Account Number: 6938665
Court: UTAH DISTRICT COURT
Amount: $52.00
Tracking Id: AUTDC-5614151
Approval Code: 01447G
Card Number: ***********5110
Date/Time: 11/13/2025 01:57:14 ET

NOTE: This is an automated message. Please do not reply

1

## Other Documents

2:25-mc-01033 Garcia Delgado v. Celtic Bank

### US District Court Electronic Case Filing System

### District of Utah

## Notice of Electronic Filing

The following transaction was entered by Penningroth, Kendra on 11/13/2025 at 11:57 AM MST and filed on 11/13/2025

**Case Name:**       Garcia Delgado v. Celtic Bank
**Case Number:**    2:25-mc-01033
**Filer:**             Ronald Alexander Garcia Delgado
**Document Number:** No document attached

**Docket Text:**
**Miscellaneous Case Filing Fee for Motion to Compel received from Petitioner Ronald Alexander Garcia Delgado. (Filing fee $ 52, receipt number AUTDC-5614151). (Penningroth, Kendra)**


**2:25-mc-01033 Notice has been electronically mailed to:**

Kendra Penningroth     kpenningroth@consumerjustice.com, eservice@consumerattorneys.com

**2:25-mc-01033 Notice has been delivered by other means to:**

From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>

Sent: Monday, November 10, 2025 5:58 PM

To: McKenzie Czabaj <mczabaj@consumerjustice.com>

Subject: Pay.gov Payment Confirmation: TEXAS SOUTHERN DISTRICT COURT


Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Services Group at 713-250-5875.


Account Number: 6919732

Court: TEXAS SOUTHERN DISTRICT COURT

Amount: $52.00

Tracking Id: ATXSDC-34483740

Approval Code: 02020G

Card Number: ************5110

Date/Time: 11/10/2025 07:57:33 ET


NOTE: This is an automated message. Please do not reply

From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>

Sent: Monday, November 10, 2025 5:23 PM

To: McKenzie Czabaj <mczabaj@consumerjustice.com>

Subject: Pay.gov Payment Confirmation: TEXAS NORTHERN DISTRICT COURT


Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Richard Holt at 214-753-2202.


Account Number: 6919732

Court: TEXAS NORTHERN DISTRICT COURT

Amount: $52.00

Tracking Id: ATXNDC-15976643

Approval Code: 07749G

Card Number: ************5110

Date/Time: 11/10/2025 07:22:58 ET


NOTE: This is an automated message. Please do not reply

ANDERSON ATTORNEY SERVICES
P.O. BOX 535
Salt Lake City, UT 84110
Phone: (801) 773-8220
EIN #93-2970371

**INVOICE**

Invoice #AND-2025006456
11/13/2025

KENDRA PENNINGROTH
Consumer Justice Law Firm
8095 North 85th Way
Scottsdale, AZ 85258

**Case Number:  2:25-MC-01033**

Movant.:
**RONALD ALEXANDER GARCIA DELGADO,**

Respondent:
**CELTIC BANK,**

Received: 11/12/2025    Served: 11/13/2025 2:30 pm  CORPORATE - AUTHORIZED
To be served on: CELTIC BANK c/o Leslie Rinaldi

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SERVICE FEE | 1.00 | 85.00 | 85.00 |
| PRINTING FEE - 73 PGS | 1.00 | 5.00 | 5.00 |
| TOTAL CHARGED: | | | $90.00 |

**BALANCE DUE:**                                                                 **$90.00**

THANK YOU FOR YOUR BUSINESS!!!

CHECK FOR STATUS @ WWW.ANDERSONATTORNEYSERVICES.COM

INVOICES ARE DUE UPON RECEIPT.  A LATE FEE OF $15 WILL BE ASSESSED PER STATEMENT AFTER 30 DAYS AND CONTINUING EACH 30 DAYS THEREAFTER.

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b

# anderson.

## Thank you
## for your payment!

| | |
|---|---|
| **Payment Date:** | 2025-11-13 |
| **Payment Total:** | $90.00 |
| **Surcharge:** | $2.70 |
| **Total with Surcharge:** | $92.70 |
| **Payment Method:** | CC 5110 |

| Job Number | Servee Name | Client Reference | Amount |
|---|---|---|---|
| 2025006456 | CELTIC BANK | None | $90.00 |
| **Total:** | | **$90.00** | |

Copyright © 2025 DreamBuilt Software, LLC. All rights reserved.

Powered by PST

# Invoice

The Legal Rush LLC Attn: Selena Cabrera
2508 Turnstone Drive
Wilmington, DE 19805
Office Phone: (516) 578-6643
selena@thelegalrush.com

| | |
|---|---|
| **Invoice Number:** | 5096 |
| **Invoice Date:** | 11/11/2025 |
| **Payment Terms:** | Payment 15 days after invoice date |
| **Invoice Due Date:** | 11/26/2025 |
| **Invoice Amount:** | 77.96 |
| **Created By:** | Selena Cabrera |

**Bill To**
Consumer Justice Law Firm
8095 N. 85th Way
Scottsdale, AZ 85258

**Ship To**
Consumer Justice Law Firm

| Item # | Item Name | Quantity | Unit Price | Taxable | Total |
|---|---|---|---|---|---|
| 5451 | ROUTINE SERVICE REQUEST: Garcia Delgado, Ronald Alexander v. J Street Property Services, LLC - Service of Misc. Case Docs Received: November 11, 2025 at 4:22 pm from:<br><br>Ms. Gracelyn Stewart • gstewart@consumerjustice.com<br><br>Completed: November 12, 2025<br><br>Served:<br><br>J Street Property Services, LLC c/o The Corporation Trust Company Corporation Trust Center 1209 Orange Street Wilmington, Delaware 19801<br><br>Service Fee: $65.00<br><br>Printing: 72 service pages at $0.18c per page<br><br>Matter: Garcia Delgado, Ronald Alexander v. J Street Property Services, LLC; Case 3:25-mc-00079-L<br><br>The Legal Rush, LLC accepts checks, e-checks.<br><br>Save a stamp, email only the front of check to be electronically deposited, shred check after 2.5 weeks.<br><br>4% surcharge applies for a credit card transaction. Please request a link to pay via credit card.<br><br>PayPal: PayPal.Me/TheLegalRush<br><br>THANK YOU very much for your business!<br><br>Status emailed: November 12, 2025 @ 10:28 am: J Street Property Services, LLC: SERVICE COMPLETE, DETAILS, *VERY IMPT* PLS KEEP GPS PICTURE(S) SAFE WITH YOUR FILE AS PROOF | 1.00 | 77.96 | | 77.96 |

Good morning

An executed proof will be emailed by tomorrow, if not sooner.

Process Server, Selena Cabrera:

Served:

J Street Property Services, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801
Issued receipt from the Registered Agent's office:

Hello Selena Cabrera,

We confirm receipt of the following documents via the Intake Portal on the date, time and location indicated below.

Date: Wed, Nov 12, 2025
Time: 9:03 AM
Name: Selena Cabrera
Juris Served: DE
Job ID: 736928


Entity Served Agent Name Case No.
J STREET PROPERTY SERVICES, LLC THE CORPORATION TRUST COMPANY 3:25-mc-00079-L

NOTE: This document serves solely as a record of the delivery of the listed documents at the specified date, time, and location and does not indicate or constitute CT's acceptance of service of any such documents. CT reserves the right to reject service of process as it deems necessary or appropriate.

Thank you
Intake Specialist: Robin Huttbanks
CT Corporation, a Wolters Kluwer Company

on November 12, 2025 at 9:02 am (ET) to Robin Hutt-Banks, Intake Specialist II

(African American female, 65 yrs., about 5'5", about 180 lbs., black hair, glasses)

Process Server: Selena Cabrera
Delaware Process Serving License: Not required

Kindly, confirm receipt. Thank you.

TC_09882.JPG


Warmest Regards

Selena Cabrera
The Legal Rush, LLC
2508 Turnstone Drive
Wilmington, DE 19805
(516) 578-6643

Selena@TheLegalRush.com

CONFIDENTIALITY NOTICE: This e-mail and attachments is intended only for the person/entity to which it is addressed. Contains confidential, privileged material. Review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Selena Cabrera of The Legal Rush, LLC. Kindly delete email, attachments.

Caution: External (gstewart@consumerjustice.com)
Sensitive Content Details
Report This Email FAQ GoDaddy Advanced Email Security, Powered by INKY

Good afternoon!

Please serve the attached Service Packet on:

J Street Property Services, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

Please confirm receipt of this email and the attachment containing the following:
1) Motion to Compel J Street Property Services, LLC's Compliance with Federal Subpoena; 2) Exhibit List; 3) Exhibit 1- Complaint; 4) Exhibit 2- Subpoena Service Packet; 5) Exhibit 3- Proof of Service; 6) Exhibit 4- Affidavit of Non-Appearance; 7) Exhibit 5- Order Granting Motion for Leave to File Motions to Compel; and 8) Proposed Order

Thank you,

image001.jpg
Gracelyn Stewart
Paralegal

image002.png (402) 988-1036
image003.png gstewart@consumerjustice.com
image004.png 8095 N. 85th Way, Scottsdale, AZ 85258
image005.png www.consumerjustice.com
image006.png image007.png image008.png
Confidentiality Notice: This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

Emailed proof on November 13th at 12:13 pm

| | | |
|---|---|---|
| Subtotal: | $ 77.96 |
| **Invoice Amount** | **$ 77.96** |



**Selena Cabrera**
November 13, 2025 . Money Sent

**−$77.96**

## Paid with

Ink Business
Premier
(VISA Credit Card
x-5110)
You'll see "PAYPAL
*Selena" on your
card statement.

$77.96

## Ship to

Florenc Lirato
8095 N. 85th Way
Scottsdale, AZ 85258
United States

## Transaction ID

20394357XJ602515
2

## Contact info

**Message Selena Cabrera**
**Selena@TheLegalRush.com**

## Note

[Invoice No. 5096]
Garcia Delgado,
Ronald Alexander v.
J Street Property
Services, LLC
(Case No. 3:25-mc-
00079-L) - Service
of Misc. Case Docs

## Details

Sent to Selena
Cabrera

$77.96

**Total**                    **$77.96**

## How can we help?

⊘  Request Cancellation

▣⁺  Chat with PayPal Assistant

❓  Get Answers

⚠ Report a problem

📞 Contact Selena Cabrera

If Selena Cabrera is unable to help, you can file a case in our Resolution Center by May 12, 2026. You may be eligible for **Buyer Protection**

**N Kosearas Group**

500 W. Colorado Street, Unit C #406

Glendale, CA  91204 US

(213) 909-2191

info@nkosearasgroup.com

www.servect.net



## INVOICE

| BILL TO | | INVOICE | 2025001047 |
|---|---|---|---|
| Consumer Justice Law Firm | | DATE | 11/12/2025 |
| 8095 N. 85th Way | | TERMS | Due on receipt |
| Scottsdale, AZ  85258 | | DUE DATE | 11/12/2025 |

| DATE | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | SERVICE OF PROCESS | Garcia Delgado, Ronald Alexander v. Oportun, Inc. | 1 | 30.00 | 30.00 |

Garcia Delgado, Ronald Alexander v. Oportun, Inc.
CASE NUMBER: 3:25-mc-80358
Underlying Action: 4:24-cv-00637-ALM (E.D. TX)
OPORTUN, INC.,
c/o C T CORPORATION SYSTEM
330 N BRAND BLVD, GLENDALE, CA 91203

BALANCE DUE                                **$30.00**

Pay invoice



Payment receipt

# You paid $30.00

to N Kosearas Group on 11/13/2025

| | |
|---|---|
| Invoice no. | 2025001047 |
| Invoice amount | $30.00 |
| **Total** | **$30.00** |

| | |
|---|---|
| Status | Paid |
| Payment method | Credit Card |
| Authorization ID | MU0263720912 |

Thank you



## N Kosearas Group

2139092191

**www.servect.net | info@nkosearasgroup.com**
**500 W. Colorado Street, Unit C #406, Glendale, CA 91204**

No additional transfer fees or taxes apply.

Intuit Payments Inc (IPI) processes payments as an agent of the business. Payments processed by IPI constitutes payment to the business and satisfies your obligation to pay the business, including in connection with any dispute or case, in law or equity. Money movement services are provided by IPI pursuant to IPI&apos;s licenses (NMLS #1098819, https://www.intuit.com/legal/licenses/payment-licenses). IPI is located at 2700 Coast Avenue, Mountain View, CA 94043, 1-888-536-4801.

**Stealth Process**

4425 W AIRPORT FWY., SUITE 356
IRVING, TX 75062

**INVOICE: 14575802**

Issued: Nov 17, 2025

Sent to: Sierra Stewart , Chloe Lopez and Gracelyn Stewart

**Consumer Justice**

Sierra Stewart
8095 NORTH 85TH WAY
SCOTTSDALE, AZ 85258

PAY TO:

**Stealth Process**

4425 W AIRPORT FWY., SUITE 356
IRVING, TX 75062

| Case: | 4:24-cv-00637-ALM | Plaintiff / Petitioner: | RONALD ALEXANDER GARCIA DELGADO, |
| Job: | 14575802 (ROUTINE SERVICE REQUEST: Garcia Delgado, Ronald Alexander v. Conn Appliances, Inc. - Service of Misc. Case Docs) | Defendant / Respondent: | CONN'S APPLICANCES, INC., |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| PROCESS SERVER RATE - CT CORP RATE | CT CORP RATE - PROCESS SERVER / NAAPS - DISCOUNTED RATE<br><br>SERVED<br>Conn Appliances, Inc. c/o CT Corporation Systems<br>1999 BRYAN ST SUITE 900<br>DALLAS, TX 75201<br>DALLAS COUNTY<br>MM | $35.00 | 1 | $35.00 |
| PRINTING FEE | PRINTING FEE | $0.15 | 72 | $10.80 |

| Payment | Description | Amount Paid |
|---------|-------------|-------------|
| Nov 17, 2025 | gstewart@consumerjustice.com Paid Online<br>Payment ID: ch_3SUc0uK47KCuLnTc0EioPcyO | ($45.80) |

To ensure efficient and timely service, we kindly request prepayment from all new clients. This policy allows us to prioritize your case and provide the best possible service. Thank you for your understanding.

Please note that there is a 10% late fee if paid after 30 days from the date of this invoice

If you have any questions or concerns regarding your invoice or payment options, please do not hesitate to contact us. We appreciate your business and look forward to your prompt payment.

| | |
|---|---|
| Total: | $45.80 |
| Amount Paid: | ($45.80) |
| **Balance Due:** | **$0.00** |

Stealth Process  ·  4425 W AIRPORT FWY., SUITE 356, IRVING, TX 75062

Call: 817-707-0649  ·  Email: Service@StealthProcess.com  ·  Visit: www.stealthprocess.com

Shinkowsky Investigations
PO Box 126538
Harrisburg, PA 17112
(800) 276-0202



Invoice #: 342837

Consumer Justice Law Firm
8095 North 85th Way
Scottsdale, AZ 85258

Date: 11/20/2025

## INVOICE FOR SERVICE

Service #91823: Affirm, Inc.                                    Your File#
Ronald Alexander Garcia Delgado v.           Court Case #: 3:25-mc-80357
Affirm, Inc.

PROCESS SERVICE - DAUPHIN                                    $65.00
COUNTY

PRINTING                                                            $17.20

**TOTAL CHARGES:**                                            **$82.20**

**BALANCE:**                                                    **$82.20**

We appreciate your business.

**Invoices unpaid after 30 days are subject to a late fee of 1.5% per month ($5.00 minimum).**

Pay your invoice online at harrisburgpi.com/invoice/

1



### Success! Thank You For Your Payment

ID: ch_3SW0ERC7UwkmXQtr0gcTvMd4

Your Payment Was Approved And Applied. Please Use The ID Above For Your Reference.

Back To Website



| Pay Invoices VIA Credit Card | |
|---|---|
| **Name *** | Name As It Appears On Credit Card |
| **Billing Zip Code *** | |
| **Card Number *** | |
| | VISA  MasterCard  AMERICAN EXPRESS  DISCOVER |
| **Expiration (MM/YY) *** | mm / yy |
| **CVC *** | |
| **Amount *** | $ 0.00 |

Submit Payment

| Applying Payment To These Invoice(s) | | |
|---|---|---|
| Invoice# | DateInvoiced | Balance |
| **342837** | **2025-11-20** | **0.00** |



# Transaction Record



| TRACKING NO.: | SHIP DATE: | ESTIMATED SHIPPING CHARGES: |
|---|---|---|
| 886271512768 | Nov 21, 2025 | 15.23 USD |

## From address

David Chami
Consumer Justice Law Firm
8095 N. 85th Way
85258 AZ SCOTTSDALE
US
Phone: 4806261304
flirato@consumerjustice.com

## To address

Chief Judge Amos L. Mazzant, III
Paul Brown United States Courthouse
101 East Pecan Street
75090 TX SHERMAN
US
Phone: 7188743476

## Package information

| Pieces | Weight | Dimensions (LxWxH) | Carriage value | Package options |
|---|---|---|---|---|
| 1 x | 1.08 lb | | | n/a |

| Packaging type: | Service: | Pickup / drop-off type: |
|---|---|---|
| Your Packaging | FedEx Ground | I'll drop off my shipment at a FedEx location |

## Billing information

| | | | |
|---|---|---|---|
| Bill transportation cost to: | ******380 | P.O. No.: | |
| Bill duties, taxes and fees to: | | Invoice No.: | |
| Your reference: | Delgado-Courtesy Copies | Department No.: | |

**Please note:** This transaction record is neither a statement nor an invoice, and does not confirm shipment tendered to FedEx or payment. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

## Gracelyn Stewart

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Thursday, April 16, 2026 5:54 PM |
| **To:** | Case Managers |
| **Subject:** | Pay.gov Payment Confirmation: CALIFORNIA NORTHERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ECF Help Desk at 866-638-7829.

Account Number: 6919732
Court: CALIFORNIA NORTHERN DISTRICT COURT
Amount: $328.00
Tracking Id: ACANDC-21878596
Approval Code: 00711G
Card Number: ***********5110
Date/Time: 04/16/2026 06:53:56 ET

NOTE: This is an automated message. Please do not reply

1



## Aonyx Solutions, LLC

**INVOICE**

Invoice #WLM-2025001151
11/25/2025



**Send Payments To:**
**Aonyx Solutions, LLC**
**P.O. BOX 1613**
**Petersburg, VA 23805**
**Phone: (804) 571-0260**
**Fax: (855) 512-6699**
**82-1803406**

Gracelyn Stewart
Consumer Justice Law Firm
8095 N. 85th Way
Scottsdale, AZ 85258

Reference Number: 4:24-cv-00637-ALM (E.D. TX)

**Case Number: Northern 4:24-cv-00637-ALM (E.D. TX)**

Plaintiff:
**( Movant)    Ronald Alexander Garcia Delgado;**

Respondent:
**J. Street Property Services LLC**

Received: 11/20/2025   Served: 11/24/2025 2:59 pm  AUTHORIZED
To be served on: J Street Property Services, LLC; c/o Corporation Service Company

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 40.00 | 40.00 |
| Print Fee after 30 | 1.00 | 8.40 | 8.40 |
| TOTAL CHARGED: | | | $48.40 |

**BALANCE DUE:**                                                                 **$48.40**

**Comments pertaining to this invoice:**
11/24/2025 2:59 pm   100 Shockoe Slip, 2nd Floor, Richmond, VA 23219-4100, Documents accepted by Rene Nordquist - Authorized agent

Please enclose a copy of this invoice with your payment.

Payments can be made by visiting https://wlm.sopstatus.com.
Lost time is never found again !!  Payments due upon receipt.  Thank You   .

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V



## Your payment to Aonyx Solutions LLC has been submitted

CONFIRMATION NUMBER
13474375

PAYMENT AMOUNT
$48.40

RECEIPT SENT TO
casemanagers@consumerjustice.com

NOTE
[Invoice #WLM-2025001151] Garcia Delgado, Ronald Alexander v. J Street Property Services, LLC (Case No. 3:25-mc-00079-L-BK) - Service of Misc. Case Docs on Respondent J Street Property Services, LLC

For questions, please contact Aonyx Solutions LLC at **info@aonyxpi.com**, or call **866.617.3122** for support

**Submit another payment**

**BLUE RIDGE BANK**

Need Help?
Call Autobooks
Support:
**866.617.3122**

**Coash Court Reporting & Video LLC**

1802 N. 7th Street
Phoenix, AZ 85006
Phone: 602-258-1440
Fax: 602-258-2062



Consumer Justice Law Firm PLC
McKenzie Czabaj
8095 N. 85th Way
Scottsdale, AZ 85258

## *Invoice #216396*

| Date | Terms |
|---|---|
| 02/27/2026 | Net 30 |

### Job #2010613 on 02/18/2026

**Case:** Ronald Garcia Delgado vs. Experian Information Solutions, Inc.
**Case No.#:** 4:24-cv-00637

| Description | Units | Price | Amount |
|---|---|---|---|
| **Original Transcript Electronic Reporting of Tommy Wells, 30(b)(6) of J. Street Property Services, Inc.** | | | |
| Original Transcript of the Deposition of | 103 Pages | $ 4.25 | $ 437.75 |
| Appearance Fee / Hour | 1.5 Hours | $ 30.00 | $ 45.00 |
| Appearance Fee - Before Business Hours | 0.5 Hours | $ 45.00 | $ 22.50 |
| Electronic Transcript Package | | $ 50.00 | $ 50.00 |
| | | | $ 555.25 |

| | |
|---|---|
| Amount Due: | $ 555.25 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | $ 555.25 |
| **Payment Due:** | 03/29/2026 |

*All aspects of the bill and invoice and other business terms comply with the ethical obligations set forth in ACJA 7-206 (J)(1)(g)(3) through (6).*

Want to pay online?  Click here...
https://alservicelink.com/coashcourtreportingandvideo/quickpay/index/division/104.

TERMS:  Payment in full is due upon receipt. 1.5% interest per month on unpaid balance after 60 days.
If Coash Court Reporting & Video, LLC, deems it necessary to pursue legal action on any and all invoices, accumulated interest, any and all court costs and/or attorney's fees may be sought.
Arizona Court of Appeals has ruled that attorneys, not their clients, are responsible for paying court reporters' invoices in Cahn v. Fisher, 167 Ariz. 219, 805 P.2d 1040 (Ariz. Ct. App. 1991)

Coash Court Reporting & Video LLC
1802 N. 7th Street
Phoenix, AZ  85006
602-258-1440
Tax ID 92-1275767

**Coash Court Reporting & Video LLC**

1802 N. 7th Street
Phoenix, AZ 85006
Phone: 602-258-1440
Fax: 602-258-2062



Consumer Justice Law Firm PLC
McKenzie Czabaj
8095 N. 85th Way
Scottsdale, AZ 85258

## Invoice #216396

| Date | Terms |
|------|-------|
| 02/27/2026 | Net 30 |

### Job #2010613 on 02/18/2026

**Case:** Ronald Garcia Delgado vs. Experian Information Solutions, Inc.
**Case No.#:** 4:24-cv-00637

| Description | Units | Price | Amount |
|-------------|-------|-------|--------|
| **Original Transcript Electronic Reporting of Tommy Wells, 30(b)(6) of J. Street Property Services, Inc.** | | | |
| Original Transcript of the Deposition of | 103 Pages | $ 4.25 | $ 437.75 |
| Appearance Fee / Hour | 1.5 Hours | $ 30.00 | $ 45.00 |
| Appearance Fee - Before Business Hours | 0.5 Hours | $ 45.00 | $ 22.50 |
| Electronic Transcript Package | | $ 50.00 | $ 50.00 |
| | | | $ 555.25 |

| | |
|---|---|
| Amount Due: | $ 555.25 |
| Paid: | $ 0.00 |

*All aspects of the bill and invoice and other business terms comply with the ethical obligations set forth in ACJA 7-206 (J)(1)(g)(3) through (6).*

| Balance Due: | $ 555.25 |
|--------------|----------|
| Payment Due: | 03/29/2026 |

*Want to pay online? Click here...*
*https://alservicelink.com/coashcourtreportingandvideo/quickpay/index/division/104.*

TERMS:  Payment in full is due upon receipt. 1.5% interest per month on unpaid balance after 60 days.
If Coash Court Reporting & Video, LLC, deems it necessary to pursue legal action on any and all invoices, accumulated interest, any and all court costs and/or attorney's fees may be sought.
Arizona Court of Appeals has ruled that attorneys, not their clients, are responsible for paying court reporters' invoices in Cahn v. Fisher, 167 Ariz. 219, 805 P.2d 1040 (Ariz. Ct. App. 1991)

**Coash Court Reporting & Video LLC**
**1802 N. 7th Street**
**Phoenix, AZ  85006**
**602-258-1440**
**Tax ID 92-1275767**

**Coash Court Reporting & Video LLC**

1802 N. 7th Street
Phoenix, AZ 85006
Phone: 602-258-1440
Fax: 602-258-2062



Consumer Justice Law Firm PLC
Susan M. Rotkis
8095 N. 85th Way
Scottsdale, AZ 85258

## *Invoice #216859*

| Date | Terms |
|------|-------|
| 04/16/2026 | Net 30 |

### Job #2010879 on 04/01/2026

**Case:** Ronald Garcia Delgado vs. Experian Information Solutions, Inc.
**Case No.#:** 4:24-cv-00637

| Description | Units | Price | Amount |
|-------------|-------|-------|--------|
| **Transcript of the 30(b)(6) Deposition of Affirm, Inc. by Lauren Ortego (Original)** | | | |
| Original Transcript of the Deposition of | 146 Pages | $ 4.25 | $ 620.50 |
| Appearance Fee / Hour | 4 Hours | $ 30.00 | $ 120.00 |
| Electronic Transcript Package | | $ 50.00 | $ 50.00 |
| | | | $ 790.50 |

| | |
|---|---|
| Amount Due: | $ 790.50 |
| Paid: | $ 0.00 |

| Balance Due: | $ 790.50 |
|--------------|----------|
| **Payment Due:** | **05/16/2026** |

*Want to pay online?  Click here...*
*https://alservicelink.com/coashcourtreportingandvideo/quickpay/index/division/104.*

TERMS:  Payment in full is due upon receipt. 1.5% interest per month on unpaid balance after 60 days.
If Coash Court Reporting & Video, LLC, deems it necessary to pursue legal action on any and all invoices, accumulated interest, any and all court costs and/or attorney's fees may be sought.
Arizona Court of Appeals has ruled that attorneys, not their clients, are responsible for paying court reporters' invoices in Cahn v. Fisher, 167 Ariz. 219, 805 P.2d 1040 (Ariz. Ct. App. 1991)

**Coash Court Reporting & Video LLC**
**1802 N. 7th Street**
**Phoenix, AZ  85006**
**602-258-1440**
**Tax ID 92-1275767**

**Coash Court Reporting & Video LLC**

1802 N. 7th Street
Phoenix, AZ 85006
Phone: 602-258-1440
Fax: 602-258-2062



Consumer Justice Law Firm PLC
Susan M. Rotkis
8095 N. 85th Way
Scottsdale, AZ 85258

## Invoice #216859

| Date | Terms |
|------|-------|
| 04/16/2026 | Net 30 |

### Job #2010879 on 04/01/2026

**Case:** Ronald Garcia Delgado vs. Experian Information Solutions, Inc.
**Case No.#:** 4:24-cv-00637

| Description | Units | Price | Amount |
|-------------|-------|-------|--------|
| **Transcript of the 30(b)(6) Deposition of Affirm, Inc. by Lauren Ortego (Original)** | | | |
| Original Transcript of the Deposition of | 146 Pages | $ 4.25 | $ 620.50 |
| Appearance Fee / Hour | 4 Hours | $ 30.00 | $ 120.00 |
| Electronic Transcript Package | | $ 50.00 | $ 50.00 |
| | | | $ 790.50 |

| | |
|---|---|
| Amount Due: | $ 790.50 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | $ 790.50 |
| **Payment Due:** | 05/16/2026 |

*Want to pay online?  Click here...*
*https://alservicelink.com/coashcourtreportingandvideo/quickpay/index/division/104.*

TERMS:  Payment in full is due upon receipt. 1.5% interest per month on unpaid balance after 60 days.
If Coash Court Reporting & Video, LLC, deems it necessary to pursue legal action on any and all invoices, accumulated interest, any and all court costs and/or attorney's fees may be sought.
Arizona Court of Appeals has ruled that attorneys, not their clients, are responsible for paying court reporters' invoices in Cahn v. Fisher, 167 Ariz. 219, 805 P.2d 1040 (Ariz. Ct. App. 1991)

**Coash Court Reporting & Video LLC**
**1802 N. 7th Street**
**Phoenix, AZ  85006**
**602-258-1440**
**Tax ID 92-1275767**

**Gracelyn Stewart**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Thursday, April 16, 2026 5:54 PM |
| **To:** | Case Managers |
| **Subject:** | Pay.gov Payment Confirmation: CALIFORNIA NORTHERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ECF Help Desk at 866-638-7829.

Account Number: 6919732
Court: CALIFORNIA NORTHERN DISTRICT COURT
Amount: $328.00
Tracking Id: ACANDC-21878596
Approval Code: 00711G
Card Number: ***********5110
Date/Time: 04/16/2026 06:53:56 ET

NOTE: This is an automated message. Please do not reply

1

**Coash Court Reporting & Video LLC**

1802 N. 7th Street
Phoenix, AZ 85006
Phone: 602-258-1440
Fax: 602-258-2062



Consumer Justice Law Firm PLC
James Ristvedt
8095 N. 85th Way
Scottsdale, AZ 85258

## Invoice #217403

| Date | Terms |
|------|-------|
| 06/16/2026 | Net 30 |

### Job #2011440 on 06/01/2026

**Case:** Ronald Garcia Delgado vs. Experian Information Solutions, Inc.
**Case No.#:** 4:24-cv-00637

| Description | Units | Price | Amount |
|-------------|-------|-------|--------|
| **Original Transcript of 30(b)(6) of Oportun, Inc. by Matthew Howard** | | | |
| Original Transcript of the Deposition of | 144 Pages | $ 4.25 | $ 612.00 |
| Appearance Fee / Hour | 3 Hours | $ 30.00 | $ 90.00 |
| Electronic Transcript Package | 1 Unit | $ 50.00 | $ 50.00 |
| | | | $ 752.00 |

| | |
|---|---|
| Amount Due: | $ 752.00 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | $ 752.00 |
| **Payment Due:** | 07/16/2026 |

*All aspects of the bill and invoice and other business terms comply with the ethical obligations set forth in ACJA 7-206 (J)(1)(g)(3) through (6).*

**Want to pay online?  Click here...**
*https://alservicelink.com/coashcourtreportingandvideo/quickpay/index/division/104.*

TERMS:  Payment in full is due upon receipt. 1.5% interest per month on unpaid balance after 60 days.
If Coash Court Reporting & Video, LLC, deems it necessary to pursue legal action on any and all invoices, accumulated interest, any and all court costs and/or attorney's fees may be sought.
Arizona Court of Appeals has ruled that attorneys, not their clients, are responsible for paying court reporters' invoices in Cahn v. Fisher, 167 Ariz. 219, 805 P.2d 1040 (Ariz. Ct. App. 1991)

Coash Court Reporting & Video LLC
1802 N. 7th Street
Phoenix, AZ  85006
602-258-1440
Tax ID 92-1275767

**Coash Court Reporting & Video LLC**

1802 N. 7th Street
Phoenix, AZ 85006
Phone: 602-258-1440
Fax: 602-258-2062



Consumer Justice Law Firm PLC
James Ristvedt
8095 N. 85th Way
Scottsdale, AZ 85258

## Invoice #217403

| Date | Terms |
|------|-------|
| 06/16/2026 | Net 30 |

### Job #2011440 on 06/01/2026

**Case:** Ronald Garcia Delgado vs. Experian Information Solutions, Inc.
**Case No.#:** 4:24-cv-00637

| Description | Units | Price | Amount |
|-------------|-------|-------|--------|
| **Original Transcript of 30(b)(6) of Oportun, Inc. by Matthew Howard** | | | |
| Original Transcript of the Deposition of | 144 Pages | $ 4.25 | $ 612.00 |
| Appearance Fee / Hour | 3 Hours | $ 30.00 | $ 90.00 |
| Electronic Transcript Package | 1 Unit | $ 50.00 | $ 50.00 |
| | | | $ 752.00 |

| | |
|---|---|
| Amount Due: | $ 752.00 |
| Paid: | $ 0.00 |

*All aspects of the bill and invoice and other business terms comply with the ethical obligations set forth in ACJA 7-206 (J)(1)(g)(3) through (6).*

| | |
|---|---|
| Balance Due: | $ 752.00 |
| Payment Due: | 07/16/2026 |

*Want to pay online?  Click here...*
*https://alservicelink.com/coashcourtreportingandvideo/quickpay/index/division/104.*

TERMS:  Payment in full is due upon receipt. 1.5% interest per month on unpaid balance after 60 days.
If Coash Court Reporting & Video, LLC, deems it necessary to pursue legal action on any and all invoices, accumulated interest, any and all court costs and/or attorney's fees may be sought.
Arizona Court of Appeals has ruled that attorneys, not their clients, are responsible for paying court reporters' invoices in Cahn v. Fisher, 167 Ariz. 219, 805 P.2d 1040 (Ariz. Ct. App. 1991)

**Coash Court Reporting & Video LLC**
**1802 N. 7th Street**
**Phoenix, AZ  85006**
**602-258-1440**
**Tax ID 92-1275767**



**CONSUMER**
**JUSTICE**
LAW FIRM

8095 N. 85th Way, Scottsdale, AZ 85258

Chambers of Hon. Amos L. Mazzant
Paul Brown United States Courthouse
101 East Pecan Street
Sherman, TX 75090



 Outlook

---

## Fw: Your trip confirmation - KUCKGJ

---

**From** James Ristvedt <jristvedt@consumerjustice.com>
**Date** Mon 8/3/2026 12:23 PM
**To**   Brianna Frohman <bfrohman@consumerjustice.com>

Warmest regards,

James Ristvedt, Esq. | Managing Attorney & Trial Counsel
**Consumer Justice Law Firm**
D: 480-626-1956 | F: 480-613-7733
E: jristvedt@consumerjustice.com | W: www.consumerjustice.com
A: 8095 N. 85th Way, Scottsdale, AZ 85258

**Licensed:** States of Arizona, Florida
**District Courts:** AZ, CO, FL, IN, MI, NM, OK, TN, TX
**Circuit Courts of Appeal:** 3rd, 5th, 7th, 9th, 11th

**CONFIDENTIALITY NOTICE:** This email and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected, or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** David Chami <davidchami@yahoo.com>
**Sent:** Monday, August 3, 2026 12:21 PM
**To:** James Ristvedt <jristvedt@consumerjustice.com>
**Subject:** Fwd: Your trip confirmation - KUCKGJ

Please excuse any typos as this message has been sent from my mobile device

Begin forwarded message:

> **From:** American Airlines <no-reply@info.email.aa.com>
> **Date:** June 19, 2026 at 5:22:23 PM AST
> **To:** davidchami@yahoo.com
> **Subject: Your trip confirmation - KUCKGJ**

 

Issued: June 19, 2026

Your trip confirmation and receipt

You can check in via the American app 24 hours before your trip and get your mobile boarding pass.

[BUSINESS]

Confirmation code: **KUCKGJ**

AAdvantage Business™: **CONSUMER JUSTICE**

### Wednesday, July 1, 2026

| | | |
|---|---|---|
| **PHX** Phoenix 12:21 PM | **AA 1648** | |
| **DFW** Dallas/Fort Worth 4:52 PM | Seat: **16C** Class: **Economy (V)** Meals: | |

### Friday, July 10, 2026

| | | |
|---|---|---|
| **DFW** Dallas/Fort Worth 9:29 PM | **AA 3239** | |
| **PHX** Phoenix 10:00 PM | Seat: **13C** Class: **Economy (N)** Meals: | |

**Manage your trip**

## Your purchase

**David Chami - AAdvantage® #: 3V2\*\*\*\***

| | |
|---|---|
| New ticket | $473.49 |
| Taxes & carrier-imposed fees | $66.31 |
| Ticket #: 0012353082544 | |

**Total cost**                                                   **$539.80**

## Your payment

Visa (ending 5110)                          $539.80

Total paid                                    **$539.80**

## Bag information

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

Carry-on bags (American Airlines operated flights)

| | |
|---|---|
| **Personal item** | A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
| **Carry-on** | Maximum dimensions must not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |

**Checked Bags** *Some exceptions or seasonal bag limitations may apply, visit Baggage Fees for details.

**If your flight is operated by one of our partner airlines, see other airline's website for their checked bag and carry-on policies and fees.** Partner airlines» Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

**Premium Economy:** There is no charge for the first and second checked bags up to 50lbs / 23kg and 62in /185cm.
**Business and First:** There is no charge for the first and second checked bags up to 70lbs / 32kg and 62in / 158cm.
**Main Plus:** Includes 1 extra free checked bag in addition to the Main Cabin allowance (max of 2) up to 50lbs / 23kg and 62in / 158cm.

**Basic Economy and Main Cabin:** Bags up to 50lbs / 23kg and 62in / 158cm are accepted as standard bags without incurring overweight / oversize fees.



[https://www.aadvantagehotels.com/?utm_source=cne-booking-receipts-email&utm_medium=email&utm_campaign=partner-placement&utm_term=&utm_content=hotels-cta&label=aa-email-cn-flight-receipts]Book a hotel »



Book a car »



Buy trip insurance »



Vacations »



## Baggage details

Pay for your checked bags online up to 2 hours before departure and receive the best price available for travel on American Airlines marketed and operated itineraries (except to / from Chile, Colombia, Ecuador, India and Peru).

The following rates apply based on routing (excluding infants in lap). All published bag fees apply at each check-in location and applicable taxes are not shown.

For travel within and between the **US / PR / USVI**:

- **Basic Economy:** The first checked bag charge is 50 USD and the second checked bag charge is 60 USD if purchased online. Otherwise, the first checked bag charge is 55 USD and the second checked bag charge is 65 USD.
- **Main Cabin:** The first checked bag charge is 45 USD and the second checked bag charge is 55 USD if purchased online. Otherwise, the first

## Baggage details

checked bag charge is 50 USD and the second checked bag charge is 60 USD.

For travel between **Cuba** and all other locations:

- **Basic Economy:** For travel to Cuba, the first checked bag charge is 45 USD / CAD if purchased online. Otherwise, the first checked bag charge is 50 USD / CAD. For travel to Cuba between November 16 and January 15, the second checked bag charge is 200 USD / CAD and all other travel dates the second checked bag charge is 150 USD / CAD (or local currency equivalent). For travel from Cuba, there is no charge for the first or second checked bag.
- **Main Cabin:** For travel to Cuba, there is no charge for the first checked bag. For travel to Cuba between November 16 and January 15, the second checked bag charge is 200 USD / CAD and all other travel dates the second checked bag charge is 150 USD / CAD (or local currency equivalent). For travel from Cuba, there is no charge for the first or second checked bag.

For travel between **Haiti** and the US / PR / USVI / Canada / Mexico / Caribbean (excluding Cuba) / Central America:

- **Basic Economy:** The first checked bag charge is 45 USD / CAD if purchased online. Otherwise, the first checked bag charge is 50 USD / CAD. The second checked charge is 65 USD / CAD. (or local currency equivalent).
- **Main Cabin:** There is no charge for the first checked bag. The second checked charge is 65 USD / CAD. (or local currency equivalent).

For travel within and between **Canada / Mexico / Caribbean (excluding Haiti / Cuba) / Central America (excluding Panama) / Guyana / Suriname** and US / PR / USVI / Canada:

- **Basic Economy:** The first checked bag charge is 50 USD / CAD and the second checked bag charge is 60 USD / CAD if purchased online. Otherwise, the first checked bag charge is 55 USD / CAD and the second checked bag charge is 65 USD / CAD (or local currency equivalent).
- **Main Cabin:** The first checked bag charge is 45 USD / CAD and the second checked bag charge is 55 USD / CAD if purchased online. Otherwise, the first checked bag charge is 50 USD / CAD and the second checked bag charge is 60 USD / CAD (or local currency equivalent).

For travel between **Panama**  and US / PR / USVI / Canada / Mexico / Caribbean (excluding Cuba) / Central America:

- **Basic Economy:** The first checked bag charge is 55 USD / CAD. The second checked bag charge is 100 USD / CAD (or local currency equivalent).

## Baggage details

- **Main Cabin:** There is no charge for the first checked bag. The second checked bag charge is 100 USD / CAD (or local currency equivalent).

For travel between **Venezuela** and US / PR / USVI / Canada / Mexico / Caribbean (excluding Cuba) / Central America / South America:

- **Basic Economy:** The first checked bag charge is 70 USD / CAD. The second checked charge is 150 USD / CAD (or local currency equivalent).
- **Main Cabin:** There is no charge for the first checked bag. The second checked charge is 150 USD / CAD (or local currency equivalent).

For travel between **South America (excluding Guyana, Suriname, and Venezuela)** and US / PR / USVI / Canada / Mexico / Caribbean (excluding Cuba) / Central America:

- **Basic Economy:** The first checked bag charge is 70 USD / CAD. The second checked charge is 100 USD / CAD (or local currency equivalent).
- **Main Cabin:** There is no charge for the first checked bag. The second checked charge is 100 USD / CAD (or local currency equivalent).

For transatlantic travel between **Europe / Middle East (excluding Qatar) / Africa** and US / PR / USVI / Canada / Mexico / Caribbean (excluding Cuba) / Central America / South America:

- **Basic Economy:** The first checked bag charge is 85 USD/CAD / 75 EUR / 70 GBP. The second checked charge is 100 USD/CAD / 90 EUR / 75 GBP (or local currency equivalent).
- **Main Cabin:** There is no charge for the first checked bag. The second checked charge is 100 USD/CAD / 90 EUR / 75 GBP (or local currency equivalent).

For transpacific travel between **Australia / New Zealand** and US / PR / USVI / Canada / Mexico / Caribbean (excluding Cuba) / Central America / South America there is no charge for the first checked bag up to 70lbs / 32kg and 62in / 158cm. The second checked bag charge is 100 USD/CAD / 150 AUD/NZD (or local currency equivalent).

For travel between **India / Qatar / China / Japan / Korea / Hong Kong** and US / PR / USVI / Canada / Mexico / Caribbean (excluding Cuba) / Central America / South America there is no charge for the first checked bag. The second checked bag charge is 100 USD/CAD / 10,000 JPY (or local currency equivalent).

Contact us

Privacy policy

**Download the American app**



© 2026 American Airlines, Inc. All Rights Reserved.



You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. Once canceled, your refund will be processed automatically.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to davidchami@yahoo.com.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world® is a registered trademark of **one**world Alliance, LLC.

  English ▾    Search AA.com 🔍

     Plan travel  Travel informatic  AAdvantage®    👤 David

# Your trip is booked

We'll email your confirmation shortly. Thanks for choosing American Airlines.

 **AAdvantage Business™ Trip for CONSUMER JUSTICE**

Thanks for booking your business travel on aa.com. Your trip will be synced with your company travel portal.

## Your trip to Dallas/Fort Worth, TX

**$541.80**

Confirmation code: **AXZRON**  Trip name: **PHX/DFW**

| DEPART | RETURN |
|---|---|
| **PHX to DFW** | **DFW to PHX** |
| Fri, Jul 3, 2026 | Sat, Jul 11, 2026 |
| 12:19 PM → 4:55 PM | 10:50 AM → 11:19 AM |

View trip details, request upgrades, change seats and more.

**Manage your trip**

## Passengers

**Brianna Frohman**
Ticket number: 012352765458
Status: **Ticketed**

### Need more miles?

 Purchase the miles you need to reach your next award and be on your way!

Buy miles

## Search hotels

Earn AAdvantage® miles and Loyalty Points on every stay



🔍 Dallas / Fort Worth International Airport

07/03/2026 → 07/11/2026

Search



**The Westin Dallas Fort Worth Airport**

4★ property



**DoubleTree by Hilton Dallas – DFW Airport North**

4★ property

Feedback

# Car rental deals in Dallas Fort Worth - Airport (Texas)

## Earn 500 bonus miles, at least 2X base miles and Loyalty Points

Terms apply


AAdvantage Cars



🍃 Electric

### SUV
Ford Mustang Mach-...

👤5  🧳4  ❄AC  Budget

$38/day
$521 $478 total

Reserve

AAdvantage Cars

Earn
560
miles



### SUV
Mazda CX-50 or simi...

👤5  🧳3  ❄AC  AVIS

$47/day
$632 $578 total

Reserve

AAdvantage Cars

Earn
706
miles



### SUV
Toyota Rav4 or similar

👤5  🧳3  ❄AC  Payless

$45/day
$579 $555 total

Reserve

AAdvantage Cars

Earn
336
miles

Feedback

## Experience live events

Your journey doesn't end here. Turn your AAdvantage® miles into unforgettable experiences, or earn miles on concerts, sports, and other live events.

Find your live event ⊡





◉ Earn 1 mile and 1 Loyalty Point on every $1 spent.

◉ Redeem as low as 1,000 miles per purchase.



## Offset the footprint of your trip

Through our partnership with Cool Effect, you can make a difference in the fight against climate change.

**Donate now** ⤢

# Baggage information

### Checked bags

| Online* | 1st bag $45 | 2nd bag $55 |
| --- | --- | --- |
| Airport | 1st bag $50 | 2nd bag $60 |

Bag fees include taxes when applicable.

Maximum dimensions: 62 inches / 158 Centimeters

Maximum weight: 50 pounds / 23 kilograms

Dimensional size is calculated as follows: (Length + Width + Height)

*Available up to 2 hours before departure.

Other baggage and optional charges ⤢

### Carry-on bags

**American Airlines (no charge)**

Personal Item

Includes: purse, briefcase, laptop bag or similar item that must fit under the seat in front of you.

Carry-On

Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm)

Feedback

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies. Other airlines ⤢

Help          About American          Extras

Contact American

Receipts and refunds

FAQs

Agency reference [↗]

American Airlines Cargo [↗]

Bag and optional fees

Tarmac delay contingency plan

Customer service plan

Conditions of carriage

About us

We're hiring! Join our team [↗]

Investor relations [↗]

Newsroom [↗]

Legal, privacy, copyright

Cookie preferences

Sustainability [↗]

Modern Slavery Statement

Browser compatibility

Web accessibility

Business programs

Gift cards [↗]

Trip insurance



Earn Loyalty Points with your Citi* / AAdvantage* credit card [↗]

**Buy**Miles
Buy or gift miles for new adventures [↗]



Save up to 35% and earn 500 AAdvantage* bonus miles [↗]

Feedback

[↗] Link opens in new window. Site may not meet accessibility guidelines. AA.com®





CONSUMER
JUSTICE
LAW FIRM

8095 N. 85th Way, Scottsdale, AZ 85258

Chambers of Hon. Amos L. Mazzant
Paul Brown United States Courthouse
101 East Pecan Street
Sherman, TX 75090



 English ▾    Search AA.com 🔍

     Plan travel   Travel informatic   AAdvantage®    👤 David

# Your trip is booked

We'll email your confirmation shortly. Thanks for choosing American Airlines.

 **AAdvantage Business™ Trip for CONSUMER JUSTICE**

Thanks for booking your business travel on aa.com. Your trip will be synced with your company travel portal.

## Your trip from PDX to DFW to LAX                    $552.80

Confirmation code: **LETCPV**  Trip name: **PDX/DFW**

Feedback

**DEPART**
### PDX to DFW

Fri, Jul 3, 2026
11:54 AM → 5:49 PM

**DEPART**
### DFW to LAX

Sat, Jul 11, 2026
11:41 AM → 12:53 PM

View trip details, request upgrades, change seats and more.

**Manage your trip**

## Passengers

**Luz Cervantes**

Ticket number: 0012352764105
Status: **Ticketed**

## Need more miles?



Purchase the miles you need to reach your next award and be on your way!

Buy miles

# Search hotels

Earn AAdvantage® miles and Loyalty Points on every stay

AAdvantage
Hotels

Q   Dallas / Fort Worth International Airport

07 / 03 / 2026          →   07 / 04 / 2026

Search



**Hyatt Regency DFW International Airport**

4★ property



**Grand Hyatt Dfw**

4★ property

Feedback

# Car rental deals in Dallas Fort Worth - Airport (Texas)

## Earn 500 bonus miles, at least 2X base miles and Loyalty Points

Terms apply

 AAdvantage Cars



🍃 **Electric**

### SUV
Ford Mustang Mach-...

👤 5   💼 4   ❄ AC   Budget

**$38**/day
$521 $478 total

Reserve

AAdvantage Cars    Earn 560 miles



### SUV
Mazda CX-50 or simi...

👤 5   💼 3   ❄ AC   AVIS

**$47**/day
$632 $578 total

Reserve

AAdvantage Cars    Earn 706 miles



### SUV
Toyota Rav4 or similar

👤 5   💼 3   ❄ AC   Payless

**$45**/day
$579 $555 total

Reserve

AAdvantage Cars    Earn 336 miles

Feedback

## Experience live events

Your journey doesn't end here. Turn your AAdvantage® miles into unforgettable experiences, or earn miles on concerts, sports, and other live events.

Find your live event ⏷



◎ Earn 1 mile and 1 Loyalty Point on every $1 spent.

◎ Redeem as low as 1,000 miles per purchase.



# Offset the footprint of your trip

Through our partnership with Cool Effect, you can make a difference in the fight against climate change.

**Donate now**

# Baggage information

## Checked bags

| Online* | 1st bag | 2nd bag |
|---------|---------|---------|
|         | $45     | $55     |
| Airport | 1st bag | 2nd bag |
|         | $50     | $60     |

Bag fees include taxes when applicable.

Maximum dimensions: 62 inches / 158 Centimeters
Maximum weight: 50 pounds / 23 kilograms

Dimensional size is calculated as follows: (Length + Width + Height)
*Available up to 2 hours before departure.

Other baggage and optional charges 🗗

## Carry-on bags

### American Airlines (no charge)

Personal Item

Includes: purse, briefcase, laptop bag or similar item that must fit under the seat in front of you.

Carry-On

Maximum dimensions not to exceed:
22" long x 14" wide x 9" tall (56 x 35 x 23 cm)

Feedback

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies. Other airlines 🗗

Help

About American

Extras

Contact American

Receipts and refunds

FAQs

Agency reference ⏎

American Airlines Cargo ⏎

Bag and optional fees

Tarmac delay contingency plan

Customer service plan

Conditions of carriage

About us

We're hiring! Join our team ⏎

Investor relations ⏎

Newsroom ⏎

Legal, privacy, copyright

Cookie preferences

Sustainability ⏎

Modern Slavery Statement

Browser compatibility

Web accessibility

Business programs

Gift cards ⏎

Trip insurance



Earn Loyalty Points with your Citi* / AAdvantage* credit card ⏎

**Buy**Miles

Buy or gift miles for new adventures ⏎



Save up to 35% and earn 500 AAdvantage* bonus miles ⏎

Feedback

⏎ Link opens in new window. Site may not meet accessibility guidelines. AA.com®



 Outlook

---

**Your trip confirmation (PHX - DFW)**

---

**From** American Airlines <no-reply@info.email.aa.com>
**Date** Thu 6/18/2026 3:35 PM
**To**    Brianna Frohman <bfrohman@consumerjustice.com>



Issued: June 18, 2026

# Your trip confirmation and receipt

You can check in via the American app 24 hours before your trip and get your mobile boarding pass.

BUSINESS

---

Confirmation code: **AXZRON**

AAdvantage Business™: **CONSUMER JUSTICE**

## Friday, July 3, 2026

**PHX**                          AA 1648
Phoenix
**12:19 PM**

**DFW**                          Seat: **28A**
Dallas/Fort Worth                Class: **Economy (Q)**
**4:55 PM**                      Meals:

## Saturday, July 11, 2026

**Manage your trip**

Confirmation code: **AXZRON**

AAdvantage Business™: **CONSUMER JUSTICE**

✈ **DFW**                                    **AA 2990**

Dallas/Fort Worth
**10:50 AM**

📍 **PHX**                         Seat: **28A**

Phoenix                          Class: **Economy (V)**
**11:19 AM**                      Meals:

**Manage your trip**

## Limited-time: Earn up to 90,000 bonus miles*

Find the Citi® / AAdvantage® card that's right for you. Terms apply.
Learn more



## Your purchase

**Brianna Frohman - AAdvantage® #: L2T****

| | |
|---|---:|
| New ticket | $475.35 |
| Taxes & carrier-imposed fees | $66.45 |
| Ticket #: 0012352765458 | |

| | |
|---|---:|
| **Total cost** | **$541.80** |

## Your payment

| | |
|---|---:|
| Trip Credit (ending 8318) | $986.60 |

| | |
|---|---:|
| **Total paid** | **$541.80** |

| | |
|---|---:|
| Refund to Trip Credit (ending 0167) | -$444.80 |

Bag information

| Checked Bag (Airport) | | Checked Bag (Online*) | |
| --- | --- | --- | --- |
| 1st bag | $50.00 | 1st bag | $45.00 |
| 2nd bag | $60.00 | 2nd bag | $55.00 |

Taxes are included, when applicable.

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 2 hours) before departure.

Carry-on bags (American Airlines operated flights)

| **Personal item** | A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
| --- | --- |
| **Carry-on** | Maximum dimensions must not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |

  

[https://www.aadvantagehotels.co utm_source=cne-booking-receipts-email&utm_medium=email&utm_campaign=partner-placement&utm_term=&utm_content=hotels-cta&label=aa-email-cn-flight-receipts]Book a hotel »

Buy trip insurance »

Book a car »

Vacations »



Contact us                                Download the American app

Privacy policy



© 2026 American Airlines, Inc. All Rights Reserved.



*Offers may vary over time and this offer may not be available in other places where the card is offered. Offer available if you apply here on the day that this email was sent unless an offer expiration date is provided.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. Once canceled, your refund will be processed automatically.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

        

Lithium Batteries   Explosives   Aerosol   Flammables   Oxidizers   Toxins   Radioactive   Corosives   E - cigarettes

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each

transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to bfrohman@consumerjustice.com.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

oneworld® is a registered trademark of oneworld Alliance, LLC.

Case 4:24-cv-00637-ALM    Document 223-11    Filed 08/03/26    Page 108 of 274 PageID #: 5725

 Outlook

---

## Your trip confirmation (PHX - DFW)

**From** American Airlines <no-reply@info.email.aa.com>

**Date** Tue 6/23/2026 10:56 AM

**To** James Ristvedt <jristvedt@consumerjustice.com>



Issued: June 23, 2026

# Your trip confirmation and receipt

You can check in via the American app 24 hours before your trip and get your mobile boarding pass.

BUSINESS

Confirmation code: **KHPLSY**

AAdvantage Business™: **CONSUMER JUSTICE**

### Wednesday, July 1, 2026

**PHX**                          AA 1648

Phoenix

**12:21 PM**

**DFW**                          Seat: **16D**

Dallas/Fort Worth             Class: **Economy (V)**

**4:52 PM**                      Meals:

### Saturday, July 11, 2026

**Manage your trip**

Case 4:24-cv-00637-ALM    Document 223-11    Filed 08/03/26    Page 109 of 274 PageID #: 5726

Confirmation code: **KHPLSY**

AAdvantage Business™: **CONSUMER JUSTICE**

✈ **DFW**

**AA 2990**

Dallas/Fort Worth

**10:50 AM**

📍 **PHX**

Phoenix

**11:19 AM**

Seat:

Class: **Economy (V)**

Meals:

**Manage your trip**

## Limited-time: Earn up to 90,000 bonus miles*

Find the Citi® / AAdvantage® card that's right for you. Terms apply.

Learn more



## Your purchase

**James Ristvedt - AAdvantage® #: 4WT****

| | |
|---|---|
| New ticket | $472.56 |
| Taxes & carrier-imposed fees | $66.24 |
| Ticket #: 0012354050839 | |
| | |
| Preferred seat (PHX-DFW) | $38.64 |
| Taxes & carrier-imposed fees | $2.90 |
| Document #: 0010651275114 | |

| **Total cost** | **$580.34** |
|---|---|

## Your payment

| Flight Credit (ending 5755) | $459.80 |
|---|---|
| Visa (ending 5110) | $120.54 |

| **Total paid** | **$580.34** |
|---|---|

8/2/26, 4:00 PM  Case 4:24-cv-00637-ALM  Document 223-11  Filed 08/03/26  Page 110 of 274 PageID
Your trip confirmation (PHX - DFW) - James Ristveat - Outlook
#: 5727

## Bag information

| Checked Bag (Airport) | | Checked Bag (Online*) | |
|---|---|---|---|
| 1st bag | $50.00 | 1st bag | $45.00 |
| 2nd bag | $60.00 | 2nd bag | $55.00 |

Taxes are included, when applicable.

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 2 hours) before departure.

Carry-on bags (American Airlines operated flights)

| Personal item | A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
|---|---|
| Carry-on | Maximum dimensions must not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |


Book a hotel »


Book a car »


Buy trip insurance »

Vacations »



Contact us

**Download the American app**

Case 4:24-cv-00637-ALM　　Document 223-11　　Filed 08/03/26　　Page 111 of 274 PageID #: 5728

Privacy policy

 

© 2026 American Airlines, Inc. All Rights Reserved.



Case 4:24-cv-00637-ALM    Document 223-11    Filed 08/03/26    Page 112 of 274 PageID
#: 5729

*Offers may vary over time and this offer may not be available in other places where the card is offered. Offer available if you apply here on the day that this email was sent unless an offer expiration date is provided.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. Once canceled, your refund will be processed automatically.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

        

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each

Case 4:24-cv-00637-ALM    Document 223-11    Filed 08/03/26    Page 113 of 274 PageID #: 5730

transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to jristvedt@consumerjustice.com.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

oneworld® is a registered trademark of oneworld Alliance, LLC.

*Delgado*
*Trial Exhibits*



9301 E Shea Ste 130
Scottsdale, AZ 85260
480.314.2424

July 1, 2026 12:02 PM
Receipt #: SCFKK00851601

4509                          1 @       $15.9900 T
Std-Med 18x18x18

FedEx Express                          $328.28
FedEx 2Day
873841176853

Recipient Address
Hilton Garden Inn Denison/Sherman
Front desk Attn: Brianna Frohman
5015 S Us 75
DENISON, TX 75020, US
602-807-1482
Scheduled Delivery Date: 07/03/2026
Pricing Option: Standard Rate
Package Information: Your Packaging
18x18x18
Additional Services:
No Signature Required
Package Weight: 57.85 lbs (M)
Declared Value: $100

Packing Services
4509
Std-Med 18x18x18

Account Billed

Retail Subtotal              $15.99
Express Subtotal            $328.28

Tax                   $1.28
Total                 $345.55

Sender Account ending in *6380



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

*Handwritten:*
Delgado
Postmark Here
Resp in Opp
7-1-26
Chambers of Amos Mazzant
Paul Brown US Courthouse
101 East Pecan St
Sherman, TX 75090



# You're all set, Luz!

**Confirmation number: 3484919908**

We sent the details to m••••s@consumerjustice.com.

## Hotel Information

 **Hilton Garden Inn Denison/Sherman/At Texoma Event Center**

5015 US 75
Denison, Texas 75020 USA
+1 903-463-3331

## Stay Information

**3** JUL FRI — **11** JUL SAT

Check-in:     3 pm
Check-out:  11 am

Early check-in cannot be guaranteed. Contact the hotel to inquire about early check-in or late check-out.

**1 room for 1 adult**
**1 King Bed - Consumer Justice**

| | |
|---|---|
| Total room charge | $1,032.00 |
| Total taxes and government charges | $134.16 |

**Total for stay: $1,166.16**

**Payment** VISA   5110    Jan 2030

## Guest information

**Luz Cervantes**

Hilton Honors#:

# Guarantee policy

There is a credit card required for this reservation.

If you use a debit/credit card to check in, a hold may be placed on your card account for the full anticipated amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such hold may not be released for 72 hours from the date of check-out or longer at the discretion of your card issuer.

# Cancellation policy

Free cancellation before 11:59 PM local hotel time on 02 Jul 2026.

At check in, the front desk will verify your check-out date. Rates quoted are based on check-in date and length of stay. Should you choose to depart early, price is subject to change.

We reserve the right to cancel or modify reservations where it appears that a customer has engaged in fraudulent or inappropriate activity or under other circumstances where it appears that the reservations contain or resulted from a mistake or error.

Totals listed here are estimated based on current taxes, government charges and exchange rates (if applicable) and do not include additional fees/charges that may be incurred during your stay.

# Optional services for an additional charge

**Self parking**

Complimentary

**Pets**

Pets allowed, $75.00 non-refundable fee, $75(1-4n),$125(5+n)2petsMax,dog/cat only

# Thank you, Brianna Frohman.

## Your order has been submitted.

### Order number #2010247784193358

Confirmation email has been delivered to **bfrohman@consumerjustice.com**

Join our email list so that you're always the first to know about new products, exclusive discounts, and inspirational tips on how to get the most value out of your projects. You can unsubscribe at any time.

| Contact information | Pickup location | Payment |
|---|---|---|
| **CONTACT PERSON**<br>Brianna Frohman<br>bfrohman@consumerjustice.com<br>9286603258<br><br>**ALTERNATE PICKUP PERSON**<br>James Ristvedt<br>jristvedt@consumerjustice.com<br>9286603258 | **STORE LOCATION**<br>FedEx Office Print & Ship<br>3903 N US Highway 75, Sherman,<br>TX 75090-2577<br><br>Estimated pickup time:<br>Thursday, july 2, 4:00pm | **PAYMENT METHOD**<br>Pay by credit card<br>*ending in \*5110*<br><br>**BILLING ADDRESS**<br>David A Chami<br>8095 N. 85th Way<br>Scottsdale, AZ 85258 |

## Cart summary

| PRODUCT NAME | PRICE | QTY | DISCOUNT | SUBTOTAL |
|---|---|---|---|---|
| 🏬 **In-store pickup** | | | | |
| **FedEx Office** | | | | |
| Diaz Print | $45.57 | 1 | - | $45.57 |

**SHOW DETAILS** ⌄

| SKU | BASE PRICE | QTY | DISCOUNT | TOTAL |
|---|---|---|---|---|
| CLR 2S Copy/Print | $1.32 | 34 | - | $44.88 |
| Machine Stapling | $0.03 | 1 | - | $0.03 |
| CLR 1S Copy/Print | $0.66 | 1 | - | $0.66 |

**ADDITIONAL DETAILS**

Prints Per Page: One

Hole Punching: None

Hole Punching Production: Machine Finishing

Paper Size: 8.5x11

Sides: Double-Sided

Collation: Collated

Folding Production: Hand Finishing

Binding: Staple

Orientation: Vertical

Lamination: None

Offset Stacking: On

Print Color: Full Color

Paper Type: Laser(24 lb.)

Stapling Production: Machine Finishing



|  | $64.05 | 1 | - | $64.05 |
|---|---|---|---|---|

NFM Print

**SHOW DETAILS** ⌄

| SKU | BASE PRICE | QTY | DISCOUNT | TOTAL |
|---|---|---|---|---|
| CLR 2S Copy/Print | $1.32 | 48 | - | $63.36 |
| Machine Stapling | $0.03 | 1 | - | $0.03 |
| CLR 1S Copy/Print | $0.66 | 1 | - | $0.66 |

**ADDITIONAL DETAILS**

Prints Per Page: One

Hole Punching: None

Hole Punching Production: Machine Finishing

Paper Size: 8.5x11

Sides: Double-Sided

Collation: Collated

Folding Production: Hand Finishing

Binding: Staple

Orientation: Vertical

Lamination: None

Offset Stacking: On

Print Color: Full Color

Paper Type: Laser(24 lb.)

Stapling Production: Machine Finishing

|  | | $95.07 | 1 | - | $95.07 |
|---|---|---|---|---|---|



Oportun Print

**SHOW DETAILS** ⌄

| SKU | BASE PRICE | QTY | DISCOUNT | TOTAL |
|---|---|---|---|---|
| CLR 2S Copy/Print | $1.32 | 72 | - | $95.04 |
| Machine Stapling | $0.03 | 1 | - | $0.03 |

**ADDITIONAL DETAILS**

Prints Per Page: One

Hole Punching: None

Hole Punching Production: Machine Finishing

Paper Size: 8.5x11

Sides: Double-Sided

Collation: Collated

Folding Production: Hand Finishing

Binding: Staple

Orientation: Vertical

Lamination: None

Offset Stacking: On

Print Color: Full Color

Paper Type: Laser(24 lb.)

Stapling Production: Machine Finishing

|  | | $126.09 | 1 | - | $126.09 |
|---|---|---|---|---|---|

Cave Print

**SHOW DETAILS** ⌄

| SKU | BASE PRICE | QTY | DISCOUNT | TOTAL |
|---|---|---|---|---|
| CLR 2S Copy/Print | $1.32 | 95 | - | $125.40 |
| Machine Stapling | $0.03 | 1 | - | $0.03 |
| CLR 1S Copy/Print | $0.66 | 1 | - | $0.66 |

**ADDITIONAL DETAILS**

Prints Per Page: One

Hole Punching: None

Hole Punching Production: Machine Finishing

Paper Size: 8.5x11

**ADDITIONAL DETAILS**

Sides: Double-Sided

Collation: Collated

Folding Production: Hand Finishing

Binding: Staple

Orientation: Vertical

Lamination: None

Offset Stacking: On

Print Color: Full Color

Paper Type: Laser(24 lb.)

Stapling Production: Machine Finishing

| | $124.11 | 1 | - | $124.11 |

Sumida Print

**SHOW DETAILS** ∨

| SKU | BASE PRICE | QTY | DISCOUNT | TOTAL |
|---|---|---|---|---|
| CLR 2S Copy/Print | $1.32 | 94 | - | $124.08 |
| Machine Stapling | $0.03 | 1 | - | $0.03 |

**ADDITIONAL DETAILS**

Prints Per Page: One

Hole Punching: None

Hole Punching Production: Machine Finishing

Paper Size: 8.5x11

Sides: Double-Sided

Collation: Collated

Folding Production: Hand Finishing

Binding: Staple

Orientation: Vertical

Lamination: None

Offset Stacking: On

Print Color: Full Color

Paper Type: Laser(24 lb.)

Stapling Production: Machine Finishing

| | $96.39 | 1 | - | $96.39 |

Affirm Print

**SHOW DETAILS** ∨

| SKU | BASE PRICE | QTY | DISCOUNT | TOTAL |
|---|---|---|---|---|
| CLR 2S Copy/Print | $1.32 | 73 | - | $96.36 |
| Machine Stapling | $0.03 | 1 | - | $0.03 |

**ADDITIONAL DETAILS**

Prints Per Page: One

Hole Punching: None

Hole Punching Production: Machine Finishing

Paper Size: 8.5x11

Sides: Double-Sided

Collation: Collated

Folding Production: Hand Finishing

Binding: Staple

Orientation: Vertical

Lamination: None

Offset Stacking: On

Print Color: Full Color

Paper Type: Laser(24 lb.)

Stapling Production: Machine Finishing



|  | $66.69 | 1 | - | $66.69 |
|---|---|---|---|---|

Hamilton Print

**SHOW DETAILS** ∨

| SKU | BASE PRICE | QTY | DISCOUNT | TOTAL |
|---|---|---|---|---|
| CLR 2S Copy/Print | $1.32 | 50 | - | $66.00 |
| Machine Stapling | $0.03 | 1 | - | $0.03 |
| CLR 1S Copy/Print | $0.66 | 1 | - | $0.66 |

**ADDITIONAL DETAILS**

Prints Per Page: One

Hole Punching: None

Hole Punching Production: Machine Finishing

Paper Size: 8.5x11

Sides: Double-Sided

Collation: Collated

Folding Production: Hand Finishing

Binding: Staple

Orientation: Vertical

Lamination: None

**ADDITIONAL DETAILS**

Offset Stacking: On

Print Color: Full Color

Paper Type: Laser(24 lb.)

Stapling Production: Machine Finishing

## Questions about your order?
**Visit our Customer Support page for help.**
**Note: Due to the customization of your order, no changes or cancellations are available after order submission.**

| | |
|---|---|
| Items (7) | $617.97 |
| Tax | $50.98 |
| Total Discount(s) | - |
| Total | $668.95 |

 Outlook

**Your Jul-06-2026 Confirmation #3494307852**

**From** Hilton Garden Inn Confirmed <noreply@h6.hilton.com>
**Date** Mon 7/6/2026 2:06 PM
**To** Florence Lirato <flirato@consumerjustice.com>

                              Hilton. For the stay.

Hello Beatriz,                                                    Join now →



# See you soon, Beatriz Noguera

Your reservation for Monday Jul 06, 2026 has been confirmed.

**Confirmation # 3494307852**

## Hilton Garden Inn Denison/Sherman/At Texoma Event Center

5015 US 75, Denison, TX, 75020 US

+19034633331

View your stay in app

Add to calendar (iOS/Outlook)

Add to calendar (Other)

| Monday | 1 | Tuesday |
|---|---|---|
| **Jul 06** | Night | **Jul 07** |
| Check In: 3:00 PM | | Check Out: 11:00 AM |

View booking details

# Your Room Summary:

| Guest Name | Beatriz Noguera |
|---|---|
| Guests | 1 Adult |
| Rooms | 1 |
| Room Plan | 1 KING BED |
| Rate Type | Consumer Justice |

# Your Rate Information

**Rate per night**

| Jul-06-2026 - Jul-07-2026 | 129.00 USD |
|---|---|
| **Total for Stay per Room Rate** | **129.00 USD** |

**Additional charges**

| Total taxes and government charges | 16.77 USD |
|---|---|
| 13.0% Per RoomPer Night | |

| **Total price for Stay** | **145.77 USD** |
|---|---|

**Modify Your Reservation →**

# Rate Rules and Cancellation Policy

- Please contact us should you need to cancel your reservation

# Important updates

**No smoking**

We are a smoke-free hotel.

Your Stay

# Brand Highlights:

### Comfy & functional

Cozy beds, roomy workspaces, and thoughtful touches help you end each day well.

### Made-to-order breakfast

Start your day with a menu of freshly prepared breakfast favorites in the restaurant

### Restaurant & bar

End your day with plates to satisfy, plus wine, beer, and handcrafted cocktails.

## Thank you for booking directly with Hilton.

Join Hilton Honors for free to enjoy these benefits during your upcoming stay.

**Points toward free nights**
For every $1 you spend on your stay, you'll get 10 Points.

**Free Wi-Fi**

**Every night counts toward elite status**

**Digital Key, Digital Check In, Choose Your Room**

**Join Hilton Honors**

 Hilton. For the stay.

**Please do not reply to this email, as mail sent to this address cannot be answered.**
If you have questions please visit our Help Center page and select the applicable contact method.

Hilton Honors™ membership and redemption of Points are subject to Hilton Honors Terms and Conditions.

This email advertisement was delivered to flirato@consumerjustice.com. Unsubscribing from all marketing email will prevent you from receiving your Hilton Honors Monthly Statement. You can continue to check your account by logging into your profile, contacting by phone or chatting with us. You can also visit our Help Center for additional questions.

Unsubscribe

© 2026 Hilton™ indicates a trademark of Hilton Domestic Operating Company Inc. or its subsidiaries
Privacy Policy

Hilton Reservations and Customer Care
7930 Jones Branch Drive
McLean, Virginia 22102, USA

2026-07-06_EM_Trigger_1089_Reservation_Confirmation_PROD_202306_EN

 Outlook

---

**Your Jul-06-2026 Confirmation #3495493372**

---

**From** Hilton Garden Inn Confirmed <noreply@h6.hilton.com>
**Date** Mon 7/6/2026 2:05 PM
**To**    Florence Lirato <flirato@consumerjustice.com>

                                        Hilton. For the stay.

---

Hello Lyda,                                                            Join now →



# See you soon, Lyda Baro

Your reservation for Monday Jul 06, 2026 has been confirmed.

**Confirmation # 3495493372**

## Hilton Garden Inn Denison/Sherman/At Texoma Event Center

5015 US 75, Denison, TX, 75020 US

+19034633331

View your stay in app

Add to calendar (iOS/Outlook)

Add to calendar (Other)

| Monday | **2** | Wednesday |
|---|---|---|
| **Jul 06** | Nights | **Jul 08** |
| Check In:  3:00 PM | | Check Out: 11:00 AM |

View booking details

# Your Room Summary:

| | |
|---|---|
| Guest Name | Lyda Baro |
| Guests | 1 Adult |
| Rooms | 1 |
| Room Plan | 1 KING BED |
| Rate Type | Consumer Justice |

## Your Rate Information

**Rate per night**

Jul-06-2026 - Jul-08-2026                                129.00 USD

**Total for Stay per Room Rate**                         **258.00 USD**

**Additional charges**

Total taxes and government charges                       33.54 USD

13.0% Per RoomPer Night

**Total price for Stay**                                 **291.54 USD**

**Modify Your Reservation** ➝

# Rate Rules and Cancellation Policy

- Please contact us should you need to cancel your reservation

# Important updates

**No smoking**

We are a smoke-free hotel.

Your Stay

## Brand Highlights:

### Comfy & functional

Cozy beds, roomy workspaces, and thoughtful touches help you end each day well.

### Made-to-order breakfast

Start your day with a menu of freshly prepared breakfast favorites in the restaurant

### Restaurant & bar

End your day with plates to satisfy, plus wine, beer, and handcrafted cocktails.

## Thank you for booking directly with Hilton.

Join Hilton Honors for free to enjoy these benefits during your upcoming stay.

**Points toward free nights**
For every $1 you spend on your stay, you'll get 10 Points.

**Free Wi-Fi**

**Every night counts toward elite status**

**Digital Key, Digital Check In, Choose Your Room**

**Join Hilton Honors**

 Hilton. For the stay.

**Please do not reply to this email, as mail sent to this address cannot be answered.**
If you have questions please visit our Help Center page and select the applicable contact method.

Hilton Honors™ membership and redemption of Points are subject to Hilton Honors Terms and Conditions.

This email advertisement was delivered to flirato@consumerjustice.com. Unsubscribing from all marketing email will prevent you from receiving your Hilton Honors Monthly Statement. You can continue to check your account by logging into your profile, contacting by phone or chatting with us. You can also visit our Help Center for additional questions.

Unsubscribe

© 2026 Hilton™ indicates a trademark of Hilton Domestic Operating Company Inc. or its subsidiaries
Privacy Policy

Hilton Reservations and Customer Care
7930 Jones Branch Drive
McLean, Virginia 22102, USA

2026-07-06_EM_Trigger_1089_Reservation_Confirmation_PROD_202306_EN

# INVOICE FOR INTERPRETER SERVICES

**From**: Beatriz Noguera
930 Stockton Drive-Unit 212
Allen, TX 75013                                         Date: July 7, 2026


**To: Consumer Justice Law Firm**
8095 N. 85th Way, Scottsdale, AZ 85258
Attn: Brianna Frohman | Managing Paralegal

**Ref: Invoice for** Trial by Jury in: Garcia Delgado v. Experian Information Solutions, Inc.
**Case Number:** 4:24-cv-00637-ALM
Eastern District of Texas
Paul Brown United States Courthouse
101 E Pecan St, Sherman, TX 75090

Witnesses:
Plaintiff, Ronald Alexander Garcia Delgado
Hilierys Diaz, Plaintiff's Wife

**INVOICE**: F0707-26

- **One Day at Full Day Rate** ……………………………………………… $ 800.00
- **Reimbursed Travel Expenses:**
  - **Per Diem:** $82.50 ……………………………………………… 82.50
  - **Mileage:** GSA Mileage Rate 0.725/mile x 82 miles………………….. 59.45


**TOTAL DUE**: ………………………………………………………………… **$941.95**


Thank You,

Beatriz Noguera
Texas MCI License # 1644
Mobile: 617 257 8816

# A GLOBAL LINK
### Your Direct Link To Professional Interpreters & Translators

# Invoice

**1309 Auburn Place - Plano, Texas 75093**
**Phone: 972-250-2531 - Fax: 972-759-9769**
**www.agloballink.net  -  accounting@agloballink.net**

| Date |
|---|
| 7/9/2026 |

| Bill To |
|---|
| Consumer Justice Law Firm |
| Ms. Brianna Frohman, Paralegal |
| 8095 N 85th Way, |
| Scottsdale, AZ 85258 |

| Invoice # |
|---|
| 2026-13068 |

| Contact | Job . No. | Terms | Interpreter/Translator |
|---|---|---|---|
| Attorney Daid Chami | Email Request | Due on receipt | Lyda M. Baro |

| Item | Hrs/Wrds | Description | Rate | Amount |
|---|---|---|---|---|
| Interpretation | 2 | Daily Rate for English◇Spanish Interpretation on July 7th and 8th, 2026. during the FCRA  trial in the matter of Ronald Garcia Delgado v Experian Information Solutions, Inc., Case #4:24-cv-00637-ALM, | 800.00 | 1,600.00 |
| Mileage | 108 | Round trip mileage between 1309 Auburn Place Plano, Texas 75093 and 101 East Pecan Street, Sherman, Texas 75090 | 0.725 | 78.30 |
| Mileage | 34.5 | Round trip mileage between 5015 US 75 S Denison, TX and 101 East Pecan Street, Sherman, Texas 75090 (23 miles on 7-7-29 and 11.5 miles on 7-8-26= 34.5 Miles) | 0.725 | 25.01 |
| Per Diem | 2 | Per Diem -First and Last day | 82.50 | 165.00 |

| | |
|---|---|
| **Total Invoice Amount** | **$1,868.31** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$1,868.31** |

**WE APPRECIATE YOUR BUSINESS & PROMPT PAYMENT**
**Pay by: Check - Bank Transfer - Zelle 214-476-9093**
**(Please reference your Invoice Number)**

# Thank you, Brianna Frohman.

Your order has been submitted.

### Order number #2010666179348578

Confirmation email has been delivered to **bfrohman@consumerjustice.com**

Join our email list so that you're always the first to know about new products, exclusive discounts, and inspirational tips on how to get the most value out of your projects. You can unsubscribe at any time.

## Contact information

**CONTACT PERSON**

Brianna Frohman
bfrohman@consumerjustice.com
9286603258

## Pickup location

**STORE LOCATION**

FedEx Office Print & Ship
3903 N US Highway 75, Sherman,
TX 75090-2577

Estimated pickup time:
Thursday, july 9, 1:00pm

## Payment

**PAYMENT METHOD**

Pay by credit card
*ending in *5110*

**BILLING ADDRESS**

David A Chami
Consumer Justice Law Firm
8095 N. 85th Way
Scottsdale, AZ 85258

## Cart summary

| PRODUCT NAME | PRICE | QTY | DISCOUNT | SUBTOTAL |
|---|---|---|---|---|
| 🏬 **In-store pickup** | | | | |
| **FedEx Office** | | | | |
| IM-20 – Henke Transcript (McCall) | $43.68 | 3 | -$10.92 | $120.12 |

**SHOW DETAILS** ⌄

| SKU | BASE PRICE | QTY | DISCOUNT | TOTAL |
|---|---|---|---|---|
| BW 1S on 24# Wht | $0.24 | 546 | -$10.92 | $120.12 |

**ADDITIONAL DETAILS**

Prints Per Page: One

Hole Punching: None

**ADDITIONAL DETAILS**

Hole Punching Production: Machine Finishing

Paper Size: 8.5x11

Sides: Single-Sided

Cutting: None

Collation: Collated

Folding Production: Hand Finishing

Binding: None

Orientation: Vertical

Lamination: None

Offset Stacking: On

Print Color: Black & White

Paper Type: Laser(24 lb.)

Stapling Production: Machine Finishing



Cave - full

| | $45.84 | 3 | -$11.46 | $126.06 |

**SHOW DETAILS** ∨

| SKU | BASE PRICE | QTY | DISCOUNT | TOTAL |
|---|---|---|---|---|
| BW 1S on 24# Wht | $0.24 | 573 | -$11.46 | $126.06 |

**ADDITIONAL DETAILS**

Prints Per Page: One

Hole Punching: None

Hole Punching Production: Machine Finishing

Paper Size: 8.5x11

Sides: Single-Sided

Cutting: None

Collation: Collated

Folding Production: Hand Finishing

Binding: None

Orientation: Vertical

Lamination: None

Offset Stacking: On

Print Color: Black & White

Paper Type: Laser(24 lb.)

Stapling Production: Machine Finishing

## Questions about your order?
**Visit our <u>Customer Support</u> page for help.**

Items (2)          **$268.56**

**Note: Due to the customization of your order, no changes or cancellations are available after order submission.**

| | |
|---|---|
| Tax | $20.31 |
| Total Discount(s) ▲ | -$22.38 |
| Volume Discount | -$22.38 |
| Total | **$266.49** |



**Hilton Garden Inn Denison/Sherman/At Texoma Event Center**

5015 US 75, Denison, TX 75020
Phone: (903) 463-3331

Page 1 of 2
Date Printed: 06/25/2026

## Booking Check

| Post As: | Consumer Justice | | Event Dates: | **Wednesday, July 01, 2026  - Saturday, July 11, 2026** |
|---|---|---|---|---|
| **Account:** | Consumer Justice Law Firm | | **Contact:** | Alyssa Baca |
| **Address:** | 8095 N 85th Way | | **Phone:** | (480) 400-5297 |
| | Scottsdale, AZ 85258 | | **Email:** | abaca@consumerjustice.com |
| | UNITED STATES | | **Onsite Contact:** | Alyssa Baca |
| | | | **Onsite Phone:** | |
| | | | **Sales Manager:** | Amy Sterling |

| Event Date | Event Time | Room | Event Name | Setup | Agr | Gtd | BEO # |
|---|---|---|---|---|---|---|---|
| Fri., 07/03/2026 | 12:00 AM - 11:45 PM | Oleander Boardroom | Meeting | Boardroom | 12 | 12 | 3528 |
| Sun., 07/05/2026 | 12:00 AM - 11:45 PM | Oleander Boardroom | Meeting | Boardroom | 12 | 12 | 3529 |
| Mon., 07/06/2026 | 5:00 PM - 10:00 PM | Oleander Boardroom | Meeting | Boardroom | 12 | 12 | 3530 |
| Tue., 07/07/2026 | 5:00 PM - 10:00 PM | Oleander Boardroom | Meeting | Boardroom | 12 | 12 | 3531 |

### Friday, July 03, 2026

**Events**

| Qty | Name | Value | Subtotal | Combined Tax | Service Charge | Total |
|---|---|---|---|---|---|---|
| 1 | Oleander Boardroom | $ 250.00 | $ 250.00 | $ 19.74 | $ 57.50 | $ 327.24 |

**Daily Total**

| | | Subtotal | Combined Tax | Service Charge | Total |
|---|---|---|---|---|---|
| | Events | $ 250.00 | $ 19.74 | $ 57.50 | $ 327.24 |

### Sunday, July 05, 2026

**Events**

| Qty | Name | Value | Subtotal | Combined Tax | Service Charge | Total |
|---|---|---|---|---|---|---|
| 1 | Oleander Boardroom | $ 250.00 | $ 250.00 | $ 19.74 | $ 57.50 | $ 327.24 |

**Daily Total**

| | | Subtotal | Combined Tax | Service Charge | Total |
|---|---|---|---|---|---|
| | Events | $ 250.00 | $ 19.74 | $ 57.50 | $ 327.24 |

### Monday, July 06, 2026

**Events**

| Qty | Name | Value | Subtotal | Combined Tax | Service Charge | Total |
|---|---|---|---|---|---|---|
| 1 | Oleander Boardroom | $ 125.00 | $ 125.00 | $ 9.87 | $ 28.75 | $ 163.62 |

**Daily Total**

| | | Subtotal | Combined Tax | Service Charge | Total |
|---|---|---|---|---|---|
| | Events | $ 125.00 | $ 9.87 | $ 28.75 | $ 163.62 |

### Tuesday, July 07, 2026

**Events**

| Qty | Name | Value | Subtotal | Combined Tax | Service Charge | Total |
|---|---|---|---|---|---|---|
| 1 | Oleander Boardroom | $ 125.00 | $ 125.00 | $ 9.87 | $ 28.75 | $ 163.62 |

**Daily Total**

| | | Subtotal | Combined Tax | Service Charge | Total |
|---|---|---|---|---|---|
| | Events | $ 125.00 | $ 9.87 | $ 28.75 | $ 163.62 |

*Alyssa Baca*

06/26/2026

Organization Authorized Signature

Date



**Hilton Garden Inn Denison/Sherman/At Texoma Event Center**

5015 US 75, Denison, TX 75020
Phone: (903) 463-3331

Page 2 of 2
Date Printed: 06/25/2026

## Booking Check

| Deposit Summary | |
|---|---|
| **Subtotal** | **$ .00** |

**Summary All Charges**

| | Subtotal | Combined Tax | Service Charge | Total |
|---|---|---|---|---|
| Guestrooms | $ .00 | $ .00 | $ .00 | $ .00 |
| Events | $ 750.00 | $ 59.22 | $ 172.50 | $ 981.72 |
| Subtotal | $ 750.00 | $ 59.22 | $ 172.50 | $ 981.72 |
| Less Deposit | | | | ($ .00) |
| **Grand Total** | | | | **$ 981.72** |



*Alyssa Baca*

Organization Authorized Signature

06/26/2026

Date

Page 2 of 2
Date Printed: 06/25/2026

**Hilton Garden Inn Denison/Sherman/At Texoma Event Center**

5015 US 75, Denison, TX  75020
Phone: (903) 463-3331

BEO #: 3528
Page 1 of 1
Date Printed: 6/25/2026

**Group Catering**

## Banquet Event Order

| Post As: | **Consumer Justice** | Event Date: | **Friday,  July 03, 2026** |
|---|---|---|---|
| **Account:** **Address:** | Consumer Justice Law Firm 8095 N 85th Way Scottsdale, AZ 85258 UNITED STATES | **Contact:** **Phone:** **Email:** **Onsite Contact:** **Onsite Phone:** | Alyssa Baca (480) 400-5297 abaca@consumerjustice.com Alyssa Baca |
| | | **Catering Manager:** **Phone:** **Email:** | Amy Sterling 9034638039 amy.sterling@hilton.com |

| Event Time | Event Name | Room | Setup | Agr | Gtd | Set | Rental |
|---|---|---|---|---|---|---|---|
| 12:00 AM -  11:45 PM | Meeting | Oleander Boardroom | Boardroom | 12 | 12 | 12 | $250.00 |

| **Menu** | **Setup** |
|---|---|
| **Beverage** | **Meeting | Oleander Boardroom** |
| | **Pads, Pens, Water and Mints** |
| | **Audio Visual** |
| | **Meeting | Oleander Boardroom** |
| | WIFI Password: dfwdsmeeting |
| | **Miscellaneous** |

The Banquet Event Order supersedes all previous documents.  The Guaranteed # and Menu Selection is required 14 business days in advance of event or the expected attendance (set) above will become the guarantee.  H**ilton Garden Inn Denison/Sherman/At Texoma Event Center requires this contract be signed by an authorized representative of your organization and returned prior to access to the space is granted.** The hotel reserves the right to cancel the contract upon notice to the organization.  The hotel reserves the right to reassign meeting rooms based upon final guaranteed numbers, to a room suitable of accommodating the group and requirements. Menu changes, to include but not limited to dietary restrictions, or additions within Ten (10) Days prior to the start of the events subject to 150% of posted menu pricing.  Food, beverage, and all charges are subject to 23% Service Charge and 8.25% Sales Tax.  The Hotel shall Set & Prepare **ONLY** for the Guaranteed Amount.
*ALL CATERED FOOD & BEVERAGE MUST BE PURCHASED THROUGH THE HOTEL DIRECTLY*
*A $500 penalty will apply if outside food or beverage is brought into the meeting space and food items will be removed. $250 Cleaning fee will be applied.*

| *Alyssa Baca* | 06/26/2026 | | |
|---|---|---|---|
| Organization Authorized Signature | Date | Hilton Garden Inn Denison/Sherman/At Texoma Event Center Approval | Date |

BEO #: 3528
Page 1 of 1
Date Printed: 6/25/2026

**Hilton Garden Inn Denison/Sherman/At Texoma Event Center**

BEO #: 3529
Page 1 of 1
Date Printed: 6/25/2026

5015 US 75, Denison, TX 75020
Phone: (903) 463-3331

**Group Catering**

## Banquet Event Order

| Post As: | **Consumer Justice** | Event Date: | **Sunday,  July 05, 2026** |
|---|---|---|---|
| **Account:**<br>**Address:** | Consumer Justice Law Firm<br>8095 N 85th Way<br>Scottsdale, AZ 85258<br>UNITED STATES | **Contact:**<br>**Phone:**<br>**Email:**<br>**Onsite Contact:**<br>**Onsite Phone:** | Alyssa Baca<br>(480) 400-5297<br>abaca@consumerjustice.com<br>Alyssa Baca |
| | | **Catering Manager:**<br>**Phone:**<br>**Email:** | Amy Sterling<br>9034638039<br>amy.sterling@hilton.com |

| Event Time | Event Name | Room | Setup | Agr | Gtd | Set | Rental |
|---|---|---|---|---|---|---|---|
| 12:00 AM - 11:45 PM | Meeting | Oleander Boardroom | Boardroom | 12 | 12 | 12 | $250.00 |

| Menu | Setup |
|---|---|
| **Beverage** | **Meeting \| Oleander Boardroom**<br>**Pads, Pens, Water and Mints** |
| | **Audio Visual** |
| | **Meeting \| Oleander Boardroom**<br><br>WIFI Password: dfwdsmeeting |
| | **Miscellaneous** |

The Banquet Event Order supersedes all previous documents.  The Guaranteed # and Menu Selection is required 14 business days in advance of event or the expected attendance (set) above will become the guarantee.  H**ilton Garden Inn Denison/Sherman/At Texoma Event Center requires this contract be signed by an authorized representative of your organization and returned prior to access to the space is granted.** The hotel reserves the right to cancel the contract upon notice to the organization.  The hotel reserves the right to reassign meeting rooms based upon final guaranteed numbers, to a room suitable of accommodating the group and requirements. Menu changes, to include but not limited to dietary restrictions, or additions within Ten (10) Days prior to the start of the events subject to 150% of posted menu pricing.  Food, beverage, and all charges are subject to 23% Service Charge and 8.25% Sales Tax.  The Hotel shall Set & Prepare **ONLY** for the Guaranteed Amount.
*ALL CATERED FOOD & BEVERAGE MUST BE PURCHASED THROUGH THE HOTEL DIRECTLY*
*A $500 penalty will apply if outside food or beverage is brought into the meeting space and food items will be removed. $250 Cleaning fee will be applied.*

*Alyssa Baca*                                           06/26/2026

| Organization Authorized Signature | Date | Hilton Garden Inn Denison/Sherman/At<br>Texoma Event Center Approval | Date |
|---|---|---|---|

**Hilton Garden Inn Denison/Sherman/At Texoma Event Center**

5015 US 75, Denison, TX  75020
Phone: (903) 463-3331

BEO #: 3530
Page 1 of 1
Date Printed: 6/25/2026

**Group Catering**

## Banquet Event Order

| Post As: | **Consumer Justice** | Event Date: | **Monday,  July 06, 2026** |
|---|---|---|---|
| **Account:**<br>**Address:** | Consumer Justice Law Firm<br>8095 N 85th Way<br>Scottsdale, AZ 85258<br>UNITED STATES | **Contact:**<br>**Phone:**<br>**Email:**<br>**Onsite Contact:**<br>**Onsite Phone:** | Alyssa Baca<br>(480) 400-5297<br>abaca@consumerjustice.com<br>Alyssa Baca |
| | | **Catering Manager:**<br>**Phone:**<br>**Email:** | Amy Sterling<br>9034638039<br>amy.sterling@hilton.com |

| Event Time | Event Name | Room | Setup | Agr | Gtd | Set | Rental |
|---|---|---|---|---|---|---|---|
| 5:00 PM -  10:00 PM | Meeting | Oleander Boardroom | Boardroom | 12 | 12 | 12 | $125.00 |

| **Menu** | **Setup** |
|---|---|
| **Beverage** | **Meeting | Oleander Boardroom**<br>**Pads, Pens, Water and Mints** |
| | **Audio Visual** |
| | **Meeting | Oleander Boardroom**<br><br>WIFI Password: dfwdsmeeting |
| | **Miscellaneous** |

The Banquet Event Order supersedes all previous documents.  The Guaranteed # and Menu Selection is required 14 business days in advance of event or the expected attendance (set) above will become the guarantee.  H**ilton Garden Inn Denison/Sherman/At Texoma Event Center requires this contract be signed by an authorized representative of your organization and returned prior to access to the space is granted.** The hotel reserves the right to cancel the contract upon notice to the organization.  The hotel reserves the right to reassign meeting rooms based upon final guaranteed numbers, to a room suitable of accommodating the group and requirements. Menu changes, to include but not limited to dietary restrictions, or additions within Ten (10) Days prior to the start of the events subject to 150% of posted menu pricing.  Food, beverage, and all charges are subject to 23% Service Charge and 8.25% Sales Tax.  The Hotel shall Set & Prepare **ONLY** for the Guaranteed Amount.
*ALL CATERED FOOD & BEVERAGE MUST BE PURCHASED THROUGH THE HOTEL DIRECTLY*
*A $500 penalty will apply if outside food or beverage is brought into the meeting space and food items will be removed. $250 Cleaning fee will be applied.*

*Alyssa Baca*                                06/26/2026

Organization Authorized Signature          Date          Hilton Garden Inn Denison/Sherman/At          Date
                                                         Texoma Event Center Approval

**BEO #:** 3530
Page 1 of 1
Date Printed: 6/25/2026

**Hilton Garden Inn Denison/Sherman/At Texoma Event Center**

5015 US 75, Denison, TX 75020
Phone: (903) 463-3331

BEO #: 3531
Page 1 of 1
Date Printed: 6/25/2026

**Group Catering**

## Banquet Event Order

| Post As: | **Consumer Justice** | Event Date: | **Tuesday, July 07, 2026** |
|---|---|---|---|
| **Account:**<br>**Address:** | Consumer Justice Law Firm<br>8095 N 85th Way<br>Scottsdale, AZ 85258<br>UNITED STATES | **Contact:**<br>**Phone:**<br>**Email:**<br>**Onsite Contact:**<br>**Onsite Phone:** | Alyssa Baca<br>(480) 400-5297<br>abaca@consumerjustice.com<br>Alyssa Baca |
| | | **Catering Manager:**<br>**Phone:**<br>**Email:** | Amy Sterling<br>9034638039<br>amy.sterling@hilton.com |

| Event Time | Event Name | Room | Setup | Agr | Gtd | Set | Rental |
|---|---|---|---|---|---|---|---|
| 5:00 PM - 10:00 PM | Meeting | Oleander Boardroom | Boardroom | 12 | 12 | 12 | $125.00 |

| Menu | Setup |
|---|---|
| **Beverage** | **Meeting \| Oleander Boardroom**<br>**Pads, Pens, Water and Mints** |
| | **Audio Visual** |
| | **Meeting \| Oleander Boardroom**<br><br>WIFI Password: dfwdsmeeting |
| | **Miscellaneous** |

The Banquet Event Order supersedes all previous documents. The Guaranteed # and Menu Selection is required 14 business days in advance of event or the expected attendance (set) above will become the guarantee. H**ilton Garden Inn Denison/Sherman/At Texoma Event Center requires this contract be signed by an authorized representative of your organization and returned prior to access to the space is granted.** The hotel reserves the right to cancel the contract upon notice to the organization. The hotel reserves the right to reassign meeting rooms based upon final guaranteed numbers, to a room suitable of accommodating the group and requirements. Menu changes, to include but not limited to dietary restrictions, or additions within Ten (10) Days prior to the start of the events subject to 150% of posted menu pricing. Food, beverage, and all charges are subject to 23% Service Charge and 8.25% Sales Tax. The Hotel shall Set & Prepare **ONLY** for the Guaranteed Amount.
*ALL CATERED FOOD & BEVERAGE MUST BE PURCHASED THROUGH THE HOTEL DIRECTLY*
*A $500 penalty will apply if outside food or beverage is brought into the meeting space and food items will be removed. $250 Cleaning fee will be applied.*

*Alyssa Baca*                                06/26/2026

Organization Authorized Signature          Date          Hilton Garden Inn Denison/Sherman/At          Date
                                                          Texoma Event Center Approval

BEO #: 3531
Page 1 of 1
Date Printed: 6/25/2026

AMERICAN AIR00142021394 FORT WORTH TX 07/02

$4,308.01                                    -$45.00 >

AMERICAN AIR00142021394 FORT WORTH TX 07/02

$4,353.01                                    -$45.00 >

2:23

← Details

 Hi, I'm Erica. How can I help?



## ROSS STORES #168 SCOTTSDALE AZ

| | |
|---|---|
| View more information | **VIEW** |
| Amount | $48.59 |
| Posted Date | 07/04/2026 |
| Transaction Date | 07/02/2026 |
| Transaction Type | Purchase |
| Card Type | Mastercard |
| Merchant Description | DISCOUNT STORES |
| Online Purchase | N |
| Merchant Information | SCOTTSDALE, AZ |
| Reference Number | 1466 |

Merchant name ⓘ

**ROSS STORES**

Transaction category
Shopping & Entertainment: General    >



```
              SSP  America
               Four Peaks
        PHX Sky Harbor Airport
              Terminal 4

     413003 Mario Y
     ------------------------------------
     Tbl 120/1   Chk 2842        Gst  0
            Jul03'26 10:33AM
     ------------------------------------
     Eat  In
          **** Seat 1 ****
      1 Chk Quesadilla        17.50
     Tax      1.59  Total      19.09
          ***** All  *****

          Food                 17.50
          Tax                   1.59
     11:15AM Total            19.09

        Gratuity Not Included

        Gratuidad No Incluida
     ------------------------------------
        LOCATION: 6321370
     ------------------------------------
     Customer Care
     feedback@foodtravelexperts.com
      For your convenience we are
         providing the following
         gratuity calculations:

           18% is $3.15
           20% is $3.50
           22% is $3.85

     @Svc
```



```
        View Check and Pay
```

2:23

< Details

 Hi, I'm Erica. How can I help?

## SQ *AA PHX CURB PHOENIX AZ

| View more information | VIEW |
|---|---|

| Amount | $5.50 |
|---|---|
| Posted Date | 07/04/2026 |
| Transaction Date | 07/03/2026 |
| Transaction Type | Purchase |
| Card Type | Mastercard |
| Merchant Description | TAXICABS AND LIMOUSINES |
| Online Purchase | N |
| Merchant Information | PHOENIX , AZ |
| Reference Number | 8349 |

Merchant name ⓘ

**AMERICAN AIRLINES**

Transaction category

<   Details

🔍 Hi, I'm Erica. How can I help?

# PHX FOURPKSBREWN1 6321 PHOENIX AZ

View more information

| | |
|---|---|
| Amount | $22.91 |
| Posted Date | 07/04/2026 |
| Transaction Date | 07/03/2026 |
| Transaction Type | Purchase |
| Card Type | Mastercard |



## Jul 03, 2026

 **INREACH BY SODEXO** $5.70 ›

# Uber

Jul 6, 2026
8:54 AM

🟦 Tip

⦿ Uber One

# Thanks for tipping, Brianna

We hope you enjoyed your ride this morning.

## Total                                    $20.94

 In March 2026 in Texas, roughly 17% of customers' fares went toward covering government-mandated commercial insurance for rideshare/TNC (transportation network company) trips. This is up significantly from just two years ago. Take action to bring down costs.

⦿ **$1.00**
Uber One credits earned

| | |
|---|---|
| Trip fare | $13.93 |
| Booking Fee ❓ | $2.78 |
| Texas Regulatory Recovery Fee | $0.23 |
| Tip | $4.00 |

## Payments

 Visa ••••0057                          $20.94
7/6/26 9:33 AM

# Trip details

 **UberX**
5.33 miles, 9 minutes

**9:04 AM**
5015 S US 75, Denison, TX 75020, US

**9:14 AM**
101 e pecan st, Sherman, TX 75090, US



You rode with JASON     4.99 ★

When you ride with Uber, your trips are insured in case of a covered accident.    Learn more

Want to review your trip history?    My trips



Jul 6, 2026
5:08 PM

🕀 Tip

⧖ Uber One

# Thanks for tipping, Brianna

We hope you enjoyed your ride this evening.

## Total                                                    $33.98

 In March 2026 in Texas, roughly 17% of customers' fares went toward covering government-mandated commercial insurance for rideshare/TNC (transportation network company) trips. This is up significantly from just two years ago. Take action to bring down costs.

⧖ **$1.60**
Uber One credits earned

| | |
|---|---|
| Trip fare | $23.14 |
| Booking Fee ❓ | $3.47 |
| Texas Regulatory Recovery Fee | $0.37 |
| Tip | $7.00 |

## Payments

 Visa ••••0057                                  $33.98
7/6/26 6:44 PM

# Trip details



**UberXL**
5.57 miles, 8 minutes

**5:24 PM**
101 e pecan st, Sherman, TX 75090, US

**5:33 PM**
5015 S US 75, Denison, TX 75020, US



| You rode with MUSEDIQ | 4.95 ★ |
|---|---|

When you ride with Uber, your trips are insured in case of a covered accident.    Learn more

Want to review your trip history?    My trips



**2:19**

# Transaction Details

## CTLP*INREACH

### −$7.80

## Transaction Details

| | |
|---|---|
| Type | Card |
| Transaction date | Jul 08, 2026 |
| Posted date | Jul 09, 2026 |

**N BETHESDA, MD 20852**

| | |
|---|---|
| Description | CTLP*INREACH N BETHESDA MD          07/08 |
| Also known as | CTLP*INREACH |
| Merchant type | Fast food |
| Method | In person |
| Category | Food & drink |

## Having a problem with this transaction?

Let's look into it.

**Report a problem**

 Uber

⊕ Tip

① Uber One

# Thanks for tipping, Brianna

We hope you enjoyed your ride this evening.

## Total                                          $20.93

 In March 2026 in Texas, roughly 17% of customers' fares went toward covering government-mandated commercial insurance for rideshare/TNC (transportation network company) trips. This is up significantly from just two years ago. Take action to bring down costs.

① **$0.94**
Uber One credits earned

| | |
|---|---|
| Trip fare | $12.55 |
| Booking Fee ❓ | $3.18 |
| Texas Regulatory Recovery Fee | $0.20 |
| Tip | $5.00 |

## Payments

 **Visa ••••0057**          $20.93
7/8/26 9:39 PM

# Trip details

 **UberX**
5.66 miles, 8 minutes



**5:29 PM**
101 e pecan st, Sherman, TX 75090, US

**5:37 PM**
5015 S US 75, Denison, TX 75020, US



| You rode with CHRISTIAN | 4.92 ★ |
|---|---|

When you ride with Uber, your trips are insured in case of a covered accident.    Learn more

Want to review your trip history?    My trips

 Uber

Jul 8, 2026
11:11 AM

**⊕ Tip**

**⊕ Uber One**

# Thanks for tipping, Brianna

We hope you enjoyed your ride this morning.

## Total                                        $21.39

 In March 2026 in Texas, roughly 17% of customers' fares went toward covering government-mandated commercial insurance for rideshare/TNC (transportation network company) trips. This is up significantly from just two years ago. Take action to bring down costs.

**⊕ $0.97**
Uber One credits earned

| | |
|---|---|
| Trip fare | $13.20 |
| Booking Fee ❓ | $2.53 |
| Texas Regulatory Recovery Fee | $0.22 |
| Tip | $5.00 |
| Wait Time ❓ | $0.44 |

## Payments

 Visa ••••0057                                        $16.39
7/8/26 11:26 AM

Visa ••••0057                                        $5.00

 7/8/26 11:29 AM

# Trip details

 **UberX**
5.34 miles, 9 minutes

**11:17 AM**
5015 S US 75, Denison, TX 75020, US

**11:26 AM**
101 e pecan st, Sherman, TX 75090, US



You rode with ANGELA                4.94 ★

When you ride with Uber, your trips are insured in case of a covered accident.      Learn more

Want to review your trip history?                My trips

# Uber



Jul 9, 2026
9:06 AM

🔵 Tip

# Thanks for tipping, Brianna

We hope you enjoyed the experience this morning.

| Total | $11.49 |
|---|---|

| New Total | $11.49 |
|---|---|
| Previous Total | $6.49 |
| Tip | $5.00 |

## Payments

 **Visa ••••0057**
Jul 9, 2026 9:33 AM

$11.49

## Trip details

Courier
3.49 miles, 16 min



**9:06 AM**

3903 N US Hwy 75, Sherman, TX 75090, US

**9:22 AM**

101 e pecan st, Sherman, TX 75090, US



**Delivered by DAVID**

# Uber

Jul 9, 2026
5:00 PM

⊕ Tip

⊕ Uber One

# Thanks for tipping, Brianna

We hope you enjoyed your ride this evening.

## Total                                    $22.94

⚠️ In March 2026 in Texas, roughly 17% of customers' fares went toward covering government-mandated commercial insurance for rideshare/TNC (transportation network company) trips. This is up significantly from just two years ago. Take action to bring down costs.

⊕ **$1.06**
Uber One credits earned

| | |
|---|---|
| Trip fare | $14.54 |
| Booking Fee ❓ | $3.16 |
| Texas Regulatory Recovery Fee | $0.24 |
| Tip | $5.00 |

## Payments

VISA  Visa ••••0057          $22.94
7/9/26 5:28 PM

# Trip details

 **UberX**
5.56 miles, 10 minutes



**5:06 PM**
101 e pecan st, Sherman, TX 75090, US

**5:16 PM**
5015 S US 75, Denison, TX 75020, US



You rode with YOLANDE                          4.98 ★

When you ride with Uber, your trips are insured in case of a covered accident.        Learn more

Want to review your trip history?                          My trips

 Uber

Jul 9, 2026
7:41 AM

🔵 Tip

 Uber One

# Thanks for tipping, Brianna

We hope you enjoyed your ride this morning.

## Total                     $23.76

⚠️ In March 2026 in Texas, roughly 17% of customers' fares went toward covering government-mandated commercial insurance for rideshare/TNC (transportation network company) trips. This is up significantly from just two years ago. Take action to bring down costs.

🔵 **$1.11**
Uber One credits earned

| | |
|---|---|
| Trip fare | $14.96 |
| Booking Fee ❓ | $2.74 |
| Texas Regulatory Recovery Fee | $0.26 |
| Tip | $5.00 |
| Wait Time ❓ | $0.80 |

## Payments

 Visa ••••0057
7/9/26 8:27 AM                     $23.76

# Trip details

 **UberX**
6.27 miles, 8 minutes

**7:53 AM**
5015 US-75, Denison, TX 75020, US

**8:02 AM**
101 e pecan st, Sherman, TX 75090, US



You rode with DUSTIN                    5.00 ★

When you ride with Uber, your trips are insured in case of a covered accident.        Learn more

Want to review your trip history?                                My trips

2:20

## Freedom Unlimited (...0057)

**Jul 10, 2026**

 UBER $22.94 >

UBER $21.94 >

UBER $20.96 >

**Jul 09, 2026**

UBER $20.93 >

UBER $11.49 >

UBER $23.76 >

## Earn more cash back in your wallet

**1.5%** Did you know you can get 1.5% cash back on your purchases?

See more benefits

 **Uber**

Jul 10, 2026
7:52 AM

🟦 **Tip**

 **Uber One**

# Thanks for tipping, Brianna

We hope you enjoyed your ride this morning.

## Total                                            $20.96

⚠️ In March 2026 in Texas, roughly 17% of customers' fares went toward covering government-mandated commercial insurance for rideshare/TNC (transportation network company) trips. This is up significantly from just two years ago. Take action to bring down costs.

🟠 **$1.00**
Uber One credits earned

| | |
|---|---|
| Trip fare | $14.16 |
| Booking Fee ❓ | $2.57 |
| Texas Regulatory Recovery Fee | $0.23 |
| Tip | $4.00 |

## Payments

 Visa ••••0057                                  $20.96
7/10/26 2:39 PM

# Trip details



**UberX**
5.45 miles, 8 minutes

**7:57 AM**
5015 S US 75, Denison, TX 75020, US

**8:06 AM**
101 e pecan st, Sherman, TX 75090, US



You rode with DUSTIN                                 5.00 ★

When you ride with Uber, your trips are insured in case of a covered accident.          Learn more

Want to review your trip history?                          My trips

 Uber

⊕ Tip

⊕ Uber One

# Thanks for tipping, Brianna

We hope you enjoyed your ride this afternoon.

## Total                                                $21.94

 In March 2026 in Texas, roughly 17% of customers' fares went toward covering government-mandated commercial insurance for rideshare/TNC (transportation network company) trips. This is up significantly from just two years ago. Take action to bring down costs.

⊕ **$1.06**
Uber One credits earned

| | |
|---|---|
| Trip fare | $14.49 |
| Booking Fee ❓ | $3.22 |
| Texas Regulatory Recovery Fee | $0.23 |
| Tip | $4.00 |

## Payments

 Visa ••••0057                          $21.94
7/10/26 3:10 PM

# Trip details

 **Women Drivers**
5.35 miles, 11 minutes

**2:44 PM**
5015 S US 75, Denison, TX 75020, US

**2:56 PM**
101 e pecan st, Sherman, TX 75090, US



| You rode with REBECCA | 4.91 ★ |
|---|---|

When you ride with Uber, your trips are insured in case of a covered accident.          Learn more

Want to review your trip history?          My trips

# Uber



Jul 10, 2026
5:22 PM

🔵 **⊕ Tip**

⊕ Uber One

# Thanks for tipping, Brianna

We hope you enjoyed your ride this evening.

## Total                    $35.98

 In March 2026 in Texas, roughly 17% of customers' fares went toward covering government-mandated commercial insurance for rideshare/TNC (transportation network company) trips. This is up significantly from just two years ago. Take action to bring down costs.

⊕ **$1.71**
Uber One credits earned

| | |
|---|---|
| Trip fare | $24.97 |
| Booking Fee ❓ | $3.61 |
| Texas Regulatory Recovery Fee | $0.40 |
| Tip | $7.00 |

## Payments

 **Visa ••••0057**  $35.98
7/10/26 6:00 PM

# Trip details

 **UberXL**
5.56 miles, 8 minutes



**5:40 PM**
101 e pecan st, Sherman, TX 75090, US

**5:49 PM**
5015 S US 75, Denison, TX 75020, US



You rode with NELSON                                    4.92 ★

When you ride with Uber, your trips are insured in case of a covered accident.        Learn more

Want to review your trip history?                              My trips



**UBER**
07/10/2026
$28.98 >

**UBER**
07/10/2026
$17.94 >

**UBER**
07/10/2026
$16.96 >

 **Uber**

Jul 10, 2026
10:09 PM

⊕ Tip

⊕ Uber One

# Thanks for tipping, Brianna

We hope you enjoyed your ride this morning.

## Total                                    $175.52

 In March 2026 in Texas, roughly 17% of customers' fares went toward covering government-mandated commercial insurance for rideshare/TNC (transportation network company) trips. This is up significantly from just two years ago. Take action to bring down costs.

⊕ **$8.28**
Uber One credits earned

| | |
|---|---|
| Trip fare | $128.14 |
| Booking Fee ❓ | $8.28 |
| DFW Airport Surcharge | $5.00 |
| Dallas Fort Worth Airport Terminal Toll ❓ | $7.29 |
| Texas Regulatory Recovery Fee | $2.30 |
| Tip | $22.89 |
| Wait Time ❓ | $1.62 |

## Payments

 Visa ••••0057
7/11/26 9:00 AM

$152.63

 Visa ••••0057
7/15/26 12:49 PM

$22.89

# Trip details

UberXL
73.87 miles, 1 hours 12 minutes

**7:47 AM**
5015 S US 75, Denison, TX 75020, US

**8:59 AM**
Terminal C, Dallas Fort Worth International Airport (DFW), DFW Airport, TX 75261, US



| You rode with KAITLIN | 4.77 ★ |

When you ride with Uber, your trips are insured in case of a covered accident.          Learn more

Want to review your trip history?          My trips

**2:19**

## Transaction Details



### AIR ESSENTIALS 122 DFW

### −$13.95

### Transaction Details

| | |
|---|---|
| Type | Card |
| Transaction date | Jul 11, 2026 |
| Posted date | Jul 13, 2026 |

DALLAS, TX 75261

| | |
|---|---|
| Description | AIR ESSENTIALS 122 DFW DALLAS TX        07/11 |
| Also known as | AIR ESSENTIALS 122 DFW |
| Merchant type | Miscellaneous and specialty retail stores |
| Method | In person |
| Category | Shopping |

### Having a problem with this transaction?

Let's look into it.

Report a problem

2:22

< Details


🔍 Hi, I'm Erica. How can I help?

## DFW CHILI'S C-35 DALLAS TX

| | |
|---|---|
| View more information | VIEW |
| Amount | $41.85 |
| Posted Date | 07/13/2026 |
| Transaction Date | 07/11/2026 |
| Transaction Type | Purchase |
| Card Type | Mastercard |
| Merchant Description | EATING PLACES, RESTAURANTS |
| Online Purchase | N |
| Merchant Information | DALLAS , TX |
| Reference Number | 1679 |

Merchant name ⓘ

CHILIS



Chili's Grill & Bar C33
2330 N. International Pwy
DFW-Airport, TX 75261
469-966-9503

Server: TASIA
10:01 AM
Table 41/2

DOB: 07/11/2026
07/11/2026
7/70031

Sale

#: ***********5991
Card Entry Method: NFC CHIP
******
App Label:          EMV PURCHASE
Mode:                        ******
AID:      041010          Mastercard
                          Issuer

0122000000000000000000000000000ff

: 09504M

Amount::    USD $33.85
+ Tip::         8⁰⁰
= Total::      41⁸⁵

X _____

Thank You!
For Guest Comments 1-888-400-3259
TELL US HOW WE'RE DOING!

Merchant Copy

---

Chili's Grill & Bar C33
2330 N. International Pwy
DFW-Airport, TX 75261
469-966-9503

Server: TASIA          07/11/2026
Table 41/2              9:59 AM
Guests: 0                 70031

TITOS BLOODY MARY          15.75
BREAKFAST TACOS            15.52

Subtotal                   31.27

Food Tax                    1.28

2nd Tax-Liquor Tax          1.30

Total Tax                   2.58

Total                      33.85

Balance Due                33.85

No Waiting
Easy Pay & Split Check

Apple                    & CC

# Activity



**Dallas Fort Worth International Airport (DF...**
Jul 11 · 11:10 AM
$131.91

Rebook



**101 E Pecan St**
Jul 10 · 8:05 AM
$16.93

Rebook



**5015 Us Highway 75**
Jul 9 · 5:04 PM
$16.89

Rebook



**101 E Pecan St**
Jul 9 · 7:43 AM
$17.52

Rebook



**5015 Us Highway 75**
Jul 8 · 5:20 PM
$16.01

Rebook



**101 E Pecan St**
Jul 8 · 11:17 AM
$15.48

Rebook



**101 E Pecan St**
Jul 7 · 8:04 AM
$8.03

Rebook



**2252 Jasper Dr**
Jul 6 · 6:27 PM
$82.34

Rebook



**101 E Pecan St**
Jul 6 · 12:20 PM
$76.93

Rebook

3:56 ◀           LTE 🔋

# Activity



**Cowboy Chicken**
Jul 5 • 1:18 PM
$114.21 • 6 items

   ↻ Reorder



**2252 Jasper Dr**
Jul 4 • 3:27 PM
$67.21

   ↻ Rebook



**5015 Us Highway 75**
Jul 2 • 1:49 PM
$37.78 • 2 stops

   ↻ Rebook

❮  **Ride history**  **Export**

**All**   Personal   Business   Family

## Jul 1, 2026



### 5015 S US Highway 75
6:10 PM 1hr 15min
$171.92

**Request**

## Jun 30, 2026



### Delta Air Lines
4:12 AM 26 min
$83.94

**Schedule**

3:54



## Ride history

Export

All    Personal    Business    Family

### Jul 7, 2026

**5015 S US Highway 75**
5:22 PM 10 min
$18.98

Request

### Jul 6, 2026

**5015 S US Highway 75**
5:16 PM 15 min
$22.44

Request

**101 E Pecan St**
9:00 AM 9 min
$16.94

Request

### Jul 2, 2026

**Huck's Catfish**
12:49 PM Canceled by you
$0.00

Request

**101 E Pecan St**
9:32 AM 10 min
$19.91

Request

### Jul 1, 2026

**5015 S US Highway 75**
6:10 PM 1hr 15min
$171.92

Request

### Jun 30, 2026

**From:** Lyft Receipts <no-reply@lyftmail.com>
**Date:** July 2, 2026 at 10:05:33 AM MST
**To:** RISTVEDT@gmail.com
**Subject: Your ride with Olubunmi on July 1**



YOUR RIDE TO 3877 E SKY HBR BLVD ON JULY 1, 2026 AT 9:20 AM

# Thanks for riding with Olubunmi

Add tip        100% of tips go to drivers.

C    Apple Pay (MasterCard)                    **$83.90**

| | |
|---|---|
| Standard fare (34.05mi, 41m 42s) | $69.92 |
| Tip | $13.98 |

**You've already paid for this ride.**
This total may not match the charge on your account statement. The payment for this ride might be combined with any other rides you took on July 1, 2026. Keep in mind that the cost of this ride and the total charge may not reflect refunds, credits, or other changes.

# Your trip

**Pickup**    9:20 AM

███████████████

**Drop-off**    10:01 AM

3877 E Sky Hbr Blvd, Phoenix, AZ

# How Lyft prioritizes your safety

 Every Lyft ride has built-in safety features like real-time monitoring, emergency help, and tools like Location Sharing and Audio Recording - so you're always in control. Learn more

**Does Lyft help you feel safe?**        

## Make expensing business rides easy

Enable business profile on Lyft to make expensing rides quick and easy.

**GET BUSINESS PROFILE**

Case 4:24-cv-00637-ALM     Document 223-11     Filed 08/03/26     Page 186 of 274 PageID #:  5803

# Get help and more

| | Tip driver | | | Dispute ride charges | |
|---|---|---|---|---|---|
| | Find lost item | | | Favorite Driver | |
| | Report incident | | | Help center | |

Select 'You' on the home screen in the Lyft app, then 'Ride History' to view your ride cost breakdown or get additional help.

Receipt #2236037008236827180

© OpenStreetMap

© 2026 Lyft, Inc.

548 Market St., P.O. Box 68514
San Francisco, CA 94104
CPUC ID No. TCP0032513 - P

Case 4:24-cv-00637-ALM    Document 223-11    Filed 08/03/26    Page 187 of 274 PageID #: 5804

 Outlook

**From:** Uber Receipts <noreply@uber.com>
**Date:** July 2, 2026 at 10:06:07 AM MST
**To:** RISTVEDT@gmail.com
**Subject: Your Thursday morning trip with Uber**
**Reply-To:** no-reply@replies.uber.com



Jul 2, 2026
11:47 AM

# This is your charge summary

This document acknowledges your trip completion.

## Total                     $14.95

 **This is not a payment receipt.**

It is a charge summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

| | |
|---|---|
| Trip fare | $12.38 |
| Booking Fee  | $2.37 |
| Texas Regulatory Recovery Fee | $0.20 |

## Need help?

Our support team is happy to help with any concern you might have.

 Contact support

## Forgot something?

If you lost an item in the car, please report it using the link below.

Report lost item

Uber Technologies
1725 3rd Street,
San Francisco, California 94158

My Account

Privacy policy

Terms and Conditions



  



Paradies Lagardère - PHX
12 News # 1460

9146051  PHX 1460 SCO 1 P          Till: 146051
------------------------------------------------
# 51239                  07/01/2026  11:34 AM
------------------------------------------------
                                          USD
                                         6.49
SP Bites Bl Rspbry
   1234245                               7.49
GARDETTOS ORIGINAL
   1000507                               4.49
WILD CHERRY PEPSI
   1084679

                        Subtotal: 18.47
                          Taxes:  0.00

Total USD
    18.47
                                         18.47

17 MC

Reprint # 1
  Thank you for shopping Paradies Lagardère
  Phoenix Sky Harbor International Airport
              Phoenix, AZ
        Visit Us on the Web!
        WWW.PARADIESLAGARDERE.COM


CARDHOLDER COPY

                            07/01/2026
Date                         12:43:09
Time

                             ****6128
                                   00
Card
PAN seq.                      MASTERCARD
Pref. name          mcsuperpremiumcredit
Card type                            mc
Payment method      mcsuperpremiumcredit
Payment variant          Contactless chip
Entry mode

                      A0000000041010
AID                  230202004914293
MID              P400Plus-807556689
TID                       07556689
PTID

                              30806Z
Auth. code     Vhq5001782931389242
Tender         1460-146051-51239-2618241649
Reference

                      GOODS_SERVICES
Type                      $ 18.47
TOTAL


APPROVED

Retain for your records
Thank you

Culver's #739
Denison, TX
Locally Owned and Operated By:
Brad Bishop
903-548-2873

## 739 Denison TX - Gateway Blvd

5131 Gateway Blvd
Denison, TX 75020
Phone 903-548-2873

7/2/2026                    3:07:54 PM
Order Id: 19942051158071
9 - Carryout
Employee: Reg3

| | |
|---|---|
| 1 Value Basket | $8.39 |
| 1 ButterBurger Cheese-Sgl | |
| Plain | $0.00 |
| 1 Regular VB | |
| 1 Cheese Curd LG | $4.70 |
| 1 Shake MED | $2.00 |
| Strawberry* | $0.00 |

Sub Total                    $15.09
Sales Tax                     $1.24

Order Total                  $16.33

Visa                         $16.33
AUTHORIZED AMOUNT            $16.33
    Card#: **************2258
    Authorization: 02221D

AID: A0000000031010

    --> Order Closed <--

DELICIOUS REWARDS
Join & check in to earn 10 points
for every $1 spent on future visits

Already a member & forgot to check
in? Use the Loyalty Summary below
as your barcode to claim points.
Learn more at culvers.com/earn

*******************************
        Loyalty Summary

        4185619289902

*******************************

```
            Starbucks Coffee #55917
                5131 South US 75
            Denison, TX XXX-XXX-XXXX

                 CHK 718143
             07/03/2026 09:43 AM
          XXX4132   Drawer: 2  Reg: 1


            Cafe  To  Go
                 Order
         Vt Latte                 5.45
           Vanilla Syrp           0.80
         Sausg Cheddr Sdw         4.95


         Subtotal                11.20
         Discounts                0.00
         Tax 8.25%                0.92
         Gratuity                 1.00
         Total                   13.12
       Change  Due          0.00

                 Payments


         Mastercard              13.12
         XXXXXXXXXXXXX6128
         Card Entry: CONTACTLESS
         Trans Type: SALE
         App Label: MASTERCARD
         Auth: 17749Z
         AID: A0000000041010
         TVR: 0000008001
         TSI: A800

         --------- Check Closed ---------------
             07/03/2026 09:43 AM



            Join our loyalty program
              Starbucks Rewards®
          Sign up for promotional emails
           Visit St  bucks.com/rewards
             Or  wnload our app
            At participating stores
            Some restrictions apply
```

CJ's Coffee & Lettuce Indulge - Blvd
5101 Gateway Blvd Suite 111A
Denison, TX 75020

Opened: 07/04/2026 9:05 am
Closed: 07/04/2026 9:06 am
Order: 62819
Order Type: Dine In                    Check: 1
Name: james
Server: Front

1  Vanilla Latte                       6.50
    1  20oz Hot
        W/ Non Fat Milk

Subtotal                               6.50
Sales Tax                              0.54

Total                                  7.04

Mastercard 6128 (2192UZ)               7.04
    Tip:           1.41
    Total with Tip: 8.45

Balance Due                    0.00

Pay With Cash:                 0.00

Customer copy

Thank you for choosing local!
Scan here for fresh coffee beans to your door st
ep:



Denison TX - Gateway Blvd

Gateway Blvd
Denison, TX 75020
Phone 903-548-2873

2:27:56 PM
Id: 19942055352344
Carryout
yee: Reg3

ButterBurger Cheese-Dbl  $7.09
    Plain                  $0.00
  Cheese Curd LG          $7.19

  Total                  $14.28
  Tax                     $1.18

    Total                $15.46

MasterCard                $15.46
AUTHORIZED AMOUNT         $15.46
    Card#: **************6128
    Authorization: 27566Z


    A0000000041010

    --> Order Closed <--

    DELICIOUS REWARDS
Join & check in to earn 10 points
for every $1 spent on future visits

Already a member & forgot to check
in? Use the Loyalty Summary below
as your barcode to claim points.
Learn more at culvers.com/earn

***********************************
***********************************
    Loyalty Summary

Starbucks Coffee #55917
5131 South US 75
Denison, TX XXX-XXX-XXXX

CHK 723958
05/2026 08:45 AM
07   Drawer: 2  Reg: 1

cafe To Go
Order

Vt latte
Vanilla Syrp                    5.45
Bacon Sandwich                  0.80
                                5.95

Subtotal                       12.20
Discounts                       0.00
Tax 8.5%                         1.0
Gratuity                        1.00
Total                          14.21
Change Due                      0.00

Payments

Mastercard                      14.21
XXXXXXXXXXXX6128
Card Entry: CONTACTLESS
Trans Type: SALE
App Label: MASTERCARD
Auth: 76917Z
AID: A0000000041010
TVR: 0000008001
TSI: A800

----------- Check Closed ---------------
07/05/2026 08:45 AM

Join our loyalty program
Starbucks Rewards®
Sign up for promotional emails
Visit Starbucks.com/rewards
Or download our app
At participating stores
Some restrictions apply

**4:35**

## Transcription Details

$15$^{56}$

2x miles
+31 Miles

Posted on Wednesday, July 8, 2026

## Starbucks

Appears on your statement as:
STARBUCKS STORE 55917 DENISON TX 75020 US

Made by James Ristvedt...2258 on Monday, July 6, 2026

📞 Call Merchant

🌐 Merchant Website

📢 Issue with this charge?

To help you identify your purchases, we may provide additional information about your transactions, including the company name, address, phone number, marks, and logos. This additional information might not be accurate and does not imply any affiliation between Capital One and the company. Always refer to the original transaction descriptions that appear on your statement.


Home


Rewards


Offers


Profile

 Outlook

---

Fwd: Your ride with Salvador on July 11

---

**From:** Lyft Receipts <no-reply@lyftmail.com>
**Date:** July 12, 2026 at 12:36:40 PM MST
**To:** RISTVEDT@gmail.com
**Subject: Your ride with Salvador on July 11**



YOUR RIDE TO 14330 W CHARTER OAK RD ON JULY 11, 2026 AT 11:50 AM

# Thanks for riding with Salvador

Add tip          100% of tips go to drivers.

 Pay   Apple Pay (MasterCard)                       **$70.69**

Standard fare (33.22mi, 41m 25s)                  $58.91
Tip                                               $11.78

**You've already paid for this ride.**
This total may not match the charge on your account statement. The payment for this ride might be combined with any other rides you took on July 11, 2026. Keep in mind that the cost of this ride and the total charge may not reflect refunds, credits, or other changes.

# Your trip



- **Pickup**  11:50 AM
  4553 E Sky Harbor Blvd, Phoenix, AZ

- **Drop-off**  12:32 PM
  ███████████████

# How Lyft prioritizes your safety

  Every Lyft ride has built-in safety features like real-time monitoring, emergency help, and tools like Location Sharing and Audio Recording - so you're always in control. Learn more

**Does Lyft help you feel safe?**

## Make expensing business rides easy

Enable business profile on Lyft to make expensing rides quick and easy.

Case 4:24-cv-00637-ALM    Document 223-11    Filed 08/03/26    Page 198 of 274 PageID #: 5815

**GET BUSINESS PROFILE**

# Get help and more

| | | | |
|---|---|---|---|
| Tip driver | > | Dispute ride charges | > |
| Find lost item | > | Favorite Driver | > |
| Report incident | > | Help center | > |

Select 'You' on the home screen in the Lyft app, then 'Ride History' to view your ride cost breakdown or get additional help.

Receipt #2239788675364874796

© OpenStreetMap

© 2026 Lyft, Inc.

548 Market St., P.O. Box 68514
San Francisco, CA 94104
CPUC ID No. TCP0032513 - P

Case 4:24-cv-00637-ALM     Document 223-11     Filed 08/03/26     Page 199 of 274 PageID #:  5816

 

$27⁷⁰

2x miles
+55 Miles

Posted on Monday, July 13, 2026

## DFW CHILI'S C-35



Appears on your statement as:
DFW CHILI'S C-35 DALLAS TX 75261 US

Made by James Ristvedt...2258 on Saturday, July 11, 2026

📢  Issue with this charge?


Home


Rewards


Offers


Profile

 Outlook

**From:** American Airlines <no-reply@info.email.aa.com>
**Date:** July 1, 2026 at 8:47:56 AM MST
**To:** RISTVEDT@gmail.com
**Subject: Your purchase receipt - KHPLSY**



Issued: July 1, 2026

Your receipt

Confirmation code: **KHPLSY**

# Your purchase

**James Ristvedt - AAdvantage® #: 4WT****

| | |
|---|---|
| Checked bags (PHX-DFW)<br>Document #: 0014201918668 | $45.00 |
| Checked bags (DFW-PHX)<br>Document #: 0014201918669 | $45.00 |
| **Total cost** | **$90.00** |

# Your payment

Case 4:24-cv-00637-ALM    Document 223-11    Filed 08/03/26    Page 201 of 274 PageID #:  5818

Confirmation code: **KHPLSY**

| | |
|---|---|
| Visa (ending 2258) | $90.00 |
| **Total paid** | **$90.00** |



Book a hotel »



Book a car »



Buy trip insurance »

Vacations »

Contact us

Privacy policy

**Download the American app**

 

© 2026 American Airlines, Inc. All Rights Reserved.



Please do not reply to this email address as it is not monitored. This email was sent to
ristvedt@gmail.com.

NOTICE: This email and any information, files or attachments are for the exclusive and
confidential use of the intended recipient. This message contains confidential and
proprietary information of American Airlines (such as customer and business data) that
may not be read, searched, distributed or otherwise used by anyone other than the
intended recipient. If you are not an intended recipient, do not read, distribute, or take
action in reliance upon this message. Do you think you received this email by mistake? If
so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact
American >

oneworld® is a registered trademark of oneworld Alliance, LLC.



Date Range: 2026-07-03 - 2024-07-11
Tax#/ID# :

# Guest Folio

Confirmation Number - 3484919908

## Primary Guest

| | |
|---|---|
| Guest Name | Cervantes, Luz |
| Address | |
| City, State, Zip Code | CA 90650 |
| Country | US |

## ADDN GUESTS

## Hilton Honors

**M** MEMBER
2827751765

## Stay Details

| | |
|---|---|
| Check In Date | Jul 03, 2026 |
| Check Out Date | Jul 11, 2026 |
| Room | K1 - 230 |
| Source | OTHER |
| Guests | 1/0 |

## Company Details

| | |
|---|---|
| Name | |
| Tax#/ID# | |
| PO Number | |
| Account Name | |

## Other Details

| | |
|---|---|
| Tax Invoice | |
| Tax/Fee Exemption | NO |
| Tax/Fee Exempt Date | |

**Travel Agent**

IATA
Name

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 04, 2026 | Charge | GARDEN GRILLE TIPS - POS #1389 | $2.00 |
| Jul 04, 2026 | Tax | MISC - SALES TAX- FB | $0.00 |
| Jul 05, 2026 | Charge | GARDEN GRILLE TIPS - POS #1421 | $5.00 |
| Jul 05, 2026 | Tax | MISC - SALES TAX- FB | $0.00 |
| Jul 05, 2026 | Charge | GARDEN GRILLE TIPS - POS #1436 | $3.00 |
| Jul 05, 2026 | Charge | GARDEN GRILLE DINNER - POS #1436 | $10.00 |
| Jul 05, 2026 | Tax | MISC - SALES TAX- FB | $0.83 |
| Jul 06, 2026 | Charge | GARDEN GRILLE BFAST - POS #1421 | $24.98 |
| Jul 06, 2026 | Tax | MISC - SALES TAX- FB | $2.06 |
| Jul 07, 2026 | Charge | PANTRY TAXABLE | $6.00 |
| Jul 07, 2026 | Tax | MISC - STATE TAX | $0.50 |
| Jul 08, 2026 | Charge | GARDEN GRILLE TIPS - POS #1497 | $2.00 |
| Jul 09, 2026 | Charge | PANTRY TAXABLE | $6.00 |
| Jul 09, 2026 | Tax | MISC - STATE TAX | $0.50 |
| Jul 11, 2026 | Payments | MASTER-2652 | ($62.87) |

| Summary | |
|---|---|
| **Type** | **Amount** |
| GARDEN GRILLE TIPS | $12.00 |
| MISC - SALES TAX- FB | $2.89 |
| GARDEN GRILLE DINNER | $10.00 |
| GARDEN GRILLE BFAST | $24.98 |
| PANTRY TAXABLE | $12.00 |
| MISC - STATE TAX | $1.00 |
| CREDIT CARD | ($62.87) |
| **Folio Balance** | **$0.00** |

| | | |
|---|---|---|
| **Check In Time** | **08:08 PM** | **Reservations hgi.com or +1-877-STAY-HGI** |
| **Check Out Time** | **07:21 AM** | |

**Page1 / 1**

 **Citi® Diamond Preferred® Card - 2652**

## Transaction Details

| Date | Description | Amount |
|------|-------------|--------|
| Jul 03, 2026 | AMERICAN0014202146634 United States AZ | $45.00 |

**Additional Details**

| Purchased On | Posted On | Cardmember Name |
|---|---|---|
| Jul 02, 2026 06:20 PM ET | Jul 03, 2026 | Luz M Cervantes |

Spend Category
**Air Travel - American Airlines**

**American Airlines**

 United States

Additional transaction details are provided for your information only. It is not a substitute for the account statement, the official record of the account. If you earn rewards by category, the icons displayed for each transaction may not match reward categories.

 **Citi® Diamond Preferred® Card - 2652**

## Transaction Details

| Date | Description | Amount | Running Balance |
|------|-------------|--------|-----------------|
| Jul 10, 2026 | Pending*AMERICAN AIRLINES FORT WORTH USA | $45.00 | ----- |

### Additional Details

| Purchased On | Cardmember Name | Spend Category |
|--------------|-----------------|----------------|
| Jul 10, 2026 09:37 PM ET | Luz M Cervantes | American Airlines |

### AMERICAN AIRLINES

  SKYVIEW DR,FORT WORTH, TX 76155
, United States

Additional transaction details are provided for your information only. It is not a substitute for the account statement, the official record of the account. If you earn rewards by category, the icons displayed for each transaction may not match reward categories.

*Pending Purchases

Pending purchases are charges that have been authorized by the merchant, but not yet posted and typically post within 5 days. They aren't included in your current balance as the amounts may not be final. Pending Credit transactions are not reflected in your total available credit or balances.



Hilton Garden Inn Denison Sherman Arizona Event Center, TX
5015 US-75, Denison 75020
TX US
9034633331
DFWDS_GM@Hilton.com

Date Range: 2026-07-03 - 2026-07-11
Tax#/ID# :

# Guest Folio

Confirmation Number - 3484919908

## Primary Guest

| | |
|---|---|
| Guest Name | Cervantes, Luz |
| Address | |
| City, State, Zip Code | CA 90650 |
| Country | US |

## ADDN GUESTS

## Hilton Honors

M MEMBER
2827751765

## Stay Details

| | |
|---|---|
| Check In Date | Jul 03, 2026 |
| Check Out Date | Jul 11, 2026 |
| Room | K1 - 230 |
| Source | OTHER |
| Guests | 1/0 |

## Company Details

| | |
|---|---|
| Name | |
| Tax#/ID# | |
| PO Number | |
| Account Name | |

## Other Details

| | |
|---|---|
| Tax Invoice | |
| Tax/Fee Exemption | NO |
| Tax/Fee Exempt Date | |

**Travel Agent**

IATA
Name

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 03, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 03, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 03, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 04, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 04, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 04, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 05, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 05, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 05, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 06, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 06, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 06, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 07, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 07, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 07, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 08, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 08, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 08, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 09, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 09, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 09, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 10, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 10, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 10, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 11, 2026 | Payments | VISA-5110 | ($1,166.16) |

| Summary | |
|---|---|
| **Type** | **Amount** |
| GUEST ROOM | $1,032.00 |

| | | |
|---|---|---|
| **Check In Time** | 08:08 PM | Reservations hgi.com or +1-877-STAY-HGI |
| **Check Out Time** | 07:21 AM | |

**Page1 / 2**

| | |
|---|---|
| RM - LOCAL OCCUPANCY TAX | $72.24 |
| RM - STATE OCCUPANCY TAX | $61.92 |
| CREDIT CARD | ($1,166.16) |
| **Folio Balance** | **$0.00** |

| | | |
|---|---|---|
| **Check In Time** | **08:08 PM** | **Reservations hgi.com or +1-877-STAY-HGI** |
| **Check Out Time** | **07:21 AM** | |

 **Citi® Diamond Preferred® Card - 2652**

## Transaction Details

| Date | Description | Amount | Running Balance |
|------|-------------|--------|-----------------|
| *Jul 12, 2026* | *Pending\*HILTON GARDEN INN DENI DENISON USA* | *-$12.13* | ----- |

**Additional Details**

Date
Jul 12, 2026 06:00 AM ET

Cardmember Name
Luz M Cervantes

**Hilton Garden Inn**

 5015 S US HIGHWAY 75,DENISON, TX 75020
, United States

Additional transaction details are provided for your information only. It is not a substitute for the account statement, the official record of the account. If you earn rewards by category, the icons displayed for each transaction may not match reward categories.

*\*Pending Purchases*

Pending purchases are charges that have been authorized by the merchant, but not yet posted and typically post within 5 days. They aren't included in your current balance as the amounts may not be final. Pending Credit transactions are not reflected in your total available credit or balances.

 **Citi® Diamond Preferred® Card - 2652**

## Transaction Details

| Date | Description | Amount | Running Balance |
|------|-------------|--------|-----------------|
| Jul 11, 2026 | HILTON GARDEN INN DENISON TX | $62.87 | $184.84 |

**Additional Details**

| Purchased On | Posted On | Cardmember Name |
|---|---|---|
| Jul 03, 2026 09:08 PM ET | Jul 11, 2026 | Luz M Cervantes |

Spend Category
**Lodging - Hilton Garden Inn**

**Hilton Garden Inn**

 5015 S US HIGHWAY 75,DENISON, TX 75020
, United States

Additional transaction details are provided for your information only. It is not a substitute for the account statement, the official record of the account. If you earn rewards by category, the icons displayed for each transaction may not match reward categories.

1110 S Wood Dr.

Taco Mayo #12
1110 S. Wood Drive
Okmulgee, OK  74447
**Table  Q#2**
Trans #: 812235    Serv: Kaden
7/8/2026 4:50 PM    # Cust: 1

Quan  Descript                        Cost

1 BF NAC SUP                        $6.49
1 W/ PEPPERS                        $0.00
1 30oz COMBO DRINK                  $1.89
1 COKE ZERO                         $0.00
1 TACO                              $2.19

              Net Total:           $10.57
                  Sales             $1.07

**TOTAL:**                      **$11.64**

EMV
  Balance                          $11.64
                                   $11.64

Let Us Know
www.tacomayo.com

CREDIT CARD
SALE

.MASTERCARD                  ***********3465
.ENTRY LEGEND/MODE: CHIP READ/CONTACTLES
.DATE: 07/08/2026  TIME: 21:44:47

.INVOICE: 812235
.REFERENCE: 618921901017
.AUTH CODE: 814762

.AMOUNT                      USD$ 11.64

.TOTAL                       USD$ 11.64

APPROVED - THANK YOU

.APPLICATION LABEL: MASTERCARD
.AID: A0000000041010
.ATC: 0398
.AC: B6A4C59B97F846B2
.TVR: 0000008001
.IAD: 0110A04001220000000000000000000000
.ARC: 00
          NO SIGNATURE REQUIRED

**Welcome to Chick-fil-A**

Sherman FSU (TX)(#01092)

3500 N US Highway 75

Sherman, TX 75090

Guest Copy

Jul 09 2026 at 8:24:16 PM

**Drive-thru**

Order Number: 108483646602

| | | |
|---|---|---|
| 1 | Frst Lmnde | $4.55 |
| 1 | Strips 3ct | $5.39 |
| | +3 CFA Sauce | |

| | |
|---|---|
| Subtotal | $9.94 |
| Tax | $0.82 |
| Total | $10.76 |

| | |
|---|---|
| Mastercard | $10.76 |

| | |
|---|---|
| Card Number: | ★★★★★★★★★★★★3465 |
| Card Type | Mastercard |
| APPROVAL | 42840Z |
| AID | A0000000041010 |
| Amount | $10.76 |

Register: 84          Sequence No: 46602

Cashier: Serenity

Thank You

Have a Nice Day!

If you have any feedback for your recent visit,
do not hesitate to reach out to us.

## RDS-01434-Turbo

Arby's #1434
2131 Texoma Parkway
Sherman, TX 75090
Phone (903) 868-1420

1:39:13 PM

7/11/2026
Order Id: AACSFNSAAJAY
DT326 - DT
Employee: Britanee
Total Items: 9

## DT326

|  | $10.79 |
| 1 Bnc Classic Meal | |
| 1 BnC Classic-MD | |
| 1 Curly Fry-MD | $0.00 |
| 1 Drink-MD | $11.49 |
| Dr. Pepper | |
| 1 RB Double Meal | |
| 1 RB Double-MD | |
| 1 Curly Fry-MD | $0.00 |
| 1 Drink-MD | $3.89 |
| Coke Zero Sugar | $0.00 |
| 1 Mozz Stick 4 PC | $0.00 |
| 1 Ranch Dip | |
| 1 Marinara Dip | |
|  | $26.17 |
| Sub Total | $2.16 |
| SALES TAX | $28.33 |
| Order Total | $28.33 |
|  | $28.33 |
| MasterCard | |
| AUTHORIZED AMOUNT | |

Card#: ************3018
Authorization: 73286Z

AID: A0000000041010

--> Order Closed <--

How'd we do? Scan the QR code below or
visit www.arbys.com/feedback to take a
brief survey and let us know.





SINCE 1978

# HUTCHINS
## BARBEQUE

# 139

Hutchins BBQ
1301 N Tennessee St
McKinney, TX
(972) 548-2629

Order# 5748039
Station# POS1 - Dine-In
Eat In Order
Date: 7/11/26, 3:24 PM

| | |
|---|---|
| Terminal ID: | 4445068118405 |
| Transaction Type: | Auth |
| Reference #: | |
| 71928452786059871860976037968315306437469876351008 | |
| Entry Method: | Contactless |
| Mode: | Issuer |
| MASTERCARD: | A0000000041010 |
| ARC: | ARQC 372419EEA83AF248 |
| Transaction ID: | 2137483106 |
| Approval Code: | 1223BZ |
| Response Code: | 00 |
| Amount: | $84.07 |

| | |
|---|---|
| 2 1 Meat Brisket Sand | $36.98 |
| $18.49 each | |
| 2 #9- Brisket Sandwich | |
| 2 Brisket - Sliced* | |
| 2 Regular Sauce* | |
| Serving - Green Beans | $4.50 |
| 2 Brisket Stuffed Jalapeño | $14.00 |
| $7.00 each | |
| Serving - Mac & Cheese | $4.50 |
| MED Drink - Dine-In | $3.89 |
| MED Drink - Dine-In | $3.89 |
| Original Sausage | $9.90 |
| 0.33 Lb. @ $29.9900/Lb. | |

| | |
|---|---|
| Total Item Count: | 13 |

| | |
|---|---|
| Subtotal: | $77.66 |
| Total Tax: | $6.41 |

| | |
|---|---|
| Total: | $84.07 |
| Paid With: MASTERCARD | XXXX3465 |
| Total: | $84.07 |

| | |
|---|---|
| Tip: | $15.53 |

| | |
|---|---|
| Total Paid: | $99.60 |

_____

Signature

I agree to pay the above total amount
according to card issuer agreement

***Merchant Copy***

CJ's Coffee Cafe - Travis
818 N Travis St
Sherman, TX 75090

Opened: 07/13/2026 2:52 pm
Closed: 07/13/2026 2:52 pm          Check: 1
Order: 82512
Order Type: Drive Thru
Name: W
Server: Drive

| | | |
|---|---|---|
| 1 | Peaches & Cream Smoothie | 6.50 |
| | 1   20oz | |
| 1 | Peach Cobbler Frappe | 6.50 |
| | 1   20oz | |

Subtotal                          13.00
Sales Tax                          1.08

Total                             14.08

Mastercard 3465 (89473Z)          14.08
   Tip:         2.82
   Total with Tip: 16.90

Balance Due                       0.00

Pay With Cash:                    0.00

Customer copy

        Thank you for drinking local!
Scan here for fresh coffee beans to your door st
ep:





# Niche Coffee and Shop

**Let Niche Coffee and Shop know how your experience was**



## $16.80

**#XbeZ**
Jul 13 2026 at 8:46 AM

| | |
|---|---|
| **Texas Summer**<br>Iced 24 oz<br>To-Go | $7.50 |
| **Breakfast Tacos**<br>Bacon, Egg, & Cheese<br>Flour<br>For Here<br>lil of both ($0.50) | $6.50 |
| Purchase Subtotal | $14.00 |
| Sherman, TX (75090) - included, $1.07 | |
| Tip | $2.80 |
| **Total** | **$16.80** |

 This purchase earned 2 Stars. Claim your Stars to earn rewards.
Get your Stars

+2



Map data ©2026

**Niche Coffee and Shop**

100 S Crockett St Suite 200, Sherman, TX 75090

Sherman, TX 75090

(903) 271-4936

**Shop Online**

        

 MasterCard 3465 (Contactless)

Jul 13 2026 at 8:46 AM

Auth code: 35479Z

AID: A0000000041010

No CVM

Run your own business?

Start using Square and process $1,000 in sales for free.

Get Started with Square



**Receipt Settings**

Not your receipt?

Manage preferences

© 2026 Square Privacy Policy

1955 Broadway, Suite 600

Oakland, CA 94612



## Arlington Coffee Roasters

400 E Division St Ste 105      July 14, 2026
Arlington, TX      11:12 AM
76011-7210      Diana
(817) 200-7790
arlingtoncoffeeroasters.com

---

### FOR HERE

---

Ticket: Mike
Receipt: znDu
Authorization: 83576Z

---

MASTERCARD
AID A0 00 00 00 00 04 10 10

---

| | |
|---|---|
| **Flat White** | **$5.25** |
| Large, 12 oz. ($0.50) | |

---

| | |
|---|---|
| Subtotal | $5.25 |
| Sales Tax (8.25%) | $0.43 |
| Tip | $2.00 |

---

| | |
|---|---|
| **Total** | **$7.68** |
| Mastercard 3465 (Contactless) | $7.68 |

Have a great day!!

&

Do something Nice for someone!

Dino's Subs
2221 S Collins St
Arlington TX 76010
817-274-1140

07/14/2026                    13:02
Trans:54 Sale
MASTERCARD                Batch:25
************3465               TAP
AMOUNT:                     **/**
TIP:                       $18.89
                            $3.77
TOTAL:              ------------
                           $22.66
                    ------------
Resp:
Code:                      APPROVE
Ref#:                       78743Z
App Name:               619513059874
AID:                     MASTERCARD
TVR:                   A0000000041010
                        0000008001

Cardholder acknowledges
receipt of goods and
obligations set forth
by the cardholder's
agreement with issuer.
CUSTOMER COPY
Thank You
Powered By ValorPay(v3.0.2)

```
             Starbucks Coffee #54773
                4050 S. Collins St
            Arlington, TX  (817) 472 9717
    --------------------------------------
                  CHK 736604
              07/14/2026 01:36 PM
         XXX9441    Drawer: 1  Reg: 1
    --------------------------------------

              Cafe  To  Go
                    Order
         Gr Isl Co Drnk              6.45

    --------------------------------------
         Subtotal                    6.45
         Discounts                   0.00
         Tax 8.25%                   0.53
         Gratuity                    2.00
         Total                       8.98
         Change  Due             O.OO
    --------------------------------------
                   Payments

         Mastercard                  8.98
         XXXXXXXXXXXXX3465
         Card Entry: CONTACTLESS
         Trans Type: SALE
         App Label: MASTERCARD
         Auth: 12283Z
         AID: A0000000041010
         TVR: 0000008001
         TSI: E800

    ----------- Check Closed --------------
              07/14/2026 01:36 PM



             Join our loyalty program
               Starbucks Rewards®
          Sign up for promotional emails
            Visit Starbucks.com/rewards
               Or download our app
             At participating stores
             Some restrictions apply
```



Chili's Grill & Bar
Sherman #377
2809 Hwy 75 N.
Sherman, TX 75090-0505

**PhoneNumber1: 9038700653**

**Check No: 3020228**
**Table No: 43**
**Date: 07/15/2026 07:48 PM**
**Server: Corgen**
**MASTERCARD/7321 Sale/EMV Tap TID:****7944 AID:A0000000041010**
**TVR:0020008000 TRN ID:208987 NET:MASTERCARD MODE:Issuer Auth Code:35333Z**

| Description | Qty | Price |
|---|---|---|
| CHIPS & DIPS | 1.00 | 6.59 |
| CHIPS AND SALSA- | 0.00 | 0.00 |
| KID BEVERAGE | 1.00 | 0.00 |
| KID SPRITE | 0.00 | 0.00 |
| COKE_ZERO | 1.00 | 3.39 |
| KID BEVERAGE | 1.00 | 0.00 |
| KID SPRITE | 0.00 | 0.00 |
| COKE_ZERO | 1.00 | 3.39 |
| ZIOSK GAME PASS | 1.00 | 2.99 |
| KID MAC CHEESE | 1.00 | 6.99 |
| SIDE KID FF | 0.00 | 0.00 |
| TRIPLE DIPPER | 1.00 | 16.99 |
| MOZZ MARINARA2 | 0.00 | 0.00 |
| BONELESS5 NASH HOT | 0.00 | 0.00 |
| BONELESS HOUSE | 0.00 | 0.00 |

| Item | Qty | Price |
|---|---|---|
| TRIPLE DIPPER | 1.00 | 16.99 |
| MOZZ MARINARA2 | 0.00 | 0.00 |
| BONELESS5 NO SAUCE | 0.00 | 0.00 |
| BUFFALO RANCH | 0.00 | 0.00 |
| TOSSED | 0.00 | 0.00 |
| BONELESS HOUSE | 0.00 | 0.00 |
| KID CRISPY CRISP | 1.00 | 6.99 |
| SIDE KID FF | 0.00 | 0.00 |
| My Chilis Chp/Bev | 1.00 | -6.59 |

|  |  |
|---|---|
| Sub Total | 57.73 |
| Tax | 4.77 |
| Total | 62.50 |
| Tip | 13.82 |
| Amount Paid | 76.32 |

Gift Card activation is
delayed by 4 hours.





Español

## Payment Receipt

### Thank you for registering with NTTA!

| | |
|---|---|
| Voucher #: | **VO000000222565165** |
| Account #: | **2035002917** |
| Total Payment: | **$40.00** |
| Card #: | **MASTERCARD_3465** |
| Transaction Date: | **07/15/2026 11:35:06** |

Print Receipt     Manage My Account

**Customer Service:** 972-818-NTTA(6882) | 817-731-NTTA(6882) |  Privacy Policy

Copyright © 2026 NTTA All rights reserved && V1.1





# Niche Coffee and Shop

**Let Niche Coffee and Shop know how your experience was**



## $16.10

**#Jq1h**
Jul 15 2026 at 8:37 AM

| | |
|---|---|
| **Texas Summer**<br>Iced 24 oz<br>For Here | $7.50 |
| **Breakfast Tacos**<br>Bacon, Egg, & Cheese<br>Flour<br>For Here<br>lil of both ($0.50) | $6.50 |
| Purchase Subtotal | $14.00 |
| Sherman, TX (75090) - included, $1.07 | |
| Tip | $2.10 |
| **Total** | **$16.10** |

 This purchase earned 2 Stars. Claim your Stars to earn rewards.
Get your Stars

+2



**Niche Coffee and Shop**

100 S Crockett St Suite 200, Sherman, TX 75090

Sherman, TX 75090

(903) 271-4936

  

MasterCard 3465 (Contactless)

Jul 15 2026 at 8:37 AM

Auth code: 83989Z

AID: A0000000041010

No CVM

Run your own business?

Start using Square and process $1,000 in sales for free.

Get Started with Square



Receipt Settings

Not your receipt?

Manage preferences

© 2026 Square Privacy Policy

1955 Broadway, Suite 600

Oakland, CA 94612

**Hilton Garden Inn Denison Sherman Texoma Event Center, TX**
5015 US-75, Denison 75020
TX US
9034633331
DFWDS_GM@Hilton.com

Date Range: 2026-07-01 - 2026-07-21
Tax#/ID# :

# Guest Folio

Confirmation Number - 3491695565

## Primary Guest

| | |
|---|---|
| Guest Name | CHAMI, DAVID |
| Address | 10145 n 126th st |
| City, State, Zip Code | Scottsdale AZ 85259 |
| Country | US |

## ADDN GUESTS

## Hilton Honors

(M) MEMBER
566993688

## Stay Details

| | |
|---|---|
| Check In Date | Jul 01, 2026 |
| Check Out Date | Jul 11, 2026 |
| Room | K1 - 221 |
| Source | OTHER |
| Guests | 1/0 |

## Company Details

| | |
|---|---|
| Name | |
| Tax#/ID# | |
| PO Number | |
| Account Name | |

## Other Details

| | |
|---|---|
| Tax Invoice | |
| Tax/Fee Exemption | NO |
| Tax/Fee Exempt Date | |

**Travel Agent**
IATA
Name

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 01, 2026 | Charge | GARDEN BAR TIPS - POS #2669 | $12.04 |
| Jul 01, 2026 | Charge | GARDEN BAR DINNER - POS #2669 | $50.00 |
| Jul 01, 2026 | Tax | MISC - SALES TAX- FB | $4.13 |
| Jul 01, 2026 | Charge | GARDEN BAR BEV - POS #2669 | $10.00 |
| Jul 01, 2026 | Tax | MISC - SALES TAX- FB | $0.83 |
| Jul 01, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 01, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 01, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 02, 2026 | Charge | GARDEN GRILLE TIPS - POS #1355 | $5.77 |
| Jul 02, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 02, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 02, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 03, 2026 | Charge | GARDEN BAR TIPS - POS #2691 | $25.00 |
| Jul 03, 2026 | Charge | GARDEN BAR DINNER - POS #2691 | $100.00 |
| Jul 03, 2026 | Tax | MISC - SALES TAX- FB | $8.25 |
| Jul 03, 2026 | Charge | GARDEN BAR BEV - POS #2691 | $13.00 |
| Jul 03, 2026 | Tax | MISC - SALES TAX- FB | $1.07 |
| Jul 03, 2026 | Charge | GARDEN BAR LIQUOR - POS #2691 | $9.00 |
| Jul 03, 2026 | Tax | MISC - SALES TAX- MIX BEVERAGE | $0.74 |
| Jul 03, 2026 | Charge | PANTRY TAXABLE | $4.00 |
| Jul 03, 2026 | Tax | MISC - STATE TAX | $0.33 |
| Jul 03, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 03, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 03, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 04, 2026 | Charge | GARDEN GRILLE TIPS - POS #1390 | $6.77 |
| Jul 04, 2026 | Charge | GARDEN GRILLE TIPS - POS #1409 | $20.41 |
| Jul 04, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 04, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 04, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |

| | | | |
|---|---|---|---|
| Check In Time | 07:28 PM | **Reservations hgi.com or +1-877-STAY-HGI** | |
| Check Out Time | 11:00 AM | | |

Page1 / 3

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 04, 2026 | Charge | GARDEN GRILLE DINNER - POS #1409 | $92.00 |
| Jul 04, 2026 | Tax | MISC - SALES TAX- FB | $7.59 |
| Jul 05, 2026 | Charge | GARDEN GRILLE TIPS - POS #1428 | $7.55 |
| Jul 05, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 05, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 05, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 06, 2026 | Charge | GARDEN GRILLE TIPS - POS #1446 | $4.27 |
| Jul 06, 2026 | Charge | GARDEN GRILLE BFAST - POS #1428 | $14.99 |
| Jul 06, 2026 | Tax | MISC - SALES TAX- FB | $1.24 |
| Jul 06, 2026 | Charge | GARDEN GRILLE TIPS - POS #2710 | $20.00 |
| Jul 06, 2026 | Charge | GARDEN GRILLE DINNER - POS #2710 | $108.00 |
| Jul 06, 2026 | Tax | MISC - SALES TAX- FB | $8.91 |
| Jul 06, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 06, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 06, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 07, 2026 | Charge | GARDEN GRILLE TIPS - POS #1464 | $5.00 |
| Jul 07, 2026 | Charge | GARDEN GRILLE TIPS - POS #2731 | $20.00 |
| Jul 07, 2026 | Charge | GARDEN GRILLE DINNER - POS #2731 | $82.00 |
| Jul 07, 2026 | Tax | MISC - SALES TAX- FB | $6.77 |
| Jul 07, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 07, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 07, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 08, 2026 | Charge | GARDEN GRILLE TIPS - POS #1498 | $5.00 |
| Jul 08, 2026 | Charge | GARDEN BAR TIPS - POS #2749 | $25.00 |
| Jul 08, 2026 | Charge | GARDEN BAR LIQUOR - POS #2749 | $6.00 |
| Jul 08, 2026 | Tax | MISC - SALES TAX- MIX BEVERAGE | $0.50 |
| Jul 08, 2026 | Charge | GARDEN BAR DINNER - POS #2749 | $94.00 |
| Jul 08, 2026 | Tax | MISC - SALES TAX- FB | $7.76 |
| Jul 08, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 08, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 08, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 09, 2026 | Charge | GARDEN BAR TIPS - POS #2788 | $23.19 |
| Jul 09, 2026 | Charge | GARDEN BAR DINNER - POS #2788 | $122.00 |
| Jul 09, 2026 | Tax | MISC - SALES TAX- FB | $10.07 |
| Jul 09, 2026 | Charge | GARDEN BAR LIQUOR - POS #2788 | $9.00 |
| Jul 09, 2026 | Tax | MISC - SALES TAX- MIX BEVERAGE | $0.74 |
| Jul 09, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 09, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 09, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 10, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 10, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 10, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 11, 2026 | Payments | VISA-5110 | ($2,410.62) |

| Summary | |
|---|---|
| Type | Amount |
| GARDEN GRILLE TIPS | $94.77 |
| GUEST ROOM | $1,290.00 |
| RM - LOCAL OCCUPANCY TAX | $90.30 |
| RM - STATE OCCUPANCY TAX | $77.40 |
| GARDEN GRILLE BFAST | $106.99 |
| MISC - SALES TAX- FB | $56.62 |
| GARDEN GRILLE DINNER | $190.00 |
| GARDEN BAR TIPS | $85.23 |
| GARDEN BAR LIQUOR | $24.00 |

| | | |
|---|---|---|
| **Check In Time** | **07:28 PM** | **Reservations hgi.com or +1-877-STAY-HGI** |
| **Check Out Time** | **11:00 AM** | |

**Page2 / 3**

| | |
|---|---:|
| MISC - SALES TAX - MIX BEVERAGE | $1.98 |
| GARDEN BAR DINNER | $366.00 |
| CREDIT CARD | ($2,410.62) |
| GARDEN BAR BEV | $23.00 |
| PANTRY TAXABLE | $4.00 |
| MISC - STATE TAX | $0.33 |
| **Folio Balance** | **$0.00** |

| | | |
|---|---|---|
| **Check In Time** | **07:28 PM** | **Reservations hgi.com or +1-877-STAY-HGI** |
| **Check Out Time** | **11:00 AM** | |



Hilton Garden Inn Denison Sherman AT Texoma Event Center, TX
5015 US-75, Denison 75020
TX US
9034633331
DFWDS_GM@Hilton.com

Date Range: 2026-07-06 - 2026-07-21
Tax#/ID# :

# Guest Folio

Confirmation Number - 3495493372

## Primary Guest

| | |
|---|---|
| Guest Name | Baro, Lyda |
| Address | 1309 auburn place |
| City, State, Zip Code | Plano TX 75093 |
| Country | US |

## ADDN GUESTS

## Hilton Honors

 MEMBER
2832001479

## Stay Details

| | |
|---|---|
| Check In Date | Jul 06, 2026 |
| Check Out Date | Jul 08, 2026 |
| Room | K1 - 311 |
| Source | OWN HOTEL |
| Guests | 2/0 |

## Company Details

| | |
|---|---|
| Name | |
| Tax#/ID# | |
| PO Number | |
| Account Name | |

## Other Details

| | |
|---|---|
| Tax Invoice | |
| Tax/Fee Exemption | NO |
| Tax/Fee Exempt Date | |

**Travel Agent**

IATA

Name

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 06, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 06, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 06, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 07, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 07, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 07, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 08, 2026 | Payments | VISA-5110 | ($291.54) |

| Summary | |
|---|---|
| **Type** | **Amount** |
| GUEST ROOM | $258.00 |
| RM - LOCAL OCCUPANCY TAX | $18.06 |
| RM - STATE OCCUPANCY TAX | $15.48 |
| CREDIT CARD | ($291.54) |
| **Folio Balance** | **$0.00** |

| | | |
|---|---|---|
| **Check In Time** | 09:37 PM | Reservations hgi.com or +1-877-STAY-HGI |
| **Check Out Time** | 11:08 AM | |



Hilton Garden Inn Denison Sherman At Texoma Event Center, TX
5015 US-75, Denison 75020
TX US
9034633331
DFWDS_GM@Hilton.com

**Hilton Garden Inn Denison Sherman At Texoma Event Center, TX**
**5015 US-75, Denison 75020**
**TX US**
**9034633331**
**DFWDS_GM@Hilton.com**

Date Range: 2026-07-05 - 2026-07-21
Tax#/ID# :

# Guest Folio

Confirmation Number - 3495493372

| Primary Guest | | Hilton Honors |
|---|---|---|
| Guest Name | Baro, Lyda |  MEMBER |
| Address | 1309 auburn place | 2832001479 |
| City, State, Zip Code | Plano TX 75093 | |
| Country | US | |

**ADDN GUESTS**

| Stay Details | | Company Details | | Other Details | |
|---|---|---|---|---|---|
| Check In Date | Jul 06, 2026 | Name | | Tax Invoice | |
| Check Out Date | Jul 08, 2026 | Tax#/ID# | | Tax/Fee Exemption | NO |
| Room | K1 - 311 | PO Number | | Tax/Fee Exempt Date | |
| Source | OWN HOTEL | Account Name | | **Travel Agent** | |
| Guests | 2/0 | | | IATA | |
| | | | | Name | |

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 07, 2026 | Charge | GARDEN GRILLE TIPS - POS #1469 | $3.00 |
| Jul 08, 2026 | Charge | GARDEN GRILLE TIPS - POS #1485 | $3.00 |
| Jul 08, 2026 | Payments | MASTER-2166 | ($20.06) |
| Jul 08, 2026 | Refunds | MASTER-2166-CREDIT CARD REFUND | $14.06 |

| Summary | |
|---|---|
| **Type** | **Amount** |
| GARDEN GRILLE TIPS | $6.00 |
| CREDIT CARD | ($6.00) |
| **Folio Balance** | **$0.00** |

| Check In Time | 09:37 PM | Reservations hgi.com or +1-877-STAY-HGI |
|---|---|---|
| Check Out Time | 11:08 AM | |

Page1 / 1



**Hilton Garden Inn Denison Sherman A/Texoma Event Center, TX**
**5015 US-75, Denison 75020**
**TX US**
**9034633331**
**DFWDS_GM@Hilton.com**

Date Range: 2026-07-03 - 2026-07-21
Tax#/ID# :

# Guest Folio

Confirmation Number - 3483723008

## Primary Guest

| | |
|---|---|
| Guest Name | FROHMAN, BRIANNA |
| Address | 8095 N 85th Way |
| City, State, Zip Code | Scottsdale AZ 85258 |
| Country | US |

## ADDN GUESTS

## Hilton Honors

(M) MEMBER
699796632

## Stay Details

| | |
|---|---|
| Check In Date | Jul 03, 2026 |
| Check Out Date | Jul 11, 2026 |
| Room | K1 - 322 |
| Source | OTHER |
| Guests | 2/0 |

## Company Details

| | |
|---|---|
| Name | |
| Tax#/ID# | |
| PO Number | |
| Account Name | |

## Other Details

| | |
|---|---|
| Tax Invoice | |
| Tax/Fee Exemption | NO |
| Tax/Fee Exempt Date | |

**Travel Agent**
IATA
Name

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 04, 2026 | Charge | GARDEN GRILLE TIPS - POS #1384 | $5.00 |
| Jul 05, 2026 | Charge | PANTRY TAXABLE | $4.00 |
| Jul 05, 2026 | Tax | MISC - STATE TAX | $0.33 |
| Jul 05, 2026 | Charge | GARDEN GRILLE TIPS - POS #1437 | $4.00 |
| Jul 05, 2026 | Charge | GARDEN GRILLE DINNER - POS #1437 | $16.00 |
| Jul 05, 2026 | Tax | MISC - SALES TAX- FB | $1.32 |
| Jul 06, 2026 | Charge | PANTRY TAXABLE | $4.00 |
| Jul 06, 2026 | Tax | MISC - STATE TAX | $0.33 |
| Jul 07, 2026 | Charge | PANTRY TAXABLE | $12.00 |
| Jul 07, 2026 | Tax | MISC - STATE TAX | $0.99 |
| Jul 08, 2026 | Charge | GARDEN GRILLE TIPS - POS #1490 | $2.00 |
| Jul 09, 2026 | Charge | PANTRY TAXABLE | $4.00 |
| Jul 09, 2026 | Tax | MISC - STATE TAX | $0.33 |
| Jul 11, 2026 | Payments | VISA-0057 | ($54.30) |

| Summary | |
|---|---|
| **Type** | **Amount** |
| PANTRY TAXABLE | $24.00 |
| MISC - STATE TAX | $1.98 |
| GARDEN GRILLE TIPS | $11.00 |
| GARDEN GRILLE DINNER | $16.00 |
| MISC - SALES TAX- FB | $1.32 |
| CREDIT CARD | ($54.30) |
| **Folio Balance** | **$0.00** |

| | | |
|---|---|---|
| **Check In Time** | 08:05 PM | Reservations hgi.com or +1-877-STAY-HGI |
| **Check Out Time** | 12:19 PM | |

**Page1 / 1**

**Hilton Garden Inn Denison Sherman Arizona Event Center, TX**
5015 US-75, Denison 75020
TX US
9034633331
DFWDS_GM@Hilton.com

Date Range: 2026-07-03 - 2026-07-21
Tax#/ID# :

# Guest Folio

Confirmation Number - 3483723008

## Primary Guest

| | |
|---|---|
| Guest Name | FROHMAN, BRIANNA |
| Address | 8095 N 85th Way |
| City, State, Zip Code | Scottsdale AZ 85258 |
| Country | US |

## ADDN GUESTS

## Hilton Honors

(M) MEMBER
699796632

## Stay Details

| | |
|---|---|
| Check In Date | Jul 03, 2026 |
| Check Out Date | Jul 11, 2026 |
| Room | K1 - 322 |
| Source | OTHER |
| Guests | 2/0 |

## Company Details

| | |
|---|---|
| Name | |
| Tax#/ID# | |
| PO Number | |
| Account Name | |

## Other Details

| | |
|---|---|
| Tax Invoice | |
| Tax/Fee Exemption | NO |
| Tax/Fee Exempt Date | |

**Travel Agent**
IATA
Name

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 03, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 03, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 03, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 04, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 04, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 04, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 05, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 05, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 05, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 06, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 06, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 06, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 07, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 07, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 07, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 08, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 08, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 08, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 09, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 09, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 09, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 10, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 10, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 10, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 11, 2026 | Payments | VISA-5110 | ($1,166.16) |

| Summary | |
|---|---|
| Type | Amount |
| GUEST ROOM | $1,032.00 |

| | | Reservations hgi.com or +1-877-STAY-HGI |
|---|---|---|
| Check In Time | 08:05 PM | |
| Check Out Time | 12:19 PM | |

Page1 / 2

| | |
|---|---|
| RM - LOCAL OCCUPANCY TAX | $72.24 |
| RM - STATE OCCUPANCY TAX | $61.92 |
| CREDIT CARD | ($1,166.16) |
| **Folio Balance** | **$0.00** |

| | | |
|---|---|---|
| **Check In Time** | **08:05 PM** | **Reservations hgi.com or +1-877-STAY-HGI** |
| **Check Out Time** | **12:19 PM** | |

**Page2 / 2**



Hilton Garden Inn Denison Sherman AT Texoma Event Center, TX
5015 US-75, Denison 75020
TX US
9034633331
DFWDS_GM@Hilton.com

Date Range: 2026-07-04 - 2026-07-21
Tax#/ID# :

# Guest Folio

Confirmation Number - 3494500653

## Primary Guest

| | |
|---|---|
| Guest Name | Garcia, Ronald |
| Address | 535 S Mill St. Apt.1435 |
| City, State, Zip Code | Lewisville TX 75057 |
| Country | US |

## ADDN GUESTS

## Hilton Honors

**M** MEMBER
2835555554

## Stay Details

| | |
|---|---|
| Check In Date | Jul 04, 2026 |
| Check Out Date | Jul 11, 2026 |
| Room | K1 - 210 |
| Source | OWN HOTEL |
| Guests | 2/0 |

## Company Details

| | |
|---|---|
| Name | |
| Tax#/ID# | |
| PO Number | |
| Account Name | |

## Other Details

| | |
|---|---|
| Tax Invoice | |
| Tax/Fee Exemption | NO |
| Tax/Fee Exempt Date | |

**Travel Agent**

IATA
Name

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 04, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 04, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 04, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 05, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 05, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 05, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 06, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 06, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 06, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 07, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 07, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 07, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 08, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 08, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 08, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 09, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 09, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 09, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 10, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 10, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 10, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 11, 2026 | Payments | VISA-5110 | ($1,020.39) |

| Summary | |
|---|---|
| **Type** | **Amount** |
| GUEST ROOM | $903.00 |
| RM - LOCAL OCCUPANCY TAX | $63.21 |
| RM - STATE OCCUPANCY TAX | $54.18 |
| CREDIT CARD | ($1,020.39) |

| | | |
|---|---|---|
| **Check In Time** | **05:00 PM** | Reservations hgi.com or +1-877-STAY-HGI |
| **Check Out Time** | **07:29 AM** | |

**Folio Balance**                                                                                    **$0.00**

---

| | | |
|---|---|---|
| **Check In Time** | 05:00 PM | Reservations hgi.com or +1-877-STAY-HGI |
| **Check Out Time** | 07:29 AM | |

**Page2 / 2**



Hilton Garden Inn Denison Sherman Arizona Event Center, TX
5015 US-75, Denison 75020
TX US
9034633331
DFWDS_GM@Hilton.com

Date Range: 2026-07-04 - 2026-07-21
Tax#/ID# :

# Guest Folio

Confirmation Number - 3494500653

## Primary Guest

| | |
|---|---|
| Guest Name | Garcia, Ronald |
| Address | 535 S Mill St. Apt.1435 |
| City, State, Zip Code | Lewisville TX 75057 |
| Country | US |

## ADDN GUESTS

## Hilton Honors

**M**   MEMBER
2835555554

## Stay Details

| | |
|---|---|
| Check In Date | Jul 04, 2026 |
| Check Out Date | Jul 11, 2026 |
| Room | K1 - 210 |
| Source | OWN HOTEL |
| Guests | 2/0 |

## Company Details

| | |
|---|---|
| Name | |
| Tax#/ID# | |
| PO Number | |
| Account Name | |

## Other Details

| | |
|---|---|
| Tax Invoice | |
| Tax/Fee Exemption | NO |
| Tax/Fee Exempt Date | |

**Travel Agent**
IATA
Name

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 09, 2026 | Charge | PANTRY TAXABLE<br>Transferred from Rm 210, Ronald Garcia, 1, 2026-07-05 | $3.00 |
| Jul 09, 2026 | Tax | MISC - STATE TAX<br>Transferred from Rm 210, Ronald Garcia, 1, 2026-07-05 | $0.25 |
| Jul 09, 2026 | Charge | GARDEN GRILLE TIPS - POS #1435 | $3.80 |
| Jul 09, 2026 | Charge | GARDEN GRILLE DINNER - POS #1435 | $34.00 |
| Jul 09, 2026 | Tax | MISC - SALES TAX- FB | $2.81 |
| Jul 09, 2026 | Charge | PANTRY TAXABLE<br>Transferred from Rm 210, Ronald Garcia, 1, 2026-07-06 | $3.00 |
| Jul 09, 2026 | Tax | MISC - STATE TAX<br>Transferred from Rm 210, Ronald Garcia, 1, 2026-07-06 | $0.25 |
| Jul 09, 2026 | Charge | PANTRY TAXABLE<br>Transferred from Rm 210, Ronald Garcia, 1, 2026-07-06 | $12.00 |
| Jul 09, 2026 | Tax | MISC - STATE TAX<br>Transferred from Rm 210, Ronald Garcia, 1, 2026-07-06 | $0.99 |
| Jul 09, 2026 | Charge | GARDEN GRILLE TIPS - POS #1463 | $4.00 |
| Jul 09, 2026 | Charge | GARDEN GRILLE BFAST - POS #1463 | $4.50 |
| Jul 09, 2026 | Tax | MISC - SALES TAX- FB | $0.37 |
| Jul 09, 2026 | Charge Adjustment | GARDEN GRILLE TIPS - POS #1463 | ($4.00) |
| Jul 09, 2026 | Charge Adjustment | GARDEN GRILLE BFAST - POS #1463 | ($4.50) |
| Jul 09, 2026 | Tax | MISC - SALES TAX- FB | ($0.37) |
| Jul 09, 2026 | Charge | GARDEN GRILLE TIPS - POS #1463 | $4.00 |
| Jul 09, 2026 | Charge | GARDEN GRILLE TIPS - POS #2730 | $10.00 |
| Jul 09, 2026 | Charge | GARDEN GRILLE DINNER - POS #2730 | $32.00 |
| Jul 09, 2026 | Tax | MISC - SALES TAX- FB | $2.64 |
| Jul 09, 2026 | Charge | GARDEN GRILLE TIPS - POS #1495 | $5.00 |
| Jul 09, 2026 | Charge | GARDEN GRILLE BFAST - POS #1495 | $5.01 |
| Jul 09, 2026 | Tax | MISC - SALES TAX- FB | $0.41 |
| Jul 09, 2026 | Charge | PANTRY TAXABLE<br>Transferred from Rm 210, Ronald Garcia, 1, 2026-07-08 | $3.00 |

| | | |
|---|---|---|
| **Check In Time** | 05:00 PM | Reservations hgi.com or +1-877-STAY-HGI |
| **Check Out Time** | 07:29 AM | |

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| Jul 09, 2026 | Tax | MISC - STATE TAX | $0.25 |
| | | Transferred from Rm 210, Ronald Garcia, 1, 2026-07-08 | |
| Jul 09, 2026 | Charge | GARDEN BAR TIPS - POS #2751 | $10.00 |
| Jul 09, 2026 | Charge | GARDEN BAR LIQUOR - POS #2751 | $6.00 |
| Jul 09, 2026 | Tax | MISC - SALES TAX- MIX BEVERAGE | $0.50 |
| Jul 09, 2026 | Charge | GARDEN BAR DINNER - POS #2751 | $58.00 |
| Jul 09, 2026 | Tax | MISC - SALES TAX- FB | $4.79 |
| Jul 09, 2026 | Charge | GARDEN GRILLE TIPS - POS #1502 | $10.00 |
| Jul 09, 2026 | Charge | GARDEN GRILLE BFAST - POS #1502 | $11.99 |
| Jul 09, 2026 | Tax | MISC - SALES TAX- FB | $0.99 |
| Jul 09, 2026 | Charge | GARDEN BAR TIPS - POS #2789 | $10.00 |
| Jul 09, 2026 | Charge | GARDEN BAR DINNER - POS #2789 | $40.00 |
| Jul 09, 2026 | Tax | MISC - SALES TAX- FB | $3.30 |
| Jul 09, 2026 | Charge | GARDEN BAR LIQUOR - POS #2789 | $6.00 |
| Jul 09, 2026 | Tax | MISC - SALES TAX- MIX BEVERAGE | $0.50 |
| Jul 10, 2026 | Charge | GARDEN GRILLE TIPS - POS #1521 | $5.00 |
| Jul 10, 2026 | Charge | GARDEN GRILLE BFAST - POS #1521 | $6.50 |
| Jul 10, 2026 | Tax | MISC - SALES TAX- FB | $0.54 |
| Jul 10, 2026 | Charge | PANTRY TAXABLE | $3.00 |
| Jul 10, 2026 | Tax | MISC - STATE TAX | $0.25 |
| Jul 10, 2026 | Payments | VISA-5110 | ($299.77) |

| Summary | |
|---------|---|
| **Type** | **Amount** |
| PANTRY TAXABLE | $24.00 |
| MISC - STATE TAX | $1.99 |
| GARDEN GRILLE TIPS | $37.80 |
| GARDEN GRILLE DINNER | $66.00 |
| MISC - SALES TAX- FB | $15.48 |
| GARDEN GRILLE BFAST | $23.50 |
| GARDEN BAR TIPS | $20.00 |
| GARDEN BAR LIQUOR | $12.00 |
| MISC - SALES TAX- MIX BEVERAGE | $1.00 |
| GARDEN BAR DINNER | $98.00 |
| CREDIT CARD | ($299.77) |
| **Folio Balance** | **$0.00** |

**Check In Time**    05:00 PM    Reservations hgi.com or +1-877-STAY-HGI
**Check Out Time**   07:29 AM

**Page2 / 2**



Hilton Garden Inn Denison Sherman Atexoma Event Center, TX
5015 US-75, Denison 75020
TX US
9034633331
DFWDS_GM@Hilton.com

Date Range: 2026-07-05 - 2026-07-21
Tax#/ID# :

# Guest Folio

Confirmation Number - 3494307852

| **Primary Guest** | | **ADDN GUESTS** | **Hilton Honors** | |
|---|---|---|---|---|
| Guest Name | Noguera, Beatriz | |  MEMBER | |
| Address | 930 stockton rd apt 212 | | 2831935784 | |
| City, State, Zip Code | Allen TX 75013 | | | |
| Country | US | | | |

| **Stay Details** | | **Company Details** | | **Other Details** | |
|---|---|---|---|---|---|
| Check In Date | Jul 06, 2026 | Name | | Tax Invoice | |
| Check Out Date | Jul 07, 2026 | Tax#/ID# | | Tax/Fee | NO |
| Room | K1 - 310 | PO Number | | Exemption | |
| Source | OWN HOTEL | Account Name | | Tax/Fee | |
| Guests | 1/0 | | | Exempt Date | |
| | | | | **Travel Agent** | |
| | | | | IATA | |
| | | | | Name | |

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 06, 2026 | Charge | GARDEN GRILLE TIPS - POS #1455 | $2.00 |
| Jul 06, 2026 | Charge | GARDEN GRILLE WINE - POS #1455 | $10.00 |
| Jul 06, 2026 | Tax | MISC - SALES TAX- MIX BEVERAGE | $0.83 |
| Jul 07, 2026 | Payments | MASTER-0451 | ($12.83) |

| **Summary** | |
|---|---|
| **Type** | **Amount** |
| GARDEN GRILLE TIPS | $2.00 |
| GARDEN GRILLE WINE | $10.00 |
| MISC - SALES TAX- MIX BEVERAGE | $0.83 |
| CREDIT CARD | ($12.83) |
| **Folio Balance** | **$0.00** |

| | | |
|---|---|---|
| **Check In Time** | **08:08 PM** | **Reservations hgi.com or +1-877-STAY-HGI** |
| **Check Out Time** | **08:20 AM** | |

**Page1 / 1**



Date Range: 2026-07-05 - 2026-07-21
Tax#/ID# :

# Guest Folio

Confirmation Number - 3494307852

| **Primary Guest** | | **ADDN GUESTS** | **Hilton Honors** | |
|---|---|---|---|---|
| Guest Name | Noguera, Beatriz | | (M) MEMBER | |
| Address | 930 stockton rd apt 212 | | 2831935784 | |
| City, State, Zip Code | Allen TX 75013 | | | |
| Country | US | | | |

| **Stay Details** | | **Company Details** | | **Other Details** | |
|---|---|---|---|---|---|
| Check In Date | Jul 06, 2026 | Name | | Tax Invoice | |
| Check Out Date | Jul 07, 2026 | Tax#/ID# | | Tax/Fee | NO |
| Room | K1 - 310 | PO Number | | Exemption | |
| Source | OWN HOTEL | Account Name | | Tax/Fee | |
| Guests | 1/0 | | | Exempt Date | |
| | | | | **Travel Agent** | |
| | | | | IATA | |
| | | | | Name | |

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 06, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 06, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 06, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 07, 2026 | Payments | VISA-5110 | ($145.77) |

| **Summary** | |
|---|---|
| **Type** | **Amount** |
| GUEST ROOM | $129.00 |
| RM - LOCAL OCCUPANCY TAX | $9.03 |
| RM - STATE OCCUPANCY TAX | $7.74 |
| CREDIT CARD | ($145.77) |
| **Folio Balance** | **$0.00** |

| Check In Time | 08:08 PM | Reservations hgi.com or +1-877-STAY-HGI |
|---|---|---|
| Check Out Time | 08:20 AM | |

Page1 / 1



Hilton Garden Inn Denison Sherman Texoma Event Center, TX
5015 US-75, Denison 75020
TX US
9034633331
DFWDS_GM@Hilton.com

Hilton Garden Inn Denison Sherman Texoma Event Center, TX
5015 US-75, Denison 75020
TX US
9034633331
DFWDS_GM@Hilton.com

Date Range: 2026-07-01 - 2026-07-21
Tax#/ID# :

# Guest Folio

Confirmation Number - 3485470945

## Primary Guest

| | |
|---|---|
| Guest Name | Ristvedt, James |
| Address | 8095 N 85th Way |
| City, State, Zip Code | Scottsdale AZ 85258 |
| Country | US |

## ADDN GUESTS

## Hilton Honors

S SILVER
2267158018

## Stay Details

| | |
|---|---|
| Check In Date | Jul 01, 2026 |
| Check Out Date | Jul 11, 2026 |
| Room | Q2 - 224 |
| Source | OTHER |
| Guests | 1/0 |

## Company Details

| | |
|---|---|
| Name | |
| Tax#/ID# | |
| PO Number | |
| Account Name | |

## Other Details

| | |
|---|---|
| Tax Invoice | |
| Tax/Fee Exemption | NO |
| Tax/Fee Exempt Date | |

**Travel Agent**

IATA
Name

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 01, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 01, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 01, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 02, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 02, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 02, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 03, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 03, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 03, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 04, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 04, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 04, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 05, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 05, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 05, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 06, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 06, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 06, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 07, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 07, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 07, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 08, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 08, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 08, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 09, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 09, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 09, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 10, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 10, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |

| | | |
|---|---|---|
| Check In Time | 12:05 PM | Reservations hgi.com or +1-877-STAY-HGI |
| Check Out Time | 12:19 PM | |

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| Jul 10, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 11, 2026 | Payments | VISA-5110 | ($1,457.70) |

| Summary | |
|---------|---|
| **Type** | **Amount** |
| GUEST ROOM | $1,290.00 |
| RM - LOCAL OCCUPANCY TAX | $90.30 |
| RM - STATE OCCUPANCY TAX | $77.40 |
| CREDIT CARD | ($1,457.70) |
| **Folio Balance** | **$0.00** |

| | | |
|---|---|---|
| **Check In Time** | **12:05 PM** | **Reservations hgi.com or +1-877-STAY-HGI** |
| **Check Out Time** | **12:19 PM** | |

**Page2 / 2**



Hilton Garden Inn Denison Sherman Texoma Event Center, TX
5015 US-75, Denison 75020
TX US
9034633331
DFWDS_GM@Hilton.com

Date Range: 2026-07-01 - 2026-07-21
Tax#/ID# :

# Guest Folio

Confirmation Number - 3485470945

## Primary Guest

| | |
|---|---|
| Guest Name | Ristvedt, James |
| Address | 8095 N 85th Way |
| City, State, Zip Code | Scottsdale AZ 85258 |
| Country | US |

## ADDN GUESTS

## Hilton Honors

(S) SILVER
2267158018

## Stay Details

| | |
|---|---|
| Check In Date | Jul 01, 2026 |
| Check Out Date | Jul 11, 2026 |
| Room | Q2 - 224 |
| Source | OTHER |
| Guests | 1/0 |

## Company Details

| | |
|---|---|
| Name | |
| Tax#/ID# | |
| PO Number | |
| Account Name | |

## Other Details

| | |
|---|---|
| Tax Invoice | |
| Tax/Fee Exemption | NO |
| Tax/Fee Exempt Date | |

**Travel Agent**
IATA
Name

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 02, 2026 | Charge | GARDEN GRILLE TIPS - POS #1354 | $2.00 |
| Jul 02, 2026 | Charge | PANTRY TAXABLE | $4.00 |
| Jul 02, 2026 | Tax | MISC - STATE TAX | $0.33 |
| Jul 02, 2026 | Charge | GARDEN BAR TIPS - POS #2683 | $10.00 |
| Jul 02, 2026 | Charge | GARDEN BAR DINNER - POS #2683 | $14.00 |
| Jul 02, 2026 | Tax | MISC - SALES TAX- FB | $1.16 |
| Jul 02, 2026 | Charge | GARDEN BAR BEV - POS #2683 | $26.00 |
| Jul 02, 2026 | Tax | MISC - SALES TAX- FB | $2.15 |
| Jul 03, 2026 | Charge | PANTRY TAXABLE | $8.00 |
| Jul 03, 2026 | Tax | MISC - STATE TAX | $0.66 |
| Jul 05, 2026 | Charge | PANTRY TAXABLE | $4.00 |
| Jul 05, 2026 | Tax | MISC - STATE TAX | $0.33 |
| Jul 06, 2026 | Charge | PANTRY TAXABLE | $12.00 |
| Jul 06, 2026 | Tax | MISC - STATE TAX | $0.99 |
| Jul 06, 2026 | Charge | PANTRY TAXABLE | $4.00 |
| Jul 06, 2026 | Tax | MISC - STATE TAX | $0.33 |
| Jul 07, 2026 | Charge | PANTRY TAXABLE | $12.00 |
| Jul 07, 2026 | Tax | MISC - STATE TAX | $0.99 |
| Jul 08, 2026 | Charge | GARDEN GRILLE TIPS - POS #1489 | $4.00 |
| Jul 08, 2026 | Charge | PANTRY TAXABLE | $10.00 |
| Jul 08, 2026 | Tax | MISC - STATE TAX | $0.83 |
| Jul 09, 2026 | Charge | (1) Root Beer Transferred from Rm 224, James Ristvedt, 1, 2026-07-02 | $4.00 |
| Jul 09, 2026 | Tax | MISC - STATE TAX Transferred from Rm 224, James Ristvedt, 1, 2026-07-02 | $0.33 |
| Jul 09, 2026 | Charge | PANTRY TAXABLE | $12.00 |
| Jul 09, 2026 | Tax | MISC - STATE TAX | $0.99 |
| Jul 11, 2026 | Payments | VISA-5110 | ($135.09) |

| | | | |
|---|---|---|---|
| **Check In Time** | **12:05 PM** | **Reservations hgi.com or +1-877-STAY-HGI** | |
| **Check Out Time** | **12:19 PM** | | |

## Summary

| Type | Amount |
|------|-------:|
| PANTRY TAXABLE | $70.00 |
| MISC - STATE TAX | $5.78 |
| GARDEN GRILLE TIPS | $6.00 |
| CREDIT CARD | ($135.09) |
| GARDEN BAR TIPS | $10.00 |
| GARDEN BAR DINNER | $14.00 |
| MISC - SALES TAX- FB | $3.31 |
| GARDEN BAR BEV | $26.00 |
| **Folio Balance** | **$0.00** |



Hilton Garden Inn Denison Sherman AT&T Sonic Event Center, TX
**5015 US-75, Denison 75020**
**TX US**
**9034633331**
**DFWDS_GM@Hilton.com**

Date Range: 2026-07-03 - 2026-07-21
Tax#/ID# :

# Guest Folio

Confirmation Number - 3484919908

| **Primary Guest** | | **ADDN GUESTS** | **Hilton Honors** | |
|---|---|---|---|---|
| Guest Name | Cervantes, Luz | | (M) MEMBER | |
| Address | | | 2827751765 | |
| City, State, Zip Code | CA 90650 | | | |
| Country | US | | | |

| **Stay Details** | | **Company Details** | | **Other Details** | |
|---|---|---|---|---|---|
| Check In Date | Jul 03, 2026 | Name | | Tax Invoice | |
| Check Out Date | Jul 11, 2026 | Tax#/ID# | | Tax/Fee Exemption | NO |
| Room | K1 - 230 | PO Number | | Tax/Fee Exempt Date | |
| Source | OTHER | Account Name | | **Travel Agent** | |
| Guests | 1/0 | | | IATA | |
| | | | | Name | |

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 04, 2026 | Charge | GARDEN GRILLE TIPS - POS #1389 | $2.00 |
| Jul 05, 2026 | Charge | GARDEN GRILLE TIPS - POS #1421 | $5.00 |
| Jul 05, 2026 | Charge | GARDEN GRILLE TIPS - POS #1436 | $3.00 |
| Jul 05, 2026 | Charge | GARDEN GRILLE DINNER - POS #1436 | $10.00 |
| Jul 05, 2026 | Tax | MISC - SALES TAX- FB | $0.83 |
| Jul 06, 2026 | Charge | GARDEN GRILLE BFAST - POS #1421 | $24.98 |
| Jul 06, 2026 | Tax | MISC - SALES TAX- FB | $2.06 |
| Jul 07, 2026 | Charge | PANTRY TAXABLE | $6.00 |
| Jul 07, 2026 | Tax | MISC - STATE TAX | $0.50 |
| Jul 08, 2026 | Charge | GARDEN GRILLE TIPS - POS #1497 | $2.00 |
| Jul 09, 2026 | Charge | PANTRY TAXABLE | $6.00 |
| Jul 09, 2026 | Tax | MISC - STATE TAX | $0.50 |
| Jul 11, 2026 | Payments | MASTER-2652 | ($62.87) |

| **Summary** | |
|---|---|
| **Type** | **Amount** |
| GARDEN GRILLE TIPS | $12.00 |
| GARDEN GRILLE DINNER | $10.00 |
| MISC - SALES TAX- FB | $2.89 |
| GARDEN GRILLE BFAST | $24.98 |
| PANTRY TAXABLE | $12.00 |
| MISC - STATE TAX | $1.00 |
| CREDIT CARD | ($62.87) |
| **Folio Balance** | **$0.00** |

| | | |
|---|---|---|
| **Check In Time** | **08:08 PM** | **Reservations hgi.com or +1-877-STAY-HGI** |
| **Check Out Time** | **07:21 AM** | |

**Page1 / 1**



**Hilton Garden Inn Denison Sherman At Texoma Event Center, TX**
5015 US-75, Denison 75020
TX US
9034633331
DFWDS_GM@Hilton.com

Date Range: 2026-07-03 - 2026-07-21
Tax#/ID# :

# Guest Folio

Confirmation Number - 3484919908

## Primary Guest

| | |
|---|---|
| Guest Name | Cervantes, Luz |
| Address | |
| City, State, Zip Code | CA 90650 |
| Country | US |

## ADDN GUESTS

## Hilton Honors

**M** MEMBER
2827751765

## Stay Details

| | |
|---|---|
| Check In Date | Jul 03, 2026 |
| Check Out Date | Jul 11, 2026 |
| Room | K1 - 230 |
| Source | OTHER |
| Guests | 1/0 |

## Company Details

| | |
|---|---|
| Name | |
| Tax#/ID# | |
| PO Number | |
| Account Name | |

## Other Details

| | |
|---|---|
| Tax Invoice | |
| Tax/Fee Exemption | NO |
| Tax/Fee Exempt Date | |

**Travel Agent**
IATA
Name

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 03, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 03, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 03, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 04, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 04, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 04, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 05, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 05, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 05, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 06, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 06, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 06, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 07, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 07, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 07, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 08, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 08, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 08, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 09, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 09, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 09, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 10, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 10, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 10, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 11, 2026 | Payments | VISA-5110 | ($1,166.16) |

| Summary | |
|---|---|
| **Type** | **Amount** |
| GUEST ROOM | $1,032.00 |

| | | Reservations hgi.com or +1-877-STAY-HGI |
|---|---|---|
| **Check In Time** | 08:08 PM | |
| **Check Out Time** | 07:21 AM | |

**Page1 / 2**

| | |
|---|---|
| RM - LOCAL OCCUPANCY TAX | $72.24 |
| RM - STATE OCCUPANCY TAX | $61.92 |
| CREDIT CARD | ($1,166.16) |
| **Folio Balance** | **$0.00** |

| | | |
|---|---|---|
| **Check In Time** | **08:08 PM** | **Reservations hgi.com or +1-877-STAY-HGI** |
| **Check Out Time** | **07:21 AM** | |



Date Range: 2026-07-03 - 2026-07-11
Tax#/ID# :

# Guest Folio

Confirmation Number - 3483723008

## Primary Guest

| | |
|---|---|
| Guest Name | FROHMAN, BRIANNA |
| Address | 8095 N 85th Way |
| City, State, Zip Code | Scottsdale AZ 85258 |
| Country | US |

## ADDN GUESTS

## Hilton Honors

(M) MEMBER
699796632

## Stay Details

| | |
|---|---|
| Check In Date | Jul 03, 2026 |
| Check Out Date | Jul 11, 2026 |
| Room | K1 - 322 |
| Source | OTHER |
| Guests | 2/0 |

## Company Details

| | |
|---|---|
| Name | |
| Tax#/ID# | |
| PO Number | |
| Account Name | |

## Other Details

| | |
|---|---|
| Tax Invoice | |
| Tax/Fee Exemption | NO |
| Tax/Fee Exempt Date | |

**Travel Agent**

IATA
Name

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 03, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 03, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 03, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 04, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 04, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 04, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 05, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 05, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 05, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 06, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 06, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 06, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 07, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 07, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 07, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 08, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 08, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 08, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 09, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 09, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 09, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 10, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 10, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 10, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 11, 2026 | Payments | VISA-5110 | ($1,166.16) |

| Summary | |
|---|---|
| **Type** | **Amount** |
| GUEST ROOM | $1,032.00 |

| | | |
|---|---|---|
| **Check In Time** | 08:05 PM | Reservations hgi.com or +1-877-STAY-HGI |
| **Check Out Time** | 12:19 PM | |

| | |
|---|---|
| RM - LOCAL OCCUPANCY TAX | $72.24 |
| RM - STATE OCCUPANCY TAX | $61.92 |
| CREDIT CARD | ($1,166.16) |
| **Folio Balance** | **$0.00** |

| | | |
|---|---|---|
| **Check In Time** | **08:05 PM** | **Reservations hgi.com or +1-877-STAY-HGI** |
| **Check Out Time** | **12:19 PM** | |

**Page2 / 2**



**Hilton Garden Inn - Denison Sherman At Texoma Event Center, TX**
**5015 US-75, Denison 75020**
**TX US**
**9034633331**
**DFWDS_GM@Hilton.com**

Date Range: 2026-07-04 - 2026-07-21
Tax#/ID# :

## Guest Folio

Confirmation Number - 3494500653

| **Primary Guest** | | **ADDN GUESTS** | **Hilton Honors** |
|---|---|---|---|
| Guest Name | Garcia, Ronald | | MEMBER |
| Address | 535 S Mill St. Apt.1435 | | 2835555554 |
| City, State, Zip Code | Lewisville TX 75057 | | |
| Country | US | | |

| **Stay Details** | | **Company Details** | **Other Details** | |
|---|---|---|---|---|
| Check In Date | Jul 04, 2026 | Name | Tax Invoice | |
| Check Out Date | Jul 11, 2026 | Tax#/ID# | Tax/Fee | NO |
| Room | K1 - 210 | PO Number | Exemption | |
| Source | OWN HOTEL | Account Name | Tax/Fee | |
| Guests | 2/0 | | Exempt Date | |
| | | | **Travel Agent** | |
| | | | IATA | |
| | | | Name | |

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 04, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 04, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 04, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 05, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 05, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 05, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 06, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 06, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 06, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 07, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 07, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 07, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 08, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 08, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 08, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 09, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 09, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 09, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 10, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 10, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 10, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 11, 2026 | Payments | VISA-5110 | ($1,020.39) |

| Summary | |
|---|---|
| **Type** | **Amount** |
| GUEST ROOM | $903.00 |
| RM - LOCAL OCCUPANCY TAX | $63.21 |
| RM - STATE OCCUPANCY TAX | $54.18 |
| CREDIT CARD | ($1,020.39) |

| Check In Time | 05:00 PM | Reservations hgi.com or +1-877-STAY-HGI |
|---|---|---|
| Check Out Time | 07:29 AM | |

Page1 / 2



Hilton Garden Inn Denison Sherman A Texoma Event Center, TX
5015 US-75, Denison 75020
TX US
9034633331
DFWDS_GM@Hilton.com

Date Range: 2026-07-01 - 2026-07-11
Tax#/ID# :

# Guest Folio

Confirmation Number - 3485470945

## Primary Guest

| | |
|---|---|
| Guest Name | Ristvedt, James |
| Address | 8095 N 85th Way |
| City, State, Zip Code | Scottsdale AZ 85258 |
| Country | US |

## ADDN GUESTS

## Hilton Honors

(S) SILVER
2267158018

## Stay Details

| | |
|---|---|
| Check In Date | Jul 01, 2026 |
| Check Out Date | Jul 11, 2026 |
| Room | Q2 - 224 |
| Source | OTHER |
| Guests | 1/0 |

## Company Details

| | |
|---|---|
| Name | |
| Tax#/ID# | |
| PO Number | |
| Account Name | |

## Other Details

| | |
|---|---|
| Tax Invoice | |
| Tax/Fee Exemption | NO |
| Tax/Fee Exempt Date | |

**Travel Agent**
IATA
Name

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 02, 2026 | Charge | GARDEN GRILLE TIPS - POS #1354 | $2.00 |
| Jul 02, 2026 | Charge | PANTRY TAXABLE | $4.00 |
| Jul 02, 2026 | Tax | MISC - STATE TAX | $0.33 |
| Jul 02, 2026 | Charge | GARDEN BAR TIPS - POS #2683 | $10.00 |
| Jul 02, 2026 | Charge | GARDEN BAR DINNER - POS #2683 | $14.00 |
| Jul 02, 2026 | Tax | MISC - SALES TAX- FB | $1.16 |
| Jul 02, 2026 | Charge | GARDEN BAR BEV - POS #2683 | $26.00 |
| Jul 02, 2026 | Tax | MISC - SALES TAX- FB | $2.15 |
| Jul 03, 2026 | Charge | PANTRY TAXABLE | $8.00 |
| Jul 03, 2026 | Tax | MISC - STATE TAX | $0.66 |
| Jul 05, 2026 | Charge | PANTRY TAXABLE | $4.00 |
| Jul 05, 2026 | Tax | MISC - STATE TAX | $0.33 |
| Jul 06, 2026 | Charge | PANTRY TAXABLE | $12.00 |
| Jul 06, 2026 | Tax | MISC - STATE TAX | $0.99 |
| Jul 06, 2026 | Charge | PANTRY TAXABLE | $4.00 |
| Jul 06, 2026 | Tax | MISC - STATE TAX | $0.33 |
| Jul 07, 2026 | Charge | PANTRY TAXABLE | $12.00 |
| Jul 07, 2026 | Tax | MISC - STATE TAX | $0.99 |
| Jul 08, 2026 | Charge | GARDEN GRILLE TIPS - POS #1489 | $4.00 |
| Jul 08, 2026 | Charge | PANTRY TAXABLE | $10.00 |
| Jul 08, 2026 | Tax | MISC - STATE TAX | $0.83 |
| Jul 09, 2026 | Charge | (1) Root Beer Transferred from Rm 224, James Ristvedt, 1, 2026-07-02 | $4.00 |
| Jul 09, 2026 | Tax | MISC - STATE TAX Transferred from Rm 224, James Ristvedt, 1, 2026-07-02 | $0.33 |
| Jul 09, 2026 | Charge | PANTRY TAXABLE | $12.00 |
| Jul 09, 2026 | Tax | MISC - STATE TAX | $0.99 |
| Jul 11, 2026 | Payments | VISA-5110 | ($135.09) |

| | | |
|---|---|---|
| **Check In Time** | **12:05 PM** | **Reservations hgi.com or +1-877-STAY-HGI** |
| **Check Out Time** | **12:19 PM** | |

**Page1 / 2**

## Summary

| Type | Amount |
|------|--------|
| PANTRY TAXABLE | $70.00 |
| MISC - STATE TAX | $5.78 |
| GARDEN GRILLE TIPS | $6.00 |
| CREDIT CARD | ($135.09) |
| GARDEN BAR TIPS | $10.00 |
| GARDEN BAR DINNER | $14.00 |
| MISC - SALES TAX- FB | $3.31 |
| GARDEN BAR BEV | $26.00 |
| **Folio Balance** | **$0.00** |

| | | |
|---|---|---|
| **Check In Time** | **12:05 PM** | Reservations hgi.com or +1-877-STAY-HGI |
| **Check Out Time** | **12:19 PM** | |



**Hilton Garden Inn Denison Sherman A Texoma Event Center, TX**
**5015 US-75, Denison 75020**
**TX US**
**9034633331**
**DFWDS_GM@Hilton.com**

# Guest Folio

Confirmation Number - 3485470945

| **Primary Guest** | | **ADDN GUESTS** | **Hilton Honors** | |
|---|---|---|---|---|
| Guest Name | Ristvedt, James | | <span>S</span> SILVER | |
| Address | 8095 N 85th Way | | 2267158018 | |
| City, State, Zip Code | Scottsdale AZ 85258 | | | |
| Country | US | | | |

| **Stay Details** | | **Company Details** | | **Other Details** | |
|---|---|---|---|---|---|
| Check In Date | Jul 01, 2026 | Name | | Tax Invoice | |
| Check Out Date | Jul 11, 2026 | Tax#/ID# | | Tax/Fee | NO |
| Room | Q2 - 224 | PO Number | | Exemption | |
| Source | OTHER | Account Name | | Tax/Fee | |
| Guests | 1/0 | | | Exempt Date | |
| | | | | **Travel Agent** | |
| | | | | IATA | |
| | | | | Name | |

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 01, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 01, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 01, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 02, 2026 | Charge | (1) Root Beer<br>Transferred to Rm 224, James Ristvedt, 2, 2026-07-02 | $4.00 |
| Jul 02, 2026 | Tax | MISC - STATE TAX<br>Transferred to Rm 224, James Ristvedt, 2, 2026-07-02 | $0.33 |
| Jul 02, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 02, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 02, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 03, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 03, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 03, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 04, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 04, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 04, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 05, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 05, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 05, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 06, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 06, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 06, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 07, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 07, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 07, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 08, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 08, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 08, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 09, 2026 | Charge Transfer | (1) Root Beer<br>Transferred to Rm 224, James Ristvedt, 2, 2026-07-02 | ($4.00) |

| Check In Time | 12:05 PM | Reservations hgi.com or +1-877-STAY-HGI |
|---|---|---|
| Check Out Time | 12:19 PM | |

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| Jul 09, 2026 | Tax Transfer | MISC - STATE TAX | ($0.33) |
| | | Transferred to Rm 224, James Ristvedt, 2, 2026-07-02 | |
| Jul 09, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 09, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 09, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 10, 2026 | Charge | GUEST ROOM | $129.00 |
| Jul 10, 2026 | Tax | RM - LOCAL OCCUPANCY TAX | $9.03 |
| Jul 10, 2026 | Tax | RM - STATE OCCUPANCY TAX | $7.74 |
| Jul 11, 2026 | Payments | VISA-5110 | ($1,457.70) |

| Summary | |
|---------|---|
| **Type** | **Amount** |
| GUEST ROOM | $1,290.00 |
| RM - LOCAL OCCUPANCY TAX | $90.30 |
| RM - STATE OCCUPANCY TAX | $77.40 |
| MISC - STATE TAX | $0.00 |
| CREDIT CARD | ($1,457.70) |
| **Folio Balance** | **$0.00** |

| | | | |
|---|---|---|---|
| **Check In Time** | **12:05 PM** | **Reservations hgi.com or +1-877-STAY-HGI** | |
| **Check Out Time** | **12:19 PM** | | |

**Page2 / 2**

**Hilton Garden Inn - Denison Sherman At Texoma Event Center, TX**
**5015 US-75, Denison 75020**
**TX US**
**9034633331**
**DFWDS_GM@Hilton.com**

# Guest Folio

Confirmation Number - 3494500653

## Primary Guest

| | |
|---|---|
| Guest Name | Garcia, Ronald |
| Address | 535 S Mill St. Apt.1435 |
| City, State, Zip Code | Lewisville TX 75057 |
| Country | US |

## ADDN GUESTS

## Hilton Honors

**M**   MEMBER
2835555554

## Stay Details

| | |
|---|---|
| Check In Date | Jul 04, 2026 |
| Check Out Date | Jul 11, 2026 |
| Room | K1 - 210 |
| Source | OWN HOTEL |
| Guests | 2/0 |

## Company Details

| | |
|---|---|
| Name | |
| Tax#/ID# | |
| PO Number | |
| Account Name | |

## Other Details

| | |
|---|---|
| Tax Invoice | |
| Tax/Fee | NO |
| Exemption | |
| Tax/Fee Exempt Date | |

**Travel Agent**
IATA
Name

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 09, 2026 | Charge | PANTRY TAXABLE<br>Transferred from Rm 210, Ronald Garcia, 1, 2026-07-05 | $3.00 |
| Jul 09, 2026 | Tax | MISC - STATE TAX<br>Transferred from Rm 210, Ronald Garcia, 1, 2026-07-05 | $0.25 |
| Jul 09, 2026 | Charge | GARDEN GRILLE TIPS - POS #1435 | $3.80 |
| Jul 09, 2026 | Charge | GARDEN GRILLE DINNER - POS #1435 | $34.00 |
| Jul 09, 2026 | Tax | MISC - SALES TAX- FB | $2.81 |
| Jul 09, 2026 | Charge | PANTRY TAXABLE<br>Transferred from Rm 210, Ronald Garcia, 1, 2026-07-06 | $3.00 |
| Jul 09, 2026 | Tax | MISC - STATE TAX<br>Transferred from Rm 210, Ronald Garcia, 1, 2026-07-06 | $0.25 |
| Jul 09, 2026 | Charge | PANTRY TAXABLE<br>Transferred from Rm 210, Ronald Garcia, 1, 2026-07-06 | $12.00 |
| Jul 09, 2026 | Tax | MISC - STATE TAX<br>Transferred from Rm 210, Ronald Garcia, 1, 2026-07-06 | $0.99 |
| Jul 09, 2026 | Charge | GARDEN GRILLE TIPS - POS #1463 | $4.00 |
| Jul 09, 2026 | Charge | GARDEN GRILLE BFAST - POS #1463 | $4.50 |
| Jul 09, 2026 | Tax | MISC - SALES TAX- FB | $0.37 |
| Jul 09, 2026 | Charge Adjustment | GARDEN GRILLE TIPS - POS #1463 | ($4.00) |
| Jul 09, 2026 | Charge Adjustment | GARDEN GRILLE BFAST - POS #1463 | ($4.50) |
| Jul 09, 2026 | Tax | MISC - SALES TAX- FB | ($0.37) |
| Jul 09, 2026 | Charge | GARDEN GRILLE TIPS - POS #1463 | $4.00 |
| Jul 09, 2026 | Charge | GARDEN GRILLE TIPS - POS #2730 | $10.00 |
| Jul 09, 2026 | Charge | GARDEN GRILLE DINNER - POS #2730 | $32.00 |
| Jul 09, 2026 | Tax | MISC - SALES TAX- FB | $2.64 |
| Jul 09, 2026 | Charge | GARDEN GRILLE TIPS - POS #1495 | $5.00 |
| Jul 09, 2026 | Charge | GARDEN GRILLE BFAST - POS #1495 | $5.01 |
| Jul 09, 2026 | Tax | MISC - SALES TAX- FB | $0.41 |
| Jul 09, 2026 | Charge | PANTRY TAXABLE<br>Transferred from Rm 210, Ronald Garcia, 1, 2026-07-08 | $3.00 |

| | | |
|---|---|---|
| **Check In Time** | 05:00 PM | Reservations hgi.com or +1-877-STAY-HGI |
| **Check Out Time** | 07:29 AM | |

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| Jul 09, 2026 | Tax | MISC - STATE TAX | $0.25 |
| | | Transferred from Rm 210, Ronald Garcia, 1, 2026-07-08 | |
| Jul 09, 2026 | Charge | GARDEN BAR TIPS - POS #2751 | $10.00 |
| Jul 09, 2026 | Charge | GARDEN BAR LIQUOR - POS #2751 | $6.00 |
| Jul 09, 2026 | Tax | MISC - SALES TAX- MIX BEVERAGE | $0.50 |
| Jul 09, 2026 | Charge | GARDEN BAR DINNER - POS #2751 | $58.00 |
| Jul 09, 2026 | Tax | MISC - SALES TAX- FB | $4.79 |
| Jul 09, 2026 | Charge | GARDEN GRILLE TIPS - POS #1502 | $10.00 |
| Jul 09, 2026 | Charge | GARDEN GRILLE BFAST - POS #1502 | $11.99 |
| Jul 09, 2026 | Tax | MISC - SALES TAX- FB | $0.99 |
| Jul 09, 2026 | Charge | GARDEN BAR TIPS - POS #2789 | $10.00 |
| Jul 09, 2026 | Charge | GARDEN BAR DINNER - POS #2789 | $40.00 |
| Jul 09, 2026 | Tax | MISC - SALES TAX- FB | $3.30 |
| Jul 09, 2026 | Charge | GARDEN BAR LIQUOR - POS #2789 | $6.00 |
| Jul 09, 2026 | Tax | MISC - SALES TAX- MIX BEVERAGE | $0.50 |
| Jul 10, 2026 | Charge | GARDEN GRILLE TIPS - POS #1521 | $5.00 |
| Jul 10, 2026 | Charge | GARDEN GRILLE BFAST - POS #1521 | $6.50 |
| Jul 10, 2026 | Tax | MISC - SALES TAX- FB | $0.54 |
| Jul 10, 2026 | Charge | PANTRY TAXABLE | $3.00 |
| Jul 10, 2026 | Tax | MISC - STATE TAX | $0.25 |
| Jul 10, 2026 | Payments | VISA-5110 | ($299.77) |

| Summary | |
|---------|--|
| **Type** | **Amount** |
| PANTRY TAXABLE | $24.00 |
| MISC - STATE TAX | $1.99 |
| GARDEN GRILLE TIPS | $37.80 |
| GARDEN GRILLE DINNER | $66.00 |
| MISC - SALES TAX- FB | $15.48 |
| GARDEN GRILLE BFAST | $23.50 |
| GARDEN BAR TIPS | $20.00 |
| GARDEN BAR LIQUOR | $12.00 |
| MISC - SALES TAX- MIX BEVERAGE | $1.00 |
| GARDEN BAR DINNER | $98.00 |
| CREDIT CARD | ($299.77) |
| **Folio Balance** | **$0.00** |

| | | |
|--|--|--|
| **Check In Time** | 05:00 PM | Reservations hgi.com or +1-877-STAY-HGI |
| **Check Out Time** | 07:29 AM | |
| **Page2 / 2** | | |



**Payment receipt**

# You paid $847.85

to Lingua Connect International Corp on 7/15/2026

| | |
|---|---:|
| Invoice no. | 313 |
| Invoice amount | $847.85 |
| **Total** | **$847.85** |

| | |
|---|---:|
| Status | Paid |
| Payment method | VISA****5110 |
| Authorization ID | 18AB1IXUEG9Y |

Thank you

**Lingua Connect International Corp**

+14074469531

myrnamdahuar@hotmail.com

1012 Stolte Ct, Savannah, TX 76227-7808

No additional transfer fees or taxes apply.

Intuit Payments Inc (IPI) processes payments as an agent of the business. Payments processed by IPI constitutes payment to the business and satisfies your obligation to pay the business, including in connection with any dispute or case, in law or equity. Money movement services are provided by IPI pursuant to IPI&apos;s licenses (NMLS #1098819, https://www.intuit.com/legal/licenses/payment-licenses). IPI is located at 2700 Coast Avenue, Mountain View, CA 94043, 1-888-536-4801.

# INVOICE

**Lingua Connect International Corp**
1012 Stolte Ct
Savannah, TX 76227-7808

mymamdahuar@hotmail.com
+1 (407) 446-9531



**Bill to**
Consumer Justice Law Firm

bfrohman@consumerjustice.com

**Ship to**
Consumer Justice Law Firm

## Invoice details

Invoice no.: 313
Terms: Net 30
Invoice date: 07/09/2026
Due date: 08/08/2026

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|-------------------|-------------|-----|------|--------|
| 1. | 07/08/2026 | **Interpreting Services** | Case Name: Garcia Delgado v. Experian Information Solutions, Inc. Case Number: 4:24-cv-00637-ALM Eastern District of Texas Paul Brown United States Courthouse 101 E Pecan St, Sherman, TX 75090 Witnesses: Hilierys Diaz, Plaintiff's Wife Plaintiff, Ronald Alexander Garcia Delgado | 1 | $800.00 | $800.00 |
| 2. | 07/08/2026 | **Sales** | Miles home to courthouse (Round trip) | 66 | $0.725 | $47.85 |

|  | **Total** | **$847.85** |
|--|-----------|-------------|

## Ways to pay

     

**View and pay**

# Uber Eats

Jul 6, 2026
12:21 PM

⊕ Tip

ⓘ Uber One

# Thanks for tipping, Brianna

Here's your receipt for Panera (4040 North US Highway 75 ).

## Total                                   $156.60

**$20.91**
Uber One savings and other promotions applied

| | | |
|---|---|---|
| 1 | **Grilled Cheese** | $9.79 |
| | French Baguette (190 Cal.) | |
| | Whole ($2.50) | |
| 1 | **Cranberry Walnut Chicken Salad Sandwich** | $11.29 |
| | French Baguette (190 Cal.) | |
| | Whole ($3.00) | |
| 1 | **Diet Pepsi** | $4.19 |
| | Regular | |
| 1 | **Greek Salad with Chicken** | $17.68 |
| | No Red Onions | |
| | Whole ($7.19), Fruit Cup (60 Cal.) ($2.99) | |
| 1 | **Grilled Chicken & Avo BLT** | $15.79 |
| | Apple (80 Cal.) | |
| | Whole ($4.50) | |
| 2 | **Coconut Macaroon** | $4.98 |

| 2 | Brownie | $9.78 |
|---|---------|-------|
| 2 | Almond Pastry | $9.98 |
| 2 | NEW Dubai Style Chocolate Pistachio Cookie 4-Pack | $13.78 |
| 2 | Chocolate Coconut Macaroon | $4.98 |
| 2 | Chocolate Chipper Cookie | $7.38 |
| 1 | Bacon Turkey Bravo® | $14.69 |

Chips (150 Cal.)

Whole ($3.90)

| 1 | NEW Rocky Road Iced Coffee | $5.39 |
|---|---------|-------|

Regular

| Item Subtotal | $129.70 |
|---|---|
| Tax | $10.71 |
| Delivery Fee ❓ | $5.99 |
| Service Fee ❓ | $14.99 |
| Tip | $16.12 |
| Delivery Discount | -$5.99 |
| Membership Benefit | -$14.92 |

## Payments

**Visa ••••5110 (cjl)**
7/6/26 2:05 PM

$156.60

# Order Details

 Uber Delivery

**12:45 PM - Pickup**
4040 N US Highway 75, Sherman, TX 75090, US

**12:55 PM - Delivery**
101 e pecan st, Sherman, TX 75090, US



Delivered by NESTOR

Order completed                                  Jul 6, 2026 at 12:55 PM

**Want to review your order history?**                        **My orders**

# Uber Eats

Jul 7, 2026
12:18 PM

**⊕ Tip**

⧆ Uber One

# Thanks for tipping, Brianna

Here's your receipt for Cackle and Oink BBQ (Sherman).

---

## Total $219.48

---

🏷 **$17.46**
Uber One savings and other promotions applied

| | | |
|---|---|---|
| 2 | **Pick 2 Meats** | $40.00 |
| | 1/2, Pulled Chicken, Turkey Breast, Slaw, Sweet Corn, Mild | |
| 1 | **Beef Brisket** | $16.00 |
| | Regular, Potato Salad, Green Beans, Mild | |
| 1 | **Beef Brisket** | $16.00 |
| | Regular, Bag of Chips, Applesauce | |
| 1 | **Beef Brisket** | $16.00 |
| | Regular, Slaw, Potato Salad | |
| 3 | **Pulled Chicken** | $45.00 |
| | Regular, Slaw, Black-Eye Peas | |
| 3 | **Beef Brisket** | $48.00 |
| | Regular, Slaw, Slaw | |

---

**Item Subtotal** $181.00

| Tax | $14.94 |
|---|---|
| Delivery Fee  | $2.99 |
| Priority Delivery | $1.49 |
| Service Fee | $14.99 |
| Tip | $21.54 |
| Delivery Discount | -$2.99 |
| Membership Benefit | -$14.48 |

## Payments

 **Visa ····5110 (cjl)**
7/7/26 1:54 PM | $219.48

## Order Details

 Uber Delivery

**12:33 PM - Pickup**
3210 Texoma Pkwy, Sherman, TX 75090, US

**12:43 PM - Delivery**
101 e pecan st, Sherman, TX 75090, US



Delivered by MUKUNDA

Order completed                                                    Jul 7, 2026 at 12:43 PM

Want to review your order history?                                            My orders

# Uber Eats

Jul 8, 2026
12:12 PM

 Tip

 Uber One

# Thanks for tipping, Brianna

Here's your receipt for Cackle and Oink BBQ (Sherman).

## Total                    $121.94

🏷️ **$15.95**
Uber One savings and other promotions applied

| 3 | **Pick 2 Meats** | $60.00 |
|---|---|---|
| | 1/2, Pulled Chicken, Turkey Breast, Slaw, Sweet Corn, Mild | |
| 3 | **Beef Brisket** | $48.00 |
| | Regular, Slaw, Potato Salad | |

| Item Subtotal | $108.00 |
|---|---|
| Tax | $8.91 |
| Delivery Fee ❓ | $2.99 |
| Service Fee ❓ | $14.99 |
| Tip | $3.00 |
| Delivery Discount | -$2.99 |
| Membership Benefit | -$12.96 |

## Payments

 **Visa ••••5110 (cjl)** $121.94
7/8/26 2:19 PM

## Order Details

 Uber Delivery

 **12:29 PM - Pickup**
3210 Texoma Pkwy, Sherman, TX 75090, US

**12:57 PM - Delivery**
101 e pecan st, Sherman, TX 75090, US



**Delivered by Timmy**

Order completed                                        Jul 8, 2026 at 12:57 PM

**Want to review your order history?**                                **My orders**

 **Uber Eats**

Jul 9, 2026
7:48 AM

⊕ Tip

① Uber One

# Thanks for tipping, Brianna

Here's your receipt for Panera (4040 North US Highway 75 ).

| Total | $28.48 |
| --- | --- |

| 2 | Iced Madagascar Vanilla Latte | $12.98 |
| --- | --- | --- |

| Item Subtotal | $12.98 |
| --- | --- |
| Tax | $1.07 |
| Delivery Fee ❔ | $6.49 |
| Service Fee ❔ | $3.00 |
| Tip | $4.94 |

## Payments

| **VISA** | Visa ••••5110 (cjl) <br> 7/9/26 9:47 AM | $28.48 |
| --- | --- | --- |

## Order Details

 Uber Delivery

**8:29 AM - Pickup**
4040 N US Highway 75, Sherman, TX 75090, US

**8:37 AM - Delivery**
101 e pecan st, Sherman, TX 75090, US



Delivered by PRESTON

Order completed                                  Jul 9, 2026 at 8:37 AM

**Want to review your order history?**                    **My orders**



Jul 9, 2026
11:30 AM

**O** Tip

 Uber One

# Thanks for tipping, Brianna

Here's your receipt for Cackle and Oink BBQ (Sherman).

## Total                                          $203.06

🏷 **$17.95**
Uber One savings and other promotions applied

| | | |
|---|---|---|
| 1 | **Pick 2 Meats** | $20.00 |
| | 1/2, Pulled Chicken, Turkey Breast, Sweet Corn, Sweet Corn | |
| 1 | **Beef Brisket** | $16.00 |
| | Regular, Green Beans, Green Beans, Mild | |
| 1 | **Beef Brisket** | $16.00 |
| | Regular, Bag of Chips, Applesauce | |
| 1 | **Beef Brisket** | $16.00 |
| | Regular, Slaw, Potato Salad | |
| 3 | **Pulled Pork** | $45.00 |
| | Regular, Slaw, Black-Eye Peas | |
| 1 | **Pulled Pork** | $15.00 |
| | Regular, Slaw, Green Beans | |
| 3 | **Beef Brisket** | $48.00 |
| | Regular, Slaw, Black-Eye Peas | |

| Item Subtotal | $176.00 |
| Tax | $14.52 |
| Delivery Fee ❓ | $2.99 |
| Service Fee ❓ | $14.99 |
| Tip | $12.51 |
| Delivery Discount | -$2.99 |
| Membership Benefit | -$14.96 |

## Payments

| VISA | Visa ••••5110 (cjl) 7/9/26 12:20 PM | $190.55 |
| VISA | Visa ••••5110 (cjl) 7/9/26 1:20 PM | $12.51 |

## Order Details

 Uber Delivery

**12:06 PM - Pickup**
3210 Texoma Pkwy, Sherman, TX 75090, US

**12:20 PM - Delivery**
101 e pecan st, Sherman, TX 75090, US



Delivered by STEPHEN

Order completed                                          Jul 9, 2026 at 12:20 PM

Want to review your order history?                              My orders

**Uber Eats**

Jul 10, 2026
8:15 AM

⊕ Tip

⊕ Uber One

# Thanks for tipping, Brianna

Here's your receipt for Panera (4040 North US Highway 75 ).

## Total                                                    $28.81

| | | |
|---|---|---|
| 2 | Madagascar Vanilla Latte | $13.78 |
| | Large ($0.40) | |

| | |
|---|---|
| Item Subtotal | $13.78 |
| Tax | $1.14 |
| Delivery Fee ❓ | $6.49 |
| Priority Delivery ❓ | $1.49 |
| Service Fee ❓ | $3.00 |
| Tip | $4.40 |
| Discount | -$1.49 |

## Payments

| | |
|---|---|
| **VISA** Visa ••••5110 (cjl)<br>7/10/26 9:54 AM | $28.81 |

# Order Details

 Uber Delivery

**8:34 AM - Pickup**
4040 N US Highway 75, Sherman, TX 75090, US

**8:43 AM - Delivery**
101 e pecan st, Sherman, TX 75090, US



Delivered by EVERETTE

Order completed                                      Jul 10, 2026 at 8:43 AM

**Want to review your order history?**                        **My orders**

# Uber Eats

Jul 10, 2026
11:33 AM

 Tip

⊕ Uber One

# Thanks for tipping, Brianna

Here's your receipt for Cackle and Oink BBQ (Sherman).

## Total $193.91

🏷 **$16.48**
Uber One savings and other promotions applied

| | | |
|---|---|---|
| 1 | **Pick 2 Meats**<br>1/2, Pulled Chicken, Turkey Breast, Sweet Corn, Slaw | $20.00 |
| 1 | **Beef Brisket**<br>Regular, Potato Salad, Green Beans, Mild | $16.00 |
| 1 | **Beef Brisket**<br>Regular, Bag of Chips, Applesauce, Mild | $16.00 |
| 1 | **Beef Brisket**<br>Regular, Slaw, Potato Salad, Mild | $16.00 |
| 3 | **Pulled Pork**<br>Regular, Slaw, Green Beans, Mild | $45.00 |
| 3 | **Beef Brisket**<br>Regular, Slaw, Sweet Corn, Mild | $48.00 |

**Item Subtotal** $161.00

| | |
|---|---|
| Tax | $13.29 |
| Delivery Fee ⓘ | $1.99 |
| Service Fee ⓘ | $14.99 |
| Tip | $19.12 |
| Delivery Discount | -$1.99 |
| Membership Benefit | -$14.49 |

## Payments

 **Visa ••••5110 (cjl)**      $193.91
7/10/26 1:25 PM

## Order Details

 Uber Delivery

**11:47 AM - Pickup**
3210 Texoma Pkwy, Sherman, TX 75090, US

**12:14 PM - Delivery**
101 e pecan st, Sherman, TX 75090, US



Delivered by NELSON

Order completed      Jul 10, 2026 at 12:14 PM

**Want to review your order history?**                                           My orders