**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| RONALD ALEXANDER GARCIA DELGADO, | **Civil Action No.:** 4:24-cv-00637 |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

Before the Court is Plaintiff's Motion for Award of Attorneys' Fees and Costs. Plaintiff seeks his reasonable attorneys' fees and costs from Defendant Experian Information Solutions, Inc. ("Experian"). Having considered the Motion, the Court finds that it is well-taken and should be GRANTED.

It is therefore ORDERED that Plaintiff's motion is granted.

It is further ORDERED that Plaintiff is entitled to $510,410.00 in attorneys' fees and $19,140.88 in expenses and costs, to be paid by Experian.

i